®AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____District of_____DELAWARE

SUMMONS IN A CIVIL CASE

THE AMERICAN LEGACY FOUNDATION

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PENNSYLVANIA

   and

THE TRAVELERS INDEMNITY COMPANY
OF AMERICA

    Defendants.

CASE NUMBER: 07-248 (SLR)

TO:

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. 175 Water Street 18th Floor New York, NY 10038 | ✓ THE TRAVELERS INDEMNITY COMPANY OF AMERICA One Tower Square Hartford, CT 06183 |
|---|---|

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

| PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP Laura Davis Jones (DE Bar No. 2436) Timothy P. Cairns (DE Bar No. 4228) P.O. Box 8705 919 North Market Street, 17th Floor Wilmington, DE 19899 (Courier 19801) Telephone: (302) 652-4100 Facsimile (302) 652-4400 | GILBERT RANDOLPH LLP Richard Shore Kami E. Quinn 1100 New York Avenue, NW Suite 700 Washington, DC 20005 (202) 772-2200 |
|---|---|

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will betaken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

DATE  AUG 2 7 2007

_(signature)_
(By) DEPUTY CLERK DOCS_DE:130319.1

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/28/07 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: THE TRAVELERS INDEMNITY COMPANY OF AMERICA C/O INSURANCE COMMISSIONER 841 SILVERLAKE BLVD. DOVER, DE COPIES THEREOF WERE ACCEPTED BY LISA PENN

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.