IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PENNSYLVANIA )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY COMPANY )<br>OF AMERICA )<br>)<br>Defendants. )<br>) | Case No. 07-248(SLR)<br><br>**Related Docket Nos.: 1 & 4** |

## AFFIDAVIT OF SERVICE

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, and that on the 29th day of August, 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

> **SUMMONS TO THE TRAVELERS INDEMNITY COMPANY OF AMERICA**
>
> **COMPLAINT FOR DAMAGES**

_____
Louise Tuschak

Sworn to and subscribed before
me this 30th day of 2007

_____
Notary Public
My Commission Expires: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

03691-001\DOCS_DE:130511.1

American Legacy Foundation – Special Service List
Document No. 130442
02 – Via First Class
01 – Via Certified Mail


*Via First Class*
Mark Anderson
Travelers Property Casualty
1 Tower Square
Hartford, CT  06183

*Via First Class*
Shannon Lynch
Travelers Property Casualty
1 Tower Square
Hartford, CT  06183

*Via Certified Mail*
THE TRAVELERS INDEMNITY COMPANY OF AMERICA
Attn: President or Managing Agent
One Tower Square
Hartford, CT 06183