IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PENNSYLVANIA )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY COMPANY )<br>OF AMERICA )<br>)<br>Defendants. )<br>) | Case No. 07-248(SLR) |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the plaintiff, has changed its name to Pachulski Stang Ziehl & Jones LLP, effective September 1, 2007. The mailing address and telephone and fax numbers are unchanged.

Dated: September 5, 2007

GILBERT RANDOLPH LLP
Richard Shore
Kami E. Quinn
1100 New York Avenue, NW
Suite 700
Washington, DC  20005
(202) 772-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com.com
       tcairns@pszjlaw.com.com

Counsel for Plaintiff
American Legacy Foundation

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE AMERICAN LEGACY FOUNDATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PENNSYLVANIA | ) | Case No. 07-248(SLR) |
| | ) | |
| and | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY COMPANY | ) | |
| OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on September 5, 2007, I caused a copy of the following document to be served on the individual(s) on the attached service list(s) in the manner indicated thereon:

**NOTICE OF FIRM NAME CHANGE**

_____
Timothy P. Cairns (Bar No. 4228)

03691-001\DOCS_DE:130701.1

American Legacy Foundation – Special Service List
Document No. 130442
06 – Via First Class


*Via First Class*
Lauren Mondella
AIG Domestic Claims, Inc.
175 Water Street, 11th Floor
New York, NY 10024

*Via First Class*
Andrew Nadolna
Senior Vice President
Excess Specialty Claims
175 Water Street, 22nd Floor
New York, NY 10024

*Via First Class*
Mark Anderson
Travelers Property Casualty
1 Tower Square
Hartford, CT 06183

*Via First Class*
Shannon Lynch
Travelers Property Casualty
1 Tower Square
Hartford, CT 06183

*Via First Class*
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
Attn: President or Managing Agent
175 Water Street
New York, NY 10038

*Via First Class*
THE TRAVELERS INDEMNITY COMPANY OF AMERICA
Attn: President or Managing Agent
One Tower Square
Hartford, CT 06183