IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, et. al. )<br>)<br>Defendants )<br>) | CASE NO: 07-248 (SLR) |

### AFFIDAVIT OF SERVICE

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 24th day of September, 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**STIPULATION EXTENDING TIME**

_____
Louise Tuschak

Sworn to and subscribed before
me this 24th day September, 2007

_____
Notary Public
My Commission Expires: 03-21-08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

American Legacy Foundation – Special Service List
Document No. 130442
02 – Hand Delivery
01 –First Class

**Hand Delivery**
John A. Parkins, Jr.
Chad M. Shandler
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Neal J. Levitsky, Esquire
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201

03691-001\DOCS_DE:130442.4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et. al.<br><br>Defendants | CASE NO: 07-248 (SLR) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant National Union Fire Insurance Company of Pittsburgh, PA. may move, answer or otherwise respond to the complaint filed in the captioned matter is extended through and including November 15, 2007.

| PACHULSKI STANG ZIEHL & JONES LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Timothy P. Cairns | /s/ Chad M. Shandler |
| Laura Davis Jones (Bar No. 2436) | John A. Parkins, Jr. (Bar No. 859) |
| Timothy P. Cairns (Bar No. 4228) | Chad M. Shandler (Bar No. 3796) |
| 919 North Market Street | One Rodney Square, P.O. Box 551 |
| 17th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | Tel: (302) 651-7700 |
| Tel.: (302) 652-4100 | Fax: (302) 651-7701 |
| Fax: (302) 652-4400 | Email: parkins@rlf.com |
| Email: ljones@pszyjw.com |        shandler@rlf.com |
|        tcairns@pszjlaw.com | |
| Attorneys for Plaintiff American Legacy Foundation | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA. |

IT IS SO ORDERED this _____ day of _____ 2007.

_____
The Honorable Sue L. Robinson
United States District Judge

DOCS_DE:131312.1