IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, et. al. )<br>)<br>Defendants ) | CASE NO: 07-248 (SLR) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Lee H. Ogburn, Esquire** to represent Travelers Indemnity Company of America.

FOX ROTHSCHILD LLP

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@foxrothschild.com

Dated: October 18, 2007

WM1A 122265v1 10/08/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, United States District Court for the District of Maryland, United States District Court for the District of Columbia, United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Lee H. Ogburn, Esquire
**Kramon & Graham, P.A.**
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____                      _____
                                       **The Honorable Sue L. Robinson**
                                       **United States District Court**

WM1A 122265v1 10/08/07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached pleading was served this 18th day of October 2007 on the following individuals by hand delivery:

Laura Davis Jones
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
Citizens Bank Center
919 North Market Street - 17th Floor
Wilmington, DE 19801

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)

WM1A 122265v1 10/08/07