IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA<br><br>and<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07-248-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Matthew J. Fink and Charles A. Hafner of Bates & Carey, LLP, 191 North Wacker Drive, Suite 2400, Chicago, Illinois 60606 to represent Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania in this matter.

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (DSBA No. 859)
(parkins@rlf.com)
Chad M. Shandler (#3796)
(shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant National Union
Fire Insurance Company of Pittsburgh,
Pennsylvania

Dated: October 23, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                                           United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

Neal J. Levitsky
Fox Rothschild, LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on October 23, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants:

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

Lee H. Ogburn
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202-3201

_____
Chad M. Shandler (#7827)
shandler@rlf.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted and practicing in good standing as a member of the following Bars:

- Illinois
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Eighth Circuit
- United States District Court, Northern District of Illinois
- United States District Court, Northern District of Indiana
- United States District Court, Eastern District of Michigan.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Matthew J. Fink
Bates & Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

Dated: October 22, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted and practicing in good standing as a member of the following Bars:

- Illinois
- United States District Court, Northern District of Illinois
- United States District Court, Central District of Illinois.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Charles A. Hafner
Bates & Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

Dated: October 22, 2007