IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE COMPANY ) <br> OF PITTSBURGH, PENNSYLVANIA, et. al. ) <br> ) <br> Defendants ) <br> ) | CASE NO: 07-248 (SLR) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant The Travelers Indemnity Company of America may move, answer or otherwise respond to the complaint filed in the captioned matter is extended through and including December 17, 2007.

**PACHULSKI STANG ZIEHL & JONES LLP**                **FOX ROTHSCHILD LLP**

/s/ Laura Davis Jones, Esquire                         /s/ Neal J. Levitsky, Esquire
Laura Davis Jones, Esquire (No. 2436)                  Neal J. Levitsky, Esquire (No. 2092)
Timothy P. Cairns, Esquire (No. 4228)                  Fox Rothschild LLP
Citizens Bank Center                                   Citizens Bank Center
919 N. Market Street, Suite 1700                       919 N. Market Street, Suite 1300
Wilmington, DE  19801                                  Wilmington, DE  19801
(302) 652-4100                                         (302) 622-4200

*Attorneys for Plaintiff*                              Lee H. Ogburn, Esquire
*American Legacy Foundation*                           Kramon & Graham, P.A.
                                                       One South Street, Suite 2600
                                                       Baltimore, MD  21202-3201
                                                       (410) 752-6030

                                                       *Attorneys for Defendant Travelers Indemnity*
                                                       *Company of America*

**IT IS SO ORDERED** this _____ day of _____ 2007.

_____
The Honorable Sue L. Robinson

WM1A 115071v2 11/15/07

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) copies of the attached pleading was served by First Class Mail, postage prepaid on the following individuals this 15$^h$ day of November, 2007:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
Citizens Bank Center
919 N. Market Street, Suite 1700
Wilmington, DE  19801

John A. Parkins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

/s/ Seth A. Niederman, Esquire
Seth A. Niederman, Esquire (No. 4588)