## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | Case No. 07-248-SLR |
| COMPANY OF PITTSBURGH, | ) | |
| PENNSYLVANIA | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

### NATIONAL UNION'S MOTION FOR PARTIAL DISMISSAL

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Count III of the Complaint and any other allegations asserted in the Complaint referring or relating to National Union policy number 8739971. The grounds for this motion are set forth in National Union's Opening Brief in support of its Motion for Partial Dismissal, which is being filed contemporaneous herewith.

John A. Parkins, Jr. (#859)
parkins@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Todd A. Coomes (#4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania*

OF COUNSEL
Matthew J. Fink
Charles A. Hafner
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100

Dated: November 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Neal J. Levitsky
Fox Rothschild, LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on November 30, 2007, I have sent by electronic mail and on December 3, 2007 by Federal Express the foregoing document to the following non-registered participants:

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

Lee H. Ogburn
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202-3201

Todd A. Coomes (#4694)
coomes@rlf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | Case No. 07-248-SLR |
| COMPANY OF PITTSBURGH, | ) | |
| PENNSYLVANIA | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court having considered Defendant National Union's Motion for Partial Dismissal ("Motion"), and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Motion is GRANTED and Count III of the Complaint and any other allegations asserted in the Complaint referring or relating to National Union policy number 8739971 are dismissed as against National Union with prejudice.

_____
United States District Court Judge