## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH,<br>PENNSYLVANIA<br><br>and<br><br>THE TRAVELERS INDEMNITY COMPANY<br>OF AMERICA,<br><br>Defendants. | Case No. 07-248-SLR<br><br>JURY TRIAL DEMANDED |

## NATIONAL UNION FIRE INSURANCE
## COMPANY OF PITTSBURGH, PA's DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant National Union Fire Insurance Company of

Pittsburgh, PA advises the Court that it is a direct, wholly-owned subsidiary of AIG Commercial

Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group,

Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-

traded corporation.

John A. Parkins, Jr. (#859)
parkins@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Todd A. Coomes (#4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh, PA*

OF COUNSEL
Matthew J. Fink
Charles A. Hafner
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Neal J. Levitsky
Fox Rothschild, LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on December 5, 2007, I have sent by U.S. Mail the foregoing document to the following non-registered participants:

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005

Lee H. Ogburn
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201

Todd A. Coomes (#4694)
coomes@rlf.com