IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et. al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO: 07-248 (SLR) |

### STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which plaintiff The American Legacy Foundation may answer or otherwise respond to National Union's Motion for Partial Dismissal [Docket No. 16] filed in the captioned matter is extended through and including January 16, 2008.

/s/ Timothy P. Cairns
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
(302)652-4100

*Attorneys for Plaintiff American Legacy Foundation*

/s/ Chad M. Shandler
John A. Parkins, Jr.
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA.*

*IT IS SO ORDERED* this _____ day of _____ 2007.

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PENNSYLVANIA, et. al.<br><br>Defendants | CASE NO: 07-248 (SLR) |

### AFFIDAVIT OF SERVICE

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 13th day of December, 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**STIPULATION EXTENDING TIME**

_____
Rasheda S. Stewart

Sworn to and subscribed before
me this 13th day December, 2007

_____
Notary Public
My Commission Expires: 11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

03691-001\DOCS_DE:130511.3

American Legacy Foundation – Special Service List
Document No. 130442
02 – Hand Delivery
01 –First Class

**Hand Delivery**
John A. Parkins, Jr.
Chad M. Shandler
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
Neal J. Levitsky, Esquire
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD 21202-3201

03691-001\DOCS_DE:130442.4