IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, et. al. )<br>)<br>Defendants )<br>) | CASE NO: 07-248 (SLR) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant The Travelers Indemnity Company of America may move, answer or otherwise respond to the complaint filed in the captioned matter is extended through and including January 10, 2008.

   /s/ Timothy P. Cairns
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
(302)652-4100

*Attorneys for Plaintiff American Legacy Foundation*

   /s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4200

Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

*Attorneys for Defendant Travelers Indemnity Company of America*

   *IT IS SO ORDERED* this _____ day of _____ 2007.

_____
United States District Court Judge

03691-001\DOCS_DE:133621.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, et. al. )<br>)<br>Defendants ) | CASE NO: 07-248 (SLR) |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 14th day of December, 2007, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Stipulation Extending Time**

_____
Michele Santore

Sworn to and subscribed before
me this 14th day December, 2007

_____
Notary Public
My Commission Expires: 11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

03691-001\DOCS_DE:130511.3

American Legacy Foundation – Special Service List
Document No. 130442
02 – Hand Delivery
01 – First Class

**Hand Delivery**
John A. Parkins, Jr.
Chad M. Shandler
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Neal J. Levitsky, Esquire
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201