IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PENNSYLVANIA, et. al.<br><br>Defendants | CASE NO: 07-248 (SLR) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant The Travelers Indemnity Company of America may move, answer or otherwise respond to the complaint filed in the above captioned matter is extended through and including February 10, 2008.

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones, Esquire (No. 2436)
Timothy P. Cairns, Esquire (No. 4228)
Citizens Bank Center
919 N. Market Street, Suite 1700
Wilmington, DE 19801
(302) 652-4100

*Attorneys for Plaintiff*
*American Legacy Foundation*

FOX ROTHSCHILD LLP

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4200

Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

*Attorneys for Defendant*
*Travelers Indemnity Company of America*

IT IS SO ORDERED this _____ day of _____ 2007.

The Honorable Sue L. Robinson

WM1A 115071v4 01/09/08

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) copies of the attached pleading was served by First Class Mail, postage prepaid on the following individuals this 9th day of January, 2008:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
Citizens Bank Center
919 N. Market Street, Suite 1700
Wilmington, DE  19801

John A. Parkins, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

/s/ Seth A. Niederman, Esquire
Seth A. Niederman, Esquire (No. 4588)

WM1A 509443v1 01/09/08