# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE AMERICAN LEGACY FOUNDATION )

Plaintiff, )

v. )

NATIONAL UNION FIRE INSURANCE COMPANY )
OF PITTSBURGH, PENNSYLVANIA, et. al. )

Defendants )

CASE NO: 07-248 (SLR)

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which plaintiff The American Legacy Foundation may answer or otherwise respond to National Union's Motion for Partial Dismissal [Docket No. 16] filed in the captioned matter is extended through and including **February 8, 2008.**

_/s/ Timothy P. Cairns_
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
(302)652-4100

*Attorneys for Plaintiff American Legacy Foundation*

_/s/ Chad M. Shandler_
John A. Parkins, Jr.
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA.*

***IT IS SO ORDERED*** this _____ day of _____ 2008.

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE AMERICAN LEGACY FOUNDATION )
)
   Plaintiff, )   CASE NO:  07-248 (SLR)
)
   v. )
)
NATIONAL UNION FIRE INSURANCE COMPANY )
OF PITTSBURGH, PENNSYLVANIA, et. al. )
)
   Defendants )
)

## AFFIDAVIT OF SERVICE

   Louise L. Tuschak, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 15th day of

January, 2008 she caused a copy of the following document to be served upon the attached

service list in the manner indicated:

   **Stipulation Extending Time**

_Louise L. Tuschak_
Louise L. Tuschak

Sworn to and subscribed before
me this 15th day January, 2008

Notary Public
My Commission Expires: ___11/4/09___

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

American Legacy Foundation – Special Service List
Document No. 130442
02 – Hand Delivery
01 –First Class

**Hand Delivery**
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Neal J. Levitsky, Esquire
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201