IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation, )<br><br>     Plaintiff, )<br>v. )<br><br>National Union Fire Insurance Company of )<br>Pittsburgh, Pennsylvania, )<br><br>     and )<br><br>The Travelers Indemnity Company of America, )<br>     Defendants. ) | Civil Action No. 07-248 (SLR) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS
## AGAINST THE TRAVELERS INDEMNITY COMPANY OF AMERICA

Plaintiff, the American Legacy Foundation hereby dismisses, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), its claims as set forth in its complaint, solely against defendant The Travelers Indemnity Company of America.

Dated: February 8, 2008        Respectfully Submitted,


By: _____/s/ Timothy P. Cairns_____
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar no. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Richard D. Shore
Kami E. Quinn
GILBERT RANDOLPH LLP
1100 New York Avenue NW, Suite 700
Washington, DC 20005

Attorneys for Plaintiff The American
Legacy Foundation