IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation,<br><br>        Plaintiff,<br>v.<br><br>National Union Fire Insurance<br>Company of Pittsburgh,<br>Pennsylvania,<br><br>    and<br><br>The Travelers Indemnity Company<br>of America,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-248 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)  **Related Docket No. 24**<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 8th day of February, 2008 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

    **Notice of Dismissal with Prejudice of Claims Against the Travelers Indemnity Company of America**

_____
Louise L. Tuschak

Sworn to and subscribed before
me this 12th day February, 2008

_____
Notary Public
My Commission Expires: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

03691-001\DOCS_DE:130511.8

American Legacy Foundation
Service List
Document No. 130442
02 - Hand Delivery
01 -First Class


**Hand Delivery**
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Fox Rothschild, LLP
Neal J. Levitsky, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201