IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, )<br>PENNSYLVANIA )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY COMPANY )<br>OF AMERICA, )<br>)<br>Defendants. ) | Case No. 07-248-SLR |

**STIPULATION EXTENDING TIME TO FILE REPLY BRIEF**

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant National Union Fire Insurance Company of Pittsburgh, PA may file its reply brief in further support of its partial motion to dismiss (D.I. 16) is extended through and including February 28, 2008.

/s/ Timothy P. Cairns
Laura Davis Jones (#2436)
ljones@pszjlaw.com
Timothy P. Cairns
tcairns@pszjlaw.com
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
*Attorneys for Plaintiff American Legacy Foundation*

/s/ Chad M. Shandler
John A. Parkins (#859)
parkins@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania*

RLF1-3253541-1

*Of Counsel:*
Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005
(202) 772-2336

*Of Counsel:*
Matthew J. Fink
Charles A. Hafner
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL  60606
(312) 762-3100

*IT IS SO ORDERED* this _____ day of February, 2008.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Neal J. Levitsky
Fox Rothschild, LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on February 13, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005

Lee H. Ogburn
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201

_____
Chad M. Shandler (#7827)
shandler@rlf.com