IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN LEGACY FOUNDATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-248-SLR |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, PA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 28, 2008** on the pending motion to dismiss (D.I. 16), commencing at **12:40 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

United States District Judge