IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation<br>Plaintiff, | ) |
| | ) Civil Action No. 07-248 (SLR) |
| v. | ) |
| National Union Fire Insurance Company of Pittsburgh, Pennsylvania,<br>Defendant. | ) |

**PLAINTIFF THE AMERICAN LEGACY FOUNDATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff American Legacy Foundation ("the Foundation") respectfully moves for summary judgment in favor of the Foundation on its claims against Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union"). The grounds for this motion are set forth in the accompanying Memorandum in Support of the Foundation's Motion for Summary Judgment and the Affidavit of Ellen Vargyas dated March 6, 2008. The Foundation respectfully requests that the Court order National Union to pay in full the legal fees and expenses incurred by the Foundation in defending itself in litigation with the Lorillard Tobacco Company as set forth in the accompanying memorandum.

Date: March 12, 2008

PACHULSKI, STANG, ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

GILBERT RANDOLPH LLP
Richard D. Shore
Kami E. Quinn
1100 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 772-2200

Attorneys for Plaintiff
American Legacy Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation<br>Plaintiff, | )<br>) |
| | )Civil Action No. 07-248 (SLR) |
| v. | )<br>) |
| National Union Fire Insurance Company of<br>Pittsburgh, Pennsylvania,<br>Defendant. | )<br>)<br>) |

**ORDER**

This matter is before the Court on Plaintiff The American Legacy Foundation's Motion for Summary Judgment Against Defendant National Union (the "Motion"). Upon consideration of the Motion, and all pleadings and oral arguments relating thereto, it is,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that summary judgment be entered for Plaintiff with respect to Counts II and III of Plaintiff's Complaint filed in this action; and it is further

ORDERED that National Union pay in full the legal fees and costs incurred by the Foundation in defending itself in the litigation with Lorillard Tobacco Company.

Dated: _______________, 2008

_______________________________________
The Honorable Sue L. Robinson
United States District Court for the District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et. al.<br><br>Defendants | CASE NO: 07-248 (SLR) |

**AFFIDAVIT OF SERVICE**

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 12th day of March, 2008 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**PLAINTIFF THE AMERICAN LEGACY FOUNDATIONS MOTION FOR SUMMARY JUDGMENT**

Louise L. Tuschak

Sworn to and subscribed before
me this 12th day March, 2008

Notary Public
My Commission Expires: 11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

American Legacy Foundation
Service List
Document No. 130442
02 – Hand Delivery
01 –First Class

**Hand Delivery**
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
Fox Rothschild, LLP
Neal J. Levitsky, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE 198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD 21202-3201