IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| National Union Fire Insurance Company of | ) |
| Pittsburgh, Pennsylvania, | ) Civil Action No. 07-248 (SLR) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**APPENDIX TO THE FOUNDATION'S BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**VOLUME III OF III**

GILBERT RANDOLPH LLP
Richard Shore
Kami E. Quinn
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone: (202) 772-2200

and

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Plaintiff
American Legacy Foundation

Date: March 12, 2008

# **EXHIBIT M**

RECORDS RETENTION

One Tower Square, Hartford, Connecticut 06183

**Travelers**Property**Casualty**
A Member of TravelersGroup

| | |
|---|---|
| **COMMON POLICY DECLARATIONS** | **POLICY NO.:** W-680-479H825-3-TIA-99 |
| OFFICE PAC | **ISSUE DATE:** 10-14-99 |
| BUSINESS: OFFICE | |

**1. NAMED INSURED AND MAILING ADDRESS:**

AMERICAN LEGACY FOUNDATION
750 FIRST ST, NE, STE 940

WASHINGTON            DC 20002

**2. POLICY PERIOD:** From 07-22-99 to 07-22-00 12:01 A.M. Standard Time at your mailing address.

**3. LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | OFFICE | 750 FIRST ST, NE, STE 940 WASHINGTON                DC 20002 |

**4. COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS and SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | TIA |
| Commercial Inland Marine Coverage Part | TIA |

**5.** The COMPLETE POLICY consists of: (1) this declarations and (2) all other declarations, forms and endorsements for which symbol numbers are listed on page two of this declarations.

**6. SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

**7. PREMIUM SUMMARY:**

Provisional Premium                    $
Due at Inception                        $
Due at Each

NAME AND ADDRESS OF AGENT OR BROKER

ARMFIELD HARRISON THOMAS        F9502
20 S. KING STREET
EESBURG                                VA 20175

IL T0 19 01 89    (Page 1 of    2)
Office: WASHINGTON DC        DOWN

CERTIFIED POLICY

The policy to which this certification is affixed is a true and accurate copy of the policy contained in company records and used in the regular course of business as of the date shown below. No representation or warranty is made that this copy is identical in all respects to the policy issued.

No insurance is afforded by this copy.

COUNTERSIGNED BY:

Name of Insuring Company

Authorized Representative

DATE:            Date        Policy Number

**TravelersPropertyCasualty**
A Member of TravelersGroup

One Tower Square, Hartford, Connecticut 06183

| **COMMON POLICY DECLARATIONS** | **POLICY NO.:** W-680-479H825-3-TIA-99 |
|---|---|
| OFFICE PAC | **ISSUE DATE:** 10-14-99 |

### SCHEDULE OF DECLARATIONS, FORMS AND ENDORSEMENTS

This schedule shows the numbers of declarations, forms and endorsements which form your complete policy.

| | |
|---|---|
| IL TO 19 01 89 | COMMON POLICY DEC |
| IL T3 15 12 94 | COMMON POLICY CONDITIONS |
| IL T3 53 04 98 | EXCLUSION-CERTAIN COMPUTER-RELATED LOSSES |
| IL 00 21 11 85 | NUCLEAR ENERGY LIABILITY EXCL |
| IL 02 78 04 98 | DC CHANGES - CANCELLATION AND NONRENEWAL |
| MP TO 01 09 98 | BUSINESSOWNERS COV PART DEC |
| MP T1 02 08 92 | BUSINESSOWNERS PROPERTY COV-SPECIAL FORM |
| MP T1 05 01 88 | AMENDATORY PROVISIONS - OFFICES |
| MP T3 01 04 96 | MPAC BROADENED PROP ENDORSEMENT |
| MP T9 70 01 98 | POWER-PAC ENDORSEMENT |
| CG DO 37 01 99 | OTHER INSURANCE-ADDL INSDS |
| CG DO 40 01 92 | ADDL INSD OWN/MGR CONVENTION CENTERS |
| CG D1 42 01 99 | EXCL-DISCRIMINATION |
| CG D1 92 08 97 | AMEND POLLUTION EXCL-BLDG HEAT EQUIP EXCPT |
| CG D1 94 11 97 | CHANGES-CMRL GENERAL LIABILITY COV FORM |
| CG T3 33 12 88 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |
| CG T4 78 08 96 | EXCL-ASBESTOS |
| CG 00 01 10 93 | CMRL GENERAL LIABILITY COV FORM |
| CG 21 47 10 93 | EMPLOYMENT-RELATED PRACTICES EXCL |
| CG 22 24 11 85 | EXCL-INSPECTION, APPRAISAL & SURVEY COMPANIES |
| CG 22 39 10 93 | EXCL-CAMPS OR CAMPGROUNDS |
| GN 01 71 05 95 | TRADE ASSOCIATION EXCL |
| GN 01 74 05 95 | EXCL OF COV - CHAPTER OR CLUB ACTIVITY |
| CM TO 18 01 98 | COV PRT DEC BUS COMPUTER |
| CM T1 21 01 98 | BUSINESS COMPUTER COV FORM |
| CM 00 01 06 95 | CMRL INLAND MARINE CONDITIONS |

IL TO 19 01 89 (Page 2 of 02)

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium: or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspection, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful: or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums: and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**IL T3 15 12 94**
(Rev. 2-95)

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. BUSINESSOWNERS COVERAGE PART – REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial General Liability or Liquor Liability Coverage Part; or

3. Standard Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Condominium Association Coverage Form;

   e. Condominium Commercial Unit–Owners Coverage Form;

   f. Causes of Loss Basic Form;

   g. Causes of Loss Special Form; and

   h. Causes of Loss Earthquake Form.

   Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Form (Standard or Special version) in the same manner as they apply to the forms they reference.

   Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**I. INSURING COMPANIES**

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
The Travelers Indemnity Company of Illinois (TIL)
* The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)
The Travelers Insurance Company (Ins)

*Formerly known as The Travelers Indemnity Company of Rhode Island (TRI)

_Jam M. Milan_
Secretary

_Charles J. Clarke_
President

IL T3 15 12 94
(Rev. 2-95)
A448

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART
BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

 1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

     (1) Computer hardware, including micro-processors;

     (2) Computer application software;

     (3) Computer operating systems and re-lated software;

     (4) Computer networks;

     (5) Microprocessors (computer chips) not part of any computer system; or

     (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

 2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

 1. In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commer-cial Crime Coverage Part, or the Commercial Inland Marine Coverage Part; or

 2. Under the Businessowners Coverage Part:

   a. In a Covered Cause of Loss under the Businessowners Property Coverage Stan-dard Form, or in elevator collision result-ing from mechanical breakdown; or

   b. In a "Specified Cause of Loss", under the Businessowners Property Coverage Spe-cial Form, in elevator collision resulting from mechanical breakdown, or from "Theft" of Covered Property,

 we will pay only for the loss ("loss") or damage caused by such Covered Cause of Loss, elevator collision, Covered Cause of Loss or "Theft".

C. We will not pay for repair, replacement or modifi-cation of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficien-cies or change any features.

Includes Material Copyrighted by
Insurance Services Office

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPOR-TATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily in-jury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance As-sociation, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance As-sociation of Canada or any of their suc-cessors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous proper-ties" of "nuclear material" and with respect to which (a) any person or or-ganization is required to maintain finan-cial protection pursuant to the Atomic Energy Act of 1954, or any law amen-datory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency there-of, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily in-jury" resulting from the "hazardous proper-ties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily in-jury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by or on behalf of, an "insured" or (b) has been dis-charged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time pos-sessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "in-sured" of services, materials, parts or equipment in connection with the plan-ning, construction, maintenance, opera-tion or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or pos-sessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Spe-cial nuclear material" or "by-product material;"

IL 00 21 11 85

Copyright, Insurance Services Office, Inc., 1983, 1984

Page 1 of 2

A450

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1983, 1984

IL 00 21 11 85

A451

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DISTRICT OF COLUMBIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

1.  You have refused or failed to pay a premium due under the terms of the policy;

2.  You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

3.  You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

4.  The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

NONRENEWAL

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

IL 02 78 04 98

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 1

A452

One Tower Square, Hartford, Connecticut 06183 **TravelersPropertyCasualty**
*A Member of TravelersGroup*

## BUSINESSOWNERS COVERAGE PART DECLARATIONS

OFFICE PAC
DELUXE PLAN

**POLICY NO.:** W-680-479H825-3-TIA-99
**ISSUE DATE:** 10-14-99

**DECLARATIONS PERIOD:** From 07-22-99 to 07-22-00 12:01 A.M. Standard Time at your mailing address.

**FORM OF BUSINESS:** NON-PROFIT ORG.

**COVERAGES AND LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| BUSINESSOWNERS PROPERTY COVERAGE: | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 01 | 01 | | |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ 100,000 | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |

**BUSINESS INCOME:** Limit-Actual loss up to 12 Consecutive Months.

**DEDUCTIBLE AMOUNT:** Businessowners Property Coverage: $ 250 Per Occurrence.

## COMMERCIAL GENERAL LIABILITY COVERAGE–
## OCCURRENCE FORM

| | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products–Completed Operations) Limit | $ 2,000,000 |
| Products–Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

**MORTGAGE HOLDER–BUILDING COVERAGE ONLY:**

**SPECIAL PROVISIONS:**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 09 98  (Page 1 of  1)

A453

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G–PROPERTY DEFINITIONS.

## A. COVERAGE–BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INCOME

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a. Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

   (a) Fixtures;

   (b) Machinery; and

   (c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the building or structure or the premises, including:

   (a) Fire extinguishing equipment;

   (b) Outdoor furniture;

   (c) Floor coverings; and

   (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

   (a) Additions under construction, alterations and repairs to the building or structure;

   (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property owned by you and used in your business;

(2) Property of others that is in your care, custody or control; and

(3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   (a) Made a part of the building or structure you occupy but do not own; and

   (b) You acquired or made at your expense but cannot legally remove.

### 2. Property and Associated Loss Costs Not Covered

Unless the following is added by endorsement to this policy, Covered Property does not include:

a. Aircraft;

b. (1) Motor vehicles;

MP T1 02 08 92

**(2)** Any other self-propelled vehicle which is:

    **(a)** Required to be licensed if used on public roads; or

    **(b)** Operated principally away from the described premises;

**c.** Beach or diving platforms, piers, pilings, wharves or docks;

**d.** Bridges, dams and dikes;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavating, grading, backfilling or filling, reclaiming or restoring land or water;

**g.** Land (including land on which the property is located), water and growing crops;

**h.** Outdoor radio or television antennas, (including their lead-in wiring, masts or towers), fences, retaining walls not part of the building, lawns, trees, shrubs and plants (other than "stock" of trees, shrubs or plants) walks, roadways, patios or other paved surfaces, all except as provided in the Outdoor Property Coverage Extension;

**i.** Watercraft (including motors, equipment and accessories) while afloat;

**j.** Accounts, bills, deeds, or evidences of debt;

**k.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

**l.** Foundations of buildings, structures, machinery or boilers, if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**m.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**n.** Underground pipes, flues or drains;

**o.** Exterior building glass except as provided under Coverage Extensions;

**p.** Items with numismatic value, including but not limited to coins, paper currency and bank notes and stamps with philatelic value;

**q.** Collections whose value is based on antiquity or rarity; and

**r.** Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" ("theft" limitation applies).

**3.** **Business Income**

    **a.** Business Income means the:

        **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred;

        **(2)** Continuing normal operating expenses incurred, including payroll; and

        **(3)** Includes "Rental Value."

    **b.** We will only pay for loss of Business Income that occurs within 12 consecutive months immediately following the date of direct physical loss or damage.

    **c.** We will also pay for the actual loss of Business Income you sustain during the period that:

        **(1)** Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

        **(2)** Ends on the earlier of:

            **(a)** The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

            **(b)** Thirty consecutive days after the date determined in c.(1) above.

**4.** **Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

    **a.** Limited in Paragraph A.5., Limitations; or

    **b.** Excluded in Section B., Exclusions.

**5.** **Limitations**

    **a.** We will not pay for loss of or damage to:

MP T1 02 08 92

A455

(1) The interior of any building or structure or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

(2) Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustions pass.

(3) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss."

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

(a) Glass that is part of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by "theft," the most we will pay in any one occurrence for the following types of property is:

(1) $2,500 for all furs, fur garments and garments trimmed with fur.

(2) $2,500 for all jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for all patterns, dies, molds and forms.

d. We will not pay for loss or damage to Covered Property at a building shown in the Declarations:

(1) By vandalism while the building is "unoccupied," if it has been "unoccupied," for 60 consecutive days immediately before the loss.

(2) By any cause of loss while:

(a) The building is "unoccupied," if it has been "unoccupied" for 12 consecutive months immediately before the loss.

(b) The building is "vacant," if it has been "vacant" for 60 consecutive days immediately before the loss.

e. We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

(1) 60 consecutive days from the date of direct physical loss or damage; or

(2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

MP T1 02 08 92

BUSINESSOWNERS

Example No.1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred.

We will only pay for the Business Income loss sustained during the period June 1–September 1. Loss during the period September 2–October 1 is not covered.

Example No.2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1–September 29 (60 consecutive days). Loss during the period September 30–October 15 is not covered.

6. **Additional Coverages**

Unless otherwise stated, payments made under the following Additional Coverages will not increase the applicable Limits of Insurance.

a. **"Employee Dishonesty"**

(1) We will pay for loss of or damage to Business Personal Property resulting directly from "Employee Dishonesty."

(2) The most we will pay for loss or damage in any one occurrence is the smallest of the following:

(a) The limit for Business Personal Property stated in the Declaration (If more than one building is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

(b) $250,000 (if the Business Personal Property limit at any building is greater than this amount).

Occurrence means all loss caused by or involving the same "employee(s)," whether the result of a single act or series of acts.

(3) We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Pe-

riod. Regardless of the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

(4) We will not pay for loss resulting from the dishonest acts of any "employee":

(a) If coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours providing "employee dishonesty" coverage.

(b) Occurring immediately after discovery by:

i. You; or

ii. Any of your partners, officers or directors not in collusion with the "employee," of any dishonest act committed by that "employee" before or after being hired by you.

(c) Occurring after the effective date stated in our written notice to you that the "employee" is no longer covered. That effective date will not be less than 15 days after the date we mail the notice.

(5) We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

(6) If, during the period of any prior "Employee Dishonesty" insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

(a) This insurance became effective at the time of cancellation or termination of the prior insurance;

(b) The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred; and

MP T1 02 08 92

A457

(c) This insurance is limited to the lesser of the amount recoverable under:

    i. This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

    ii. The prior "Employee Dishonesty" insurance, had it remained in effect.

**b. Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(1) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Form;

(2) Hidden decay;

(3) Hidden insect or vermin damage;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof;

(6) Use of defective material or methods in construction, remodeling or renovation, if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items (2), (3), (4), (5), and (6) above, unless the loss or damage is a direct result of the collapse of a building:

    awnings; gutters and downspouts; yard fixtures and outdoor swimming pools.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**c. Building Repairs Due to Water Damage**

If loss or damage caused by or resulting from a covered water damage occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in sprinkler leakage; or

(2) Is directly caused by freezing.

**d. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

    (a) The amount we pay for the direct physical loss or damage; plus

    (b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in paragraph (3) below.

(3) (a) The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

    (b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

we will pay up to an additional $25,000 for each location in any one occurrence under the Debris Removal Additional Coverage:

(4) This Additional Coverage does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

MP T1 02 08 92

**e.  Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs:

**(1)** On the described premises; and

**(2)** During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each described premises under this Additional Coverage is $10,000 in any one year commencing with policy inception.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**f.  Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**g.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**h.  Temporary Relocation of Property**

If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for loss or damage to that stored property:

**(1)** Caused by or resulting from a Covered Cause of Loss;

**(2)** Up to $50,000 at each temporary location; and

**(3)** During the storage period of up to 90 consecutive days but not beyond expiration of this policy;

unless the stored property is more specifically insured.

**i.  Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or at temporary locations, including:

  **i.** Relocation expenses; and

  **ii.** Costs to equip and operate the replacement or temporary locations.

**(2)** To minimize the suspension of business if you cannot continue "operations."

**(3) (a)** To repair or replace any property; or

MP T1 02 08 92

A459

(b) To research, replace or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**j.   Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property other than at the described premises, caused by or resulting from a Covered Cause of Loss.

This coverage will apply for a period of up to two consecutive weeks from the date of that action of civil authority.

**k.   Arson and Theft Reward**

We will pay a reward of 25% of a paid claim up to a maximum of $5,000 for information leading to:

(1) an arson conviction in connection with a covered fire or explosion loss, or

(2) a theft conviction in connection with a covered theft loss.

This is the most we will pay for any one occurrence under this policy or any combination of policies.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**7.   Coverage Extensions**

Subject to the Exclusions, Conditions and Limitations of this form, you may extend this insurance as indicated below.

Unless otherwise stated, payments made under the following Coverage Extensions will not increase the applicable Limits of Insurance.

**a.   Money Orders and Counterfeit Paper Currency**

Your Business Personal Property insurance is extended to apply to loss resulting from the acceptance in good faith of:

(1) Money orders not paid upon presentation; or

(2) Counterfeit paper currency.

**b.   Newly Acquired or Constructed Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

(1) Your Building insurance is extended to apply to:

(a) Your new buildings or building additions while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

    i.   Use similar to that of the building described in the Declarations; or

    ii.  Use as a warehouse for your Covered Property.

The most we will pay for loss or damage under this Extension is $100,000 at each location.

(2) Your Business Personal Property insurance is extended to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each location.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the

date construction begins or you acquire the property.

c. **Business Income and Extra Expense–Newly Acquired Locations**

(1) Your Business Income and Extra Expense Coverage is extended to apply to property at any location you acquire other than at fairs or exhibitions.

(2) The most we will pay for loss under this Extension is $100,000 at each location.

(3) Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property;

(c) You report values to us;

(d) The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

d. **Business Personal Property Off Premises**

Your Business Personal Property insurance is extended to apply to such property while it is in course of transit from the described premises or temporarily away from the described premises at your home or a premises you do not own, lease or operate.

This Extension does not apply to property:

(1) While in the custody of the United States Postal Service;

(2) Rented or leased to others;

(3) After delivery to customers; or

(4) Temporarily at a premises for more than 30 consecutive days, except money and securities at a banking premises.

e. **Outdoor Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to your outdoor property on the described premises as follows:

(1) Fences, retaining walls not part of a building, lawns, trees, shrubs and plants (other than "stock" of trees, shrubs, or plants) walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion; or

(e) Aircraft.

(2) Radio and television antennas (including Satellite dishes) for loss or damage by the Causes of Loss listed above and:

(a) Windstorm;

(b) Hail;

(c) Falling Objects;

(d) Vehicles;

(e) Sinkhole Collapse; or

(f) Volcanic Action

The most we will pay for loss or damage under this Extension is $5,000 at each described premises, but not more than $500 for any one tree, shrub or plant nor $1,000 for any antenna.

f. **Signs**

Your Building or Business Personal Property insurance is extended to outdoor signs attached to the building or on or within 100 feet of the described premises.

g. **Valuable Papers and Records–Cost of Research**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

Your Business Personal Property insurance is extended to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for

MP T1 02 08 92

A461

which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

**h. Personal Property and Effects**

Your Business Personal Property insurance is extended to apply to personal property and effects (other than Business Personal Property) owned by you or others.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

**i. Exterior Building Glass**

(1) The insurance provided by this Coverage Form is extended to cover glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass:

    (a) If the Building described in the Declarations is insured; or

    (b) If Business Personal Property is insured and coverage for glass is shown as included in the Declarations.

This coverage applies to all glass in the exterior walls of a described building (including all lettering and ornamentation).

(2) We will also pay for necessary expenses incurred to:

    (a) Put up temporary plates or board up openings;

    (b) Repair or replace encasing frames; and

    (c) Remove or replace obstructions.

(3) Paragraph A.4., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Extension except for:

    (a) Governmental Action;

    (b) Nuclear Hazard; and

    (c) War and Military Action.

**j. Claim Data**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to the expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss.

The most we will pay for preparation of claim data under this Extension is $1,000. We will not pay for any expenses billed by and payable to insurance adjusters.

**k. Building Damage by Theft**

Your Business Personal Property insurance is extended to cover damage by "theft" to that portion of such building you occupy, but only if you are liable for such damage and you do not own the building.

We shall not be liable under this Extension of Coverage for damage by fire or explosion, or to glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance or Law**

    The enforcement of any building ordinance or law:

      (1) Regulating the construction, use or repair of any buildings; or

      (2) Requiring the tearing down of any building, including the cost of removing its debris.

    **b. Earth Movement**

      (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence, earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay in each occurrence for that resulting loss or damage.

      (2) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting loss or damage.

MP T1 02 08 92

Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c.   Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d.   Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**e.   Off Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the cause of the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**f.   War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water which backs up through sewers or drains, except for any resulting insured direct physical loss by water back-up, other than from a septic tank or cesspool, when the cause of the back-up originates on the designated premises;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Insects, birds, rodents or other ani-
mals;

(6) Mechanical breakdown, including rup-
ture or bursting caused by centrifugal
force. However, this does not apply to
any resulting loss or damage caused
by elevator collision; or

(7) The following causes of loss to per-
sonal property:

(a) Dampness or dryness of atmos-
phere;

(b) Changes in or extremes of tem-
perature;

(c) Marring or scratching; or

(d) Evaporation, loss of weight, con-
tamination, exposure to light or
change in flavor, color, texture or
finish.

But if loss or damage by the "specified
causes of loss" results, we will pay for
that resulting loss or damage.

e. Explosion of steam boilers, steam pipes,
steam engines or steam turbines owned
or leased by you, or operated under your
control. But if loss or damage by fire or
combustion explosion results, we will pay
for that resulting loss or damage. We will
also pay for loss or damage caused by or
resulting from the explosion of gases or
fuel within the furnace of any fired vessel
or within the flues or passages through
which the gases of combustion pass.

f. Continuous or repeated seepage or leak-
age of water or other liquids that occurs
over a period of 14 days or more.

g. Water or other liquid that leaks or flows
from plumbing, heating, air conditioning or
other equipment (except fire protection
systems) caused by or resulting from
freezing, unless:

(1) You do your best to maintain heat in
the building or structure; or

(2) You drain the equipment and shut off
the water supply if the heat is not
maintained.

h. Dishonest or criminal acts by you, or any
of your partners, "employees," directors
or trustees:

(1) Acting alone or in collusion with oth-
ers; or

(2) Whether or not occurring during the
hours of employment.

This exclusion does not apply to acts of
destruction by your "employees," but
"theft" by "employees" is not covered ex-
cept as provided under Additional Cover-
ages.

i. Voluntary parting with any property by you
or anyone else to whom you have en-
trusted the property if induced to do so by
any fraudulent scheme, trick, device or
false pretense by any person who is not
an "employee."

This exclusion does not apply to property
in the custody of carriers for hire.

j. Rain, snow, sand, dust, ice or sleet to per-
sonal property in the open.

k. Collapse, except as provided in the Addi-
tional Coverage for Collapse. But if loss or
damage by a Covered Cause of Loss re-
sults at the described premises, we will
pay for that resulting loss or damage.

l. Discharge, dispersal, seepage, migration,
release or escape of "pollutants" unless
the release, discharge or dispersal is itself
caused by any of the "specified causes of
loss." But if loss or damage by the "speci-
fied causes of loss" results, we will pay for
the resulting damage caused by the
"specified cause of loss."

m. Legal process involving appropriation of
property for any reason or repossession
of property for noncompliance with a loan
agreement.

n. Default on any credit sale, loan, or similar
transaction.

o. Property that is missing, where the only
evidence of the loss or damage is a short-
age disclosed on taking inventory, or
other instances where there is no physical
evidence to show what happened to the
property. This exclusion does not apply to
"money" and "securities."

p. Loss of property or that part of any loss,
the proof of which as to its existence or
amount is dependent on;

(1) Any inventory computation; or

(2) A profit and loss computation.

q. The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions. This exclusion does not apply to loss or damage from "employee" "theft.".

r. Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **B.1** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income and Extra Expense Exclusions**

We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation

is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

b. Any other consequential loss.

**C. LIMITS OF INSURANCE**

1. Unless otherwise stated, the most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. **Inflation Guard**

a. When so indicated in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by the annual percentage shown.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If:
The applicable Building limit is

|  |  |
|---|---|
|  | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x (146/365) = | $3,200. |

3. **Business Personal Property Limit–Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business at the location where the loss or damage occurs, on the date the loss or damage occurs.

## D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. No deductible applies to the following:

   a. Fire Department Service Charge;

   b. Business Income (including Extra Expense and Civil Authority);

   c. Money Orders and Counterfeit Paper Currency; or

   d. Arson and Theft Reward.

3. If more than one deductible applies to the same loss, the most we will deduct from the loss payment is the highest deductible amount.

## E. PROPERTY LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties in the Event of Loss or Damage

a. You must see to it that the following are done upon the discovery of loss or damage, or a situation that may lead to loss or damage, to Covered Property:

   (1) Notify the police if a law may have been broken. This duty does not apply to loss or damage arising from "Employee Dishonesty."

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

MP T1 02 08 92

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) For loss or damage from other than "Employee Dishonesty" send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) For loss or damage resulting from "Employee Dishonesty" give us a detailed, sworn proof of loss within 120 days of the date of discovery.

(9) Cooperate with us in the investigation and settlement of the claim.

(10) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment—Building and Personal Property**

In the event of loss or damage covered by this Coverage Form:

a. We will not pay you more than your financial interest in the Covered Property.

b. At our option, we will either:

(1) Pay the value of lost or damaged property, as described in paragraph d. below;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

We will give notice of our intentions within 30 days after we receive your sworn proof of loss.

c. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

i. Until the lost or damaged property is actually repaired or replaced; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

i. The cost to replace, on the same premises, the lost or damaged property with other property:

(i) Of comparable material and quality; and

(ii) Used for the same purpose; or

ii. The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, paragraph (1) above does not apply to the

property for which Actual Cash Value is indicated.

(3) Property of others at actual cash value plus the cost of labor, materials or services furnished or arranged by you on personal property of others.

(4) The following property at actual cash value:

(a) Used, obsolete or second-hand merchandise held in storage or for sale;

(b) Household furnishings;

(c) Manuscripts;

(d) Works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

(e) Personal effects.

(5) Glass at the cost of replacement with safety glazing material if required by law.

(6) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

i. Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

ii. Divide the amount determined in i. above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing, if others pay for repairs or replacement.

(7) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepack-

aged software programs), at the cost of:

(a) Blank materials for reproducing the records; and

(b) Labor to transcribe or copy the records.

(8) "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

(9) Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

(10) "Money" at its face value; and

(11) "Securities" at their value at the close of business on the day the loss is discovered.

(12) The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

(a) Distilled spirits;

(b) Wines;

(c) Rectified products; or

(d) Beer.

(13) Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

d. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

BUSINESSOWNERS

e. We may elect to defend you against suits arising from claims of owners of property. We will do so at our expense.

f. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Form; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

5. **Loss Payment–Business Income and Extra Expense**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no loss or damage occurred;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Upon resumption of your "operations," we will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

e. We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Form; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

6. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice.

a. For all loss other than by "Employee Dishonesty," you have the option to retain the recovered property. If you do retain the property you must then return to us the amount we paid to you for the property.

(1) We will then pay:

(a) Recovery expense; and

(b) Cost to repair the covered property.

MP T1 02 08 92

A469

(2) But, the most we will pay is the small-est of the following;

(a) The total of (1)(a) and (b) above;

(b) The value of the recovered prop-erty; or

(c) The limit of insurance.

b. In all other instances, recoveries, less the cost of obtaining them, will be distributed as follows:

(1) To you, until you are reimbursed for any loss that you sustain that ex-ceeds the limit of insurance, if any;

(2) Then to us, until we are reimbursed for the settlement made;

(3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

c. Recoveries do not include any recovery:

(1) From insurance, suretyship, reinsur-ance, security or indemnity taken for our benefit; or

(2) Of original "securities" after duplicates of them have been issued.

**7. Noncumulative Limit**

No Limit of Insurance cumulates from policy period to policy period.

**F. COMMERCIAL PROPERTY CONDITIONS**

**1. Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The Covered Property;

c. Your interest in the Covered Property; or

d. A claim under this Coverage Form.

**2. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condi-tion does not exist.

**3. Insurance Under Two or More Coverages.**

If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**4. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form unless:

a. There has been full compliance with all of the terms of this Coverage Form; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

c. For "employee dishonesty" and "theft" losses, the following additional condition applies:

You may not bring any legal action against us involving loss until 90 days af-ter you have filed proof of loss with us.

**5. Liberalization**

If we adopt any revision that would boaden the coverage under this Coverage Form with-out additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Cover-age Form.

**6. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will bene-fit from this insurance.

**7. Other Insurance**

a. You may have other insurance subject to the same plan, terms, conditions and pro-visions as the insurance under this Cover-age Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all in-surance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that de-scribed in 7.a above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

BUSINESSOWNERS

8. **Policy Period, Coverage Territory**

Under this Coverage Form:

a. We cover loss or damage you sustain through acts committed or events occurring:

(1) During the policy period shown in the Declarations (except as provided by the provisions of the "Employee Dishonesty" Additional Coverage);

(2) Within the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

9. **Transfer of Rights of Recovery Against Others to Us.**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property or Covered Income.

b. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.

10. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No .1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |

The Deductible is                    $250

The amount of loss is              $40,000

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $225,000/$225,000 = 1.00

Step (3): $40,000 x 1.00 = $40,000

Step (4): $40,000 − $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

**b.** Coinsurance does not apply to:

    **(1)** "Money" and "securities";

    **(2)** Additional Coverages;

    **(3)** Coverage Extensions; or

    **(4)** Loss or damage in any one occurrence totalling less than $2,500.

**11. Mortgage Holders**

    **a.** The term, mortgage holder, includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

       **(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so;

       **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

       **(3)** Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Form will then apply directly to the mortgage holder.

    **e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

       **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

       **(2)** The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

       At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

       **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

       **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**G. PROPERTY DEFINITIONS**

    **1. a.** "Employee(s)" means:

       **(1)** Any natural person:

         **(a)** While in your service (and for 30 days after termination of service); and

         **(b)** Whom you compensate directly by salary, wages or commissions; and

         **(c)** Whom you have the right to direct and control while performing services for you.

       **(2)** Any natural person employed by an employment contractor while that person is subject to your direction and

BUSINESSOWNERS

control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

(3) Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

b. But "employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

2. "Employee Dishonesty" means only dishonest acts, including "forgery" or extortion, committed by an "employee," whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

a. Cause you to sustain loss; and also

b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

3. "Forgery" means forgery or alteration of, on or in any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a sum certain in money, made or drawn by or drawn upon you, or made or drawn by one acting as agent of you or purporting to have been made or drawn, or of the endorsement on any such instrument made payable to you, including:

a. Any check or draft made or drawn in your name, payable to a fictitious payee and endorsed in the name of such fictitious payee;

b. Any check or draft procured in a face to face transaction with you, or with one acting as agent of you, by anyone impersonating another and made or drawn payable to the one so impersonated and endorsed by anyone other than the one so impersonated; and

c. Any payroll check, payroll draft or payroll order made or drawn by you, payable to bearer as well as to a named payee and endorsed by anyone other than the named payee without authority from such payee;

whether or not any such endorsement be a forgery within the law of the place controlling the construction thereof. Mechanically reproduced facsimile signatures are treated the same as handwritten signatures.

If you are sued for refusing to pay any Covered Instrument above ( a., b. and c.) on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

4. "Money" means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

5. "Operations" means your business activities occurring at the described premises; and if Business Income coverage for "Rental Value" applies, the tenantability of the described premises.

6. "Period of Restoration" means the period of time that:

a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration."

7. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

8. **"Rental Value"** means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

   c. Fair rental value of any portion of the described premises which is occupied by you.

9. **"Securities"** means all negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets, lottery tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money."

10. **"Specified Causes of Loss"** means the following:

    Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not include;

       (1) The cost of filling sinkholes; or

       (2) Sinking or collapse of land into underground man-made cavities.

    b. Falling objects does not include loss of or damage to:

       (1) Personal Property in the open; or

       (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

11. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

12. **"Theft"** means any act of stealing including but not limited to "forgery" and extortion but excluding dishonest acts of "employees."

13. **"Unoccupied"** means containing personal property usual to the occupancy of the building while customary activity and operations are suspended. This does not apply to such suspensions when they are usual and incidental to the occupancy.

14. **"Vacant"** means the building does not contain enough business personal property to conduct customary operations.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS — OFFICES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.** The following is added to paragraph A.1.a.(4) of the Businessowners Property Coverage Form:

> **e.** Lobby or hallway furnishings owned by you.

**B.** The following is added to paragraph A.2. Property and Associated Loss Costs Not Covered of the Businessowners Property Coverage Form:

> Radium

**C.** The following is added to the Personal Property Off Premises provision of paragraph A.7. Coverage Extensions of the Businessowners Property Coverage Form:

> As respects medical, surgical, and dental equipment and instruments (including tools, materials, supplies and scientific books) owned and used by you in the medical or dental profession and, at your option, such property belonging to others and used in your profession, this insurance applies while such property is away from the described premises.
>
> This extension does not apply to such property:

> **(1)** While in the custody of the United States Postal Service;

> **(2)** Rented or leased to others; or

> **(3)** After delivery to customers.

**D.** The following exclusion is added to COVERAGES (Section I) of the Commercial General Liability Coverage Form:

With respect to real estate agency and property management operations, this insurance applies only to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the ownership, operation, maintenance or use of:

**1.** Such part of any premises you use for general office purposes; and

**2.** Premises listed with you for sale or rental, if:

> **a.** You do not own, operate, manage or rent the premises;

> **b.** They are not in your care, custody, or control; or

> **c.** You do not act as agent for the collection of rents or in any supervisory capacity.

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MASTER PAC BROADENED PROPERTY ENDORSEMENT—SPECIAL FORM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. **A.2. Property and Associated Loss Costs Not Covered**

   Coverage is provided for the following types of property by deletion of the following provisions:

   **2.c.** Beach or diving platforms, piers, pilings, wharves or docks;

   **2.l.** Foundations of buildings, structures, machinery or boilers, if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

2. **A.5. Limitations**

   The following limitation provision is deleted:

   **A.5.a.(1)** We will not pay for loss of or damage to:

   **(1)** The interior of any building or structure or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust whether driven by wind or not, unless:

   **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(b)** The loss or damage is caused by or results from the thawing of snow, sleet or ice on the building or structure.

3. **A.7. Coverage Extensions** is changed as follows:

   **A.7.b. Newly Acquired or Constructed Property** is changed as follows:

   The most we will pay for loss or damage to buildings and additions under this extension is increased from $100,000 to $250,000 at each location.

4. The following coverage extensions are added:

   **7.l. Physicians and Dentists Personal Property Away From Premises**

   Your Business Personal Property insurance is extended to apply to business personal property consisting of:

   **a.** Medical, surgical and dental equipment and instruments;

   **b.** Tools, materials, supplies and scientific books;

   while at any premise other than those described in the Declarations and in course of transit.

   **7.m. Spoilage–Consequential Loss For Stores and Restaurants**

   Your Business Personal Property insurance is extended to cover consequential loss to your business personal property caused by change in temperature or humidity. However, the change must result from a Covered Cause of Loss damaging the following types of equipment situated on the described premises:

   Refrigerating, cooling, humidifying, air-conditioning, heating, generating or converting power; any connections, supply or transmission lines and pipes associated with the above equipment.

Copyright, The Travelers Indemnity Company

BUSINESSOWNERS

5. E.   **Property Loss Conditions**, is changed as follows:

    **E.4.c.(3)** "Property of others at actual cash value plus the cost of labor, materials or services furnished or arranged by you on personal property

of others" is deleted and replaced by the following:

"Property of others at the amount you are legally liable or replacement cost, whichever is less."

Copyright, The Travelers Indemnity Company

MP T3 01 04 96

A477

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POWER PAC ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

A. The **Businessowners Property Coverage—Special Form** is revised as follows:

1. The limit applicable to the **Additional Coverage—Pollutant Cleanup and Removal** is increased from $10,000 to $25,000.

2. The limit applicable to the **Additional Coverage—Fire Department Service Charge** is increased from $1,000 to $10,000.

3. The following **Additional Coverages** are added:

   a. **Ordinance or Law—Increased Cost of Construction or Repair**

   If a Covered Cause of Loss occurs to covered Building Property insured under this policy at a described premises, we will pay the increased cost to repair, rebuild or construct the damaged building caused by enforcement of a building, zoning or land use ordinance or law which is in force at the time of loss. The repaired or rebuilt building must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants" and asbestos whether or not such asbestos is deemed to be a "pollutant".

   We will not pay for increased construction costs until the building is actually repaired or replaced, at the same or another premises.

   We will not pay under this coverage for loss due to any ordinance or law which:

   (1) You were required to comply with before the loss, even if the building was undamaged; and

   (2) You failed to comply with.

   The most we will pay for loss under this Additional Coverage is $10,000 in any one occurrence.

   This amount is in addition to the Limits of Insurance.

   b. **Fire Protective Equipment Discharge**

   If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

   (1) refill or recharge the system with the extinguishing agents that were discharged; and

   (2) replace or repair faulty valves or controls which caused the discharge.

   The most we will pay under this Additional Coverage is $5,000.

   This amount is in addition to the Limits of Insurance.

   c. **Lost Key Consequential Loss**

   (1) We will pay for consequential loss to keys and locks if a master or grand master key is lost or damaged from a Covered Cause of Loss. We will pay for:

      (a) the actual cost of keys, and

      (b) adjustment of locks to accept new keys, or

      (c) if required, new locks including cost of their installation.

   (2) Loss or damage must be caused by or result from a Covered Cause of Loss including mysterious disappearance.

   (3) The most we will pay for loss or damage under this Additional Coverage is $500 at each described premises.

   This amount is in addition to the Limits of Insurance.

MP T9 70 01 98

4. When **Business Income** is included, provision **A.3.c.** (extended business income) is changed by increasing the number of days from thirty to sixty.

5. The following **Coverage Extensions** are added when **Business Income** is included:

   a. **Ordinance or Law—Increased "Period of Restoration"**

   If a Covered Cause of Loss occurs to property at the premises described in the Declarations, Business Income coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of "operations" caused by or resulting from the enforcement of an ordinance or law that:

   (1) Regulates the construction or repair of any property; and

   (2) Is in force at the time of loss.

   However, coverage is not extended to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", and asbestos whether or not such asbestos is deemed to be a "pollutant".

   We will not pay under this coverage for loss due to any ordinance or law which:

   (1) You were required to comply with before the loss, even if the building was undamaged; and

   (2) You failed to comply with.

   The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

   b. **Business Income From Dependent Properties**

   We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property", caused by or resulting from a Covered Cause of Loss.

"Dependent Property" means property operated by others you depend on to:

(1) Deliver materials or services (other than water, communications or power supply) to you, or to others for your account (Contributing Locations);

(2) Accept your products or services (Recipient Locations);

(3) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

(4) Attract customers to your business (Leader Locations).

The most we will pay under this Coverage Extension is $10,000.

c. **Off Premises Service—Time Element**

We will pay for the loss of Business Income and/or Extra Expense you sustain due to the necessary suspension of your "operations" during the "period of restoration" as a result of direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with services by the following utilities:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

   (a) Pumping stations; and

   (b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as:

   (a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

   (b) Coaxial cables; and

   (c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**MP T9 70 01 98**

A479

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines, except over-head transmission lines.

The most we will pay is $1,000 for loss you sustain after the first 48 hours following the direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

6. The following **Coverage Extensions** are revised as follows:

a. **Newly Acquired or Constructed Property**

The limit for newly acquired Business Personal Property at newly acquired locations is increased from $100,000 to $250,000.

b. **Business Income and Extra Expense— Newly Acquired Locations**

The limit of $100,000 is increased to $250,000.

c. **Outdoor Property**

The limit of $5,000 at each described premises is increased to $10,000.

d. **Valuable Papers and Records—Cost of Research** is deleted and is replaced with the following:

**Valuable Papers and Records (Other Than Accounts Receivable)—Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, (other than accounts receivables), including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Coverage Extension is $25,000 at each described premises or within 100 feet thereof and $5,000 while in transit or temporarily at your home or at a premise you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

7. The following **Coverage Extensions** are added:

a. **Accounts Receivable**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to your accounts receivable records including those on electronic data processing media.

(1) We will pay:

(a) Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

(b) Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

(2) We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

(a) Bookkeeping, accounting or billing errors or omissions; or

(b) Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of a direct loss caused by lightning.

(3) We will not pay for loss or damage that requires:

(a) an audit of records;

(b) any inventory computation; or

(c) a profit or loss computation;

to prove its factual existence.

MP T9 70 01 98

The most we will pay under this Coverage Extension in any one occurrence is $25,000 at all described premises or within 100 feet of the described premises and $10,000 while in transit or temporarily at your home or at a premises you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

**b. Business Computer Coverage**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to:

(1) Your electronic data processing equipment and its component parts; and

(2) Your data stored on disks, film, tapes or similar electronic data processing media; the media itself; computer programs and instructions.

The most we will pay under this Coverage Extension is $10,000 in any one occurrence at all described premises or within 100 feet of the described premises.

This amount is in addition to the Limits of Insurance.

**c. Fine Arts**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to "Fine Arts" at the premises described in the Declarations. The most we will pay under this Extension is $10,000 in any one occurrence. The Breakage Limitation contained in Section A.5.b.(2) of the Businessowners Property Coverage Special Form does not apply to this Fine Arts Extension.

"Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

The following is added to **PROPERTY LOSS CONDITIONS—E.4.c.(4)(d)** with respect to "Fine Arts":

We will determine the value of Fine Arts as follows:

Works of art, antiques or rare articles at the lesser of:

(1) Market value at the time and place of loss;

(2) Cost of reasonably restoring that property; or

(3) Replacing that property with substantially the same property.

This amount is in addition to the Limits of Insurance.

**d. Off Premises Services—Direct Damage**

We will pay for loss or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Transformers; and

(d) Transmission lines, except overhead transmission lines.

The most we will pay for loss or damage under this extension is $1,000.

MP T9 70 01 98

A481

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

Paragraph 4.b. of CONDITIONS (SECTION IV) is amended as follows:

b.  Excess Insurance

This insurance is excess over any of the other insurance; whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk, or similar coverage for "your work";

(2) That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the loss arises out of the maintenance or use of aircraft, "autos", or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I); or

(4) That is valid and collectible insurance available to you if you are added as an additional insured under any other policy.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED
# OWNERS OR MANAGERS OF CONVENTION CENTERS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    CATASTROPHE UMBRELLA POLICY

## PROVISIONS

WHO IS AN INSURED provision is amended to include as insureds the following persons or organizations that you are contractually required to include as insureds arising out of the ownership, maintenance or use of that part of any premises leased or rented to you for holding meetings or conventions:

1. The owners including any subsidiaries or general lessees of such ownership, and if said owner or lessee is a governmental subdivision or publicly owned entity, any authority, board, commission, division, department or office forming a part of or directly related thereto;

2. Any person or organizations retained by the owner or general lessee to manage such premises; and

3. Any officers, directors, trustees or employees or any entity included in 1. or 2. above while acting within the scope of their duties as such.

    This insurance does not apply to:

    a. Any "occurrence" which takes place after you cease to be a tenant in that premises.

    b. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization included in 1., 2. or 3. above.

4. The insurance provided by this endorsement is excess over any other collectible insurance whether primary, excess or contingent, unless such insurance is specifically written to apply in excess of this policy.

CG D0 40 01 92

Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** – is amended by adding the following additional exclusion:

   (This Insurance does not apply to:)

   "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

2. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** – is amended by adding the following additional exclusion:

   (This insurance does not apply to:)

   "Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

CG D1 42 01 99

Copyright, The Travelers Indemnity Company, 1999

Page 1 of 1

A484

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph (1)(a) of the **Pollution** exclusion under Paragraph 2., **Exclusions of Bodily Injury And Property Damage Liability** Coverage (Section I – Coverages) is replaced by the following:

This insurance does not apply to:

**POLLUTION**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph (a) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

A485

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PROVISIONS

A. Paragraph **1.a.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

B. Paragraph **2.b.** of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  2. **Exclusions**

   This insurance does not apply to:

   b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

     (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

     (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

C. Paragraph **1.a.** of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance

CG D1 94 11 97          Copyright, Travelers Indemnity Company, 1997          Page 1 of 5

applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

**D.** The following is added to Paragraph 2. Exclusions of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

(This insurance does not apply to:)

1. "Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**E.** SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is amended as follows:

1. The first sentence is deleted and replaced by the following:

   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

2. Paragraph 4. is deleted and replaced by the following:

   4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

3. The following is added:

   If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and we agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

Page 2 of 5                     Copyright, Travelers Indemnity Company, 1997                     CG D1 94 11 97

A487

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph **2.b.(2)** of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

F.  WHO IS AN INSURED (Section II) is amended as follows in order to specifically include Limited Liability Companies:

1.  Paragraphs 1. and 2.a. are deleted and replaced by the following:

1.  If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to

the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.  Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury";

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse , child, parent, brother or sister of that co-"employee" as a conse-

quence of paragraph **(1)(a)** above;

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

  **(2)** "Property damage" to property;

    **(a)** Owned, occupied or used by,

    **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**2.** The first sentence of paragraph **4.** is deleted and replaced by the following:

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**3.** The final paragraph is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**G.** Condition 2. Duties In The Event Of Occurrence, Offense, Claim or Suit (Section IV – Commercial General Liability Conditions) is amended as follows:

  **1.** Paragraph **c.(3)** is deleted and replaced by the following:

    **c.** You and any other involved insured must:

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

  **2.** Paragraph **d.** is deleted and replaced by the following:

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**H.** Condition 4. Other Insurance (Section IV – Commercial General Liability Conditions) is amended as follows:

The first two paragraphs of paragraph **b.** are deleted and replaced by the following:

  **b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

    **(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

    **(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I – Coverages).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I.** DEFINITIONS (Section V) is amended as follows:

  **1.** Definition 8. "insured contract" is amended as follows:

    **a.** Subpart **f.(2)(a)** is deleted and replaced by the following:

    **(a)** Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

Copyright, Travelers Indemnity Company, 1997

CG D1 94 11 97

A489

b. Subpart **f.(3)** is deleted and replaced by the following:

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

2. Definition **14.** "products-completed operations hazard" is amended as follows:

   Paragraph **c.(1)** is deleted and replaced by the following:

   c. This hazard does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

3. Definition **16.** "suit" is deleted and replaced by the following:

   "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

Copyright, Travelers Indemnity Company, 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## PROVISIONS

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any policy with a policy number containing the letters CUP, EX, PRS, SPS, XS or IXL.

CG T3 33 12 88

Page 1 of 1

A491

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a.  Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b.  Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

CG T4 78 02 90          Copyright, The Travelers Indemnity Company.          Page 1 of 1

A492

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a. Expected or Intended Injury

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. Contractual Liability

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

      (2) That the insured would have in the absence of the contract or agreement.

   c. Liquor Liability

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

      This exclusion applies only if you are in the business of manufacturing distributing, selling, serving or furnishing alcoholic beverages.

Copyright, Insurance Services Office, Inc., 1992

**d.** Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f.** Pollution

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        **(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        **(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.** Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A494

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage to Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

k. Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

l. Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

      but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury" or "advertising injury":

      (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   b. "Advertising injury" arising out of:

      (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

      (2) The failure of goods, products or services to conform with advertised quality or performance;

      (3) The wrong description of the price of goods, products or services; or

      (4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

1. Insuring Agreement.

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the

Copyright, Insurance Services Office, Inc., 1992

**CG 00 01 10 93**

A496

applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions.**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

We will pay with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees," other than your "executive officers," but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

(1) "Bodily injury" or "personal injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A498

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

Copyright, Insurance Services Office, Inc., 1992

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or.B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

Copyright, Insurance Services Office, Inc., 1992          **CG 00 01 10 93**

A500

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

    a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    b. Oral or written publication of material that violates a person's right of privacy;

    c. Misappropriation of advertising ideas or style of doing business; or

    d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

    a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

    c. All parts of the world if:

        (1) The injury or damage arises out of:

            (a) Goods or products made or sold by you in the territory described in a. above; or

            (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

        (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b. You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

    a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

    b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

    a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    b. A sidetrack agreement;

    c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e. An elevator maintenance agreement;

    f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph f. does not include that part of any contract or agreement:

    (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

  (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

10. "Loading or unloading" means the handling of property:

  a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  b. While it is in or on an aircraft, watercraft or "auto"; or

  c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  b. Vehicles maintained for use solely on or next to premises you own or rent;

  c. Vehicles that travel on crawler treads;

  d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    (1) Power cranes, shovels, loaders, diggers or drills; or

    (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

  e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2) Cherry pickers and similar devices used to raise or lower workers;

  f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance but not construction or surfacing; or

      (c) Street cleaning;

    (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

  a. False arrest, detention or imprisonment;

  b. Malicious prosecution;

  c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

  d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

  e. Oral or written publication of material that violates a person's right of privacy.

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A502

Case 1:07-cv-00248-SLR    Document 35-3    Filed 03/12/2008    Page 8 of 52

**14. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned.

   **b.** "Your work" will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed.

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**15.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**17.** "Your product" means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(1)** You;

   **(2)** Others trading under your name; or

   **(3)** A person or organization whose business or assets you have acquired; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **b.** The providing of or failure to provide warnings or instructions.

   "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**18.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**19.** "Your work" means:

   **a.** Work or operations performed by you or on your behalf; and

   **b.** Materials, parts or equipment furnished in connection with such work or operations.

   "Your work" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

A503

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT—RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Bodily injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies

   a. whether the insured may be held liable as an employer or in any other capacity; and

   b. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B—PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Personal injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies:

   a. Whether the insured may be liable as an employer or in any other capacity; and

   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93         Copyright, Insurance Services Offices, Inc., 1992         Page 1 of 1

A504

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION--INSPECTION, APPRAISAL AND SURVEY COMPANIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" for which the insured may be held liable because of the rendering or failure to render professional services in the performance of any claim, investigation, adjustment, engineering, inspection, appraisal, survey or audit services.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — CAMPS OR CAMPGROUNDS

This endorsement modifies insurance provided under the following:

 COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to the operation of any camp or campground by you on your behalf:

**A.** The following exclusion is added to Paragraph 2., Exclusions of COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and Paragraph 2., Exclusions of COVERAGE B — PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

If the camp or campground owns or operates an infirmary with facilities for lodging and treatment, this insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" caused by:

 **1.** The rendering or failure to render:

  **a.** Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruction, or the related furnishing of food or beverages;

  **b.** Any health or therapeutic service, treatment, advice or instruction;

  **c.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming; or

 **2.** The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

 **3.** The handling or treatment of dead bodies.

**B.** The following exclusion is added to Paragraph 2., Exclusions of COVERAGE C — MEDICAL PAYMENTS (Section I – Coverages):

We will not pay expenses for "bodily injury" to any camper.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE — CHAPTER OR CLUB ACTIVITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any chapter or club affiliated or associated with you.

A507

One Tower Square, Hartford, Connecticut  06183

**TravelersProperty Casualty**
A Member of TravelersGroup

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** W-680-479H825-3-TIA-99
**ISSUE DATE:** 10-14-99

**DECLARATIONS PERIOD:** From 07-22-99 to 07-22-00  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1.  COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

### BUSINESS COMPUTER COVERAGE FORM

| Premises Location Number | Building Number |
|---|---|
| 01 | 01 |

| Equipment | Limit of Insurance |
|---|---|
| **a.** SPECIFICALLY DESCRIBED EQUIPMENT | |
| COMPUTER EQUIPMENT | $ 100000 |
| | $ |
| | $ |
| | $ |
| | $ |
| **b.** ALL OTHER COVERED EQUIPMENT | $ |

| | | |
|---|---|---|
| | TOTAL | $ 100000 |

| | |
|---|---|
| Data and Media (20% of Equipment Limit unless otherwise specified.) | $ |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | $ |
| Property in Transit or Away from Premises: | |
| | $ 10000 |
| | $ |

Deductibles:

| | |
|---|---|
| Equipment, Data and Media, Business Income and Extra Expense: | $  250 |
| Equipment Failure Coverages & Extension: | $  1000 |

**2.  NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

# BUSINESS COMPUTER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F – DEFINITIONS.

## A. COVERAGE

1. We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

    a. **Covered Property,** as used in this Coverage Form, means the following types of property used in your data processing operations at a location described in the Declarations:

        (1) **Equipment.** Your electronic data processing equipment, facsimile machines, word processors, multi-functional telephone systems, laptop and portable computers; related surge protection devices; and their component parts and peripherals;

        (2) **Data and Media.** Your data stored on disks, films, tapes or similar electronic data processing media; the media itself; computer programs and instructions; and

        (3) **Similar property of others** in your care, custody or control.

    Unless otherwise specified in the Declarations, the Limit of Insurance applicable to Data and Media combined at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for Equipment at that location.

    b. **Property Not Covered**

        **Covered Property** does not include:

        (1) Property while leased or rented to others while that property is not at your location described in the Declarations;

        (2) Any data or media which cannot be replaced with other data or media of the same kind and quality;

        (3) Any documents or records not converted to data processing media, except as provided in the Coverage Extensions;

        (4) Any data or media that is obsolete or unused by you.

2. **Business Income and Extra Expense**

    We will pay the amount by which your Business Income is actually reduced during the "period of restoration" if you must close all or any part of your business due to "loss" to Covered Property from a Covered Cause of Loss.

    Business Income means your net income that would have been earned had no "loss" occurred and normal payroll and expenses which are necessary for you to operate your business after "loss".

    We will also pay your Extra Expense to continue your normal data processing operations. Such Extra Expense must be due to direct physical "loss" to any building or any personal property at a location described in the Declarations or at newly acquired locations, caused by or resulting from a Covered Cause of Loss.

    Extra Expense means necessary expenses you incur that you would not have incurred if there had been no "loss" to that property. But we will pay these expenses only for the period of time it reasonably takes you to restore your normal data processing operations.

    Unless otherwise stated in the Declarations, the Limit of Insurance applicable to Business Income and Extra Expense at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for equipment at that location.

3. **Property in Transit or Away From Premises**

    We will pay for "loss" to Covered Property while in transit or while away from a location described in the Declarations and in the care, custody or control of you, your officers, employees or salespersons, from any of the Cov-

COMMERCIAL INLAND MARINE

ered Causes of Loss. We will pay up to $25,000 in any one occurrence unless otherwise specified in the Declarations.

**4. Covered Causes of Loss**

Covered Causes of Loss means RISKS of DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

**5. Coverage Extensions**

a. **"Valuable Papers and Records" (Except Accounts Receivable)**

We will pay for "loss" from a Covered Cause of Loss, to your "valuable papers and records" while at a location described in the Declarations. The most we will pay for such "loss" is $5,000 in any one occurrence.

The amount payable under this Coverage Extention is in addition to the Limits of Insurance.

b. **Civil Authority**

We will pay for the actual and necessary Extra Expense you incur caused by action of civil authority that prohibits access to a location described in the Declarations, but we will only pay:

(1) When such access is prohibited due to direct physical "loss" to property adjacent to that location caused by or resulting from a Covered Cause of Loss; and

(2) For a period up to two consecutive weeks from the date of that action.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to Extra Expense at the location where the "loss" occurs.

c. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property from any location described in the Declarations caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

(2) The most we will pay under this Coverage Extension is 25% of:

(a) The amount we pay for the direct physical "loss" to Covered Property; plus

(b) The Deductible in this policy applicable to that "loss".

(3) Payment for Debris Removal is included within the Limits of Insurance shown in the Declarations for Equipment and Data and Media at that location. When the sum of the "loss" to Covered Property and the expense for removal of its debris exceeds those limits, or the debris removal expense exceeds the 25% limitation in (2) above, we will pay an additional amount for debris removal expense up to $25,000 in any one occurrence.

(4) This Coverage Extension does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

d. **Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at any location described in the Declarations, if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs to Covered Property:

(1) At a location described in the Declarations; and

(2) During the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

The most we will pay for each described location under this Coverage Extension is $25,000 in any one year commencing with policy inception.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

CM T1 21 01 98

A510

e. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to "loss"; or

(2) Required by local ordinance.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

No Deductible applies to this Coverage Extension.

f. **Newly Acquired Location or Equipment**

(1) **Newly Acquired Location**

If you move covered equipment to any location you acquire by purchase or lease during the policy period, we will cover that equipment at your new location for up to $100,000.

We will also cover Data and Media while at that location you acquire for up to $20,000 and Extra Expense at that location for up to $20,000.

(2) **Newly Acquired Equipment**

If during the policy period you acquire equipment of the type covered by this Coverage Form, we will cover that equipment at any location described in the Declarations. We will cover that equipment for up to $100,000.

(3) **Property in Transit**

While the property covered by this Newly Acquired Location or Equipment Coverage Extension is in transit, the most we will pay for "loss" is the Limit of Insurance shown in the Declarations for Property in Transit Or Away From Premises.

(4) **This Newly Acquired Location or Equipment** Coverage Extension will end when any of the following first occurs:

(a) 90 days after you acquire the new location or equipment;

(b) You report the new location or equipment to us;

(c) When other specific insurance applies; or

(d) This Coverage Form expires.

(5) You will:

(a) Report to us the movement of property to a newly acquired location or any new equipment you acquire within 90 days from the date acquired; and

(b) Pay any additional premium due from the date the equipment is moved to the new location or the date you acquire the equipment.

(6) The limits for this Newly Acquired Location or Equipment Coverage Extension are in addition to the Limits of Insurance shown in the Declarations, except as provided in paragraph (3) Property in Transit, above.

g. **Preservation of Property**

If it is necessary to move Covered Property from any location described in the Declarations to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the "loss" occurs within 30 days after the property is first moved.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to the location from which the property is moved.

h. **Property at a Temporary Location**

We will pay up to $50,000 for "loss" to Covered Property while temporarily at a location you do not own, lease or regularly occupy, but you use for purposes other than storage. We will cover property at that location for a period not to exceed 90 days.

The Limit for this Coverage Extension is included within the applicable Limits of Insurance shown in the Declarations.

i. **Duplicate Data and Media**

We will pay for "loss" to duplicates of covered Data and Media while stored in a

separate building at least 100 feet from a location described in the Declarations. The most we will pay under this Coverage Extension is $50,000 in any one occurrence. The limit for this Coverage Extension is included in the Limits of Insurance shown in the Declarations for Data and Media.

**j.   Fire Protection Recharge Expense**

We will also pay your expense to replace any substance discharged from an automatic fire protection system that protects Covered Property caused by or resulting from a Covered Cause of Loss. The most we will pay in any one occurrence is $2,500. The limit for this Coverage Extension is in addition to the Limits of Insurance shown in the Declarations. No Deductible applies to a "loss" covered by this Coverage Extension if that "loss" is caused by fire or smoke.

**k.   "Computer Virus" Extraction Expense**

If a "computer virus" is discovered in Covered Property during the policy period, due to a "loss" covered by this form, we will pay for the Extra Expense you incur to extract that virus from Covered Property up to the Limit of Insurance shown in the Declarations for Extra Expense at the location where the "loss" occurs. When your expense exceeds that limit, we will pay up to an additional $5,000 of Extra Expense to extract the virus from Covered Property at that location.

**l.   Equipment Failure Coverages**

We will pay for "loss" to the equipment covered by this form while at a location shown in the Declarations if the "loss" is caused by any of the following:

**(1) Mechanical breakdown** of covered equipment while at a location described in the Declarations. But we will not pay for "loss" to such equipment if caused by or resulting from any change in electrical power or other utility service, such as failure, fluctuation or interruption, if that change originates more than 1000 feet from the building containing the equipment;

**(2) Corrosion, rust, dampness, dryness, cold, heat or humidity** resulting directly from damage to the air conditioning or heating system that services your data processing equipment. The damage to such systems must be caused by a Covered Cause of Loss.

**(3) Faulty work** upon or service of covered equipment wherever located within the Coverage Territory.

A separate Deductible, shown in the Declarations, applies to any "loss" covered by this Extension. The limits for this Extension are included in the Limits of Insurance shown in the Declarations for equipment at the location where the "loss" occurs.

**B.   EXCLUSIONS**

1.   We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a.   Earth Movement**

**(1)** Any earth movement such as an earthquake, mine subsidence, landslide, or earth sinking, rising or shifting.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

**(2)** Volcanic eruption, explosion or effusion.

But we will pay for direct "loss" caused by resulting fire or volcanic action, if these causes of "loss" would be covered under this Coverage Form.

Volcanic action means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

CM T1 21 01 98

A512

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the Covered Property.

This exclusion does not apply to property in transit.

**b. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**c. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**d. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**e. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray; all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain;

(4) Water that seeps, leaks or flows below the surface of the ground; or

(5) Any release of water impounded by a dam.

But we will pay for direct "loss" caused by resulting fire, explosion or theft, if these causes of "loss" would be covered under this Coverage Form.

This exclusion does not apply to property in transit.

2. We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of market, loss of income or any other consequential loss, except as may be covered under **A.2.**, Business Income and Extra Expense, of this Coverage Form.

**b.** Dishonest, fraudulent or criminal acts by you, your partners, officers, directors or trustees, or anyone entrusted with the property, including their employees or authorized representatives; whether or not acting alone or in collusion with others.

This exclusion does not apply to acts by:

(1) Your employees except any employee who is also a partner, officer, director or trustee; or

(2) Carriers for hire.

**c.** Programming errors or incorrect instructions to the machine.

**d.** Release, discharge or dispersal of "pollutants".

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, smoke, aircraft or objects falling from aircraft, riot or civil commotion, vandalism or leakage from fire extinguishing equipment.

**e.** Unexplained disappearance.

This exclusion does not apply to property in the custody of a carrier for hire.

**f.** Corrosion, rust, dampness, dryness, cold, heat or humidity, except as provided in the Coverage Extension-Equipment Failure Coverages.

**g.** Any cause of loss to property you lease or rent from others for which you are not responsible under the terms of any lease or rental agreement.

CM T1 21 01 98

h.  Unauthorized instructions to transfer property to any person or to any place.

3.  We will not pay for a "loss" caused by or resulting from any of the following, but if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a.  Faulty, inadequate or defective:

(1)  Design, specifications, workmanship, repair, manufacturing;

(3)  Materials used in repair, construction, or manufacturing; or

(4)  Maintenance;

of part or all of any property wherever located, except as provided in the Coverage Extensions under Equipment Failure Coverages.

b.  Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration or depreciation.

c.  Failure, fluctuation or interruption of electrical power or any other utility service supplied to a described location, however caused, if the failure, fluctuation or interruption originates more than 1000 feet from the building containing the property to which the "loss" occurs.

4.  We will not pay any Extra Expense caused by or resulting from any of the following:

a.  Enforcement of any ordinance or law regulating the construction, use or repair of the property; or

b.  Interference at your location by strikers or others persons with:

(1)  Repairing or replacing the property; or

(2)  Resuming or continuing your data processing operations.

## C.  LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as provided in the Coverage Extensions.

## D.  DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the "loss", before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then

pay the amount of the "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1.  **Coverage Territory**

We cover property wherever located within:

a.  The United States of America and its territories or possessions;

b.  Puerto Rico; and

c.  Canada,

d.  We cover "laptop and portable computerized equipment" while located anywhere in the world.

2.  **Valuation**

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

a.  **Your Equipment.** The value of equipment you own will be its replacement cost (without deduction for depreciation).

We will not pay more for any "loss" on a replacement cost basis than the lesser of:

(1)  The amount it would cost to replace the equipment at the time of "loss" with new equipment of equal performance, capacity or function and for the same use at the same location; or

(2)  The amount you actually spend in repairing or replacing the equipment with new equipment of equal performance, capacity or function.

We will only pay for "loss" on a replacement cost basis if you repair or replace the equipment as soon as reasonably possible after the "loss".

If you do not repair or replace the equipment, we will not pay more than the actual cash value of that equipment.

b.  **Your Data and Media.** The value will be the actual cost of reproducing the data and the cost of the media.

When the data is not reproduced, we will not pay more than the cost of blank discs, films, tapes or similar electronic data

**CM T1 21 01 98**

A514

processing media, of the same kind and quality.

c. **Property of Others.** The value of the property of others in your care, custody or control will be the lesser of:

(1) The amount for which you are liable; or

(2) The replacement cost of that property.

d. **"Valuable Papers and Records"** The value will be the actual cost to research, reproduce, replace or restore the papers and records.

In the event of "loss", the value of property will be determined as of the time of "loss".

e. **Specifically Described Equipment**

When any covered equipment is individually listed or described in the Declarations, its value will be the applicable Limit of Insurance shown in the Declarations for that equipment. This applies only in the event of a total "loss" to such equipment.

**4. Recoveries**

The following is added to Commercial Inland Marine Loss Condition I. Recoveries.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your "loss" will be readjusted based on the amount you received for the property recovered, with allowance for recovery expenses incurred.

**F. DEFINITIONS**

1. **"Laptop and Portable Computerized Equipment"** are "hardware" devices that can easily be carried by one person and that have been specifically designed by the manufacturer to be regularly transported without incurring damage under normal circumstances. **"Hardware"** means machines which can accept data and process it. But it does not include "Software" meaning, data if it is in a format that can be read directly by your "hardware"; instructional material for computer programs; data storage media of all types, provided they are not an integral part of the "hardware".

2. **"Loss"** means accidental loss or damage.

3. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

4. **"Computer Virus"** means intrusive codes or programming that are entered into your computer system and interrupt your data processing operation or cause "loss" to Covered Property.

5. **"Valuable Papers and Records"** means your inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But, "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the material is recorded, or accounts receivable.

6. **"Money"** means:

a. Currency, coins and bank notes whether or not in current use; and

b. Travelers checks, register checks and money orders held for sale to the public.

7. **"Period of Restoration"** means the period of time that:

a. Begins with the date of "loss" caused by or resulting from any Covered Cause of Loss to Covered Property; and

b. Ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

a. Regulates the construction, use or repair, or requires the tearing down of any property; or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of the policy to which this Coverage Form is attached will not cut short the "period of restoration".

8. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps whether or not in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue; but does not include "money".

CM T1 21 01 98

A516

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an appraisal of the "loss." In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the "loss." Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the "loss" occurred.

4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent.

6. Permit us to inspect the property and records proving "loss."

7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Promptly send us any legal papers or notices received concerning the "loss."

10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1. We reach agreement with you;

2. The entry of final judgment; or

3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will

COMMERCIAL INLAND MARINE

pay the excess whether you can collect on the other insurance or not.

**G. PAIR, SETS OR PARTS**

1. Pair or Set. In case of "loss" to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the "loss"; or

   b. Pay the difference between the value of the pair or set before and after the "loss."

2. Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. PRIVILEGE TO ADJUST WITH OWNER**

In the event of "loss" involving property of others in your care, custody or control, we have the right to:

1. Settle the "loss" with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

**I. RECOVERIES**

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

**J. REINSTATEMENT OF LIMIT AFTER LOSS**

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

**K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our pay-

ment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

**GENERAL CONDITIONS**

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property; or

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the "loss."

**C. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

**D. POLICY PERIOD**

We cover "loss" commencing during the policy period shown in the Declarations.

**E. VALUATION**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before "loss"; or

3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of property will be determined as of the time of "loss."

Copyright, Insurance Services Office, Inc., 1994

CM 00 01 06 95

A518

RECORDS RETENTION

**Travelers** Property Casualty 
A Member of Travelers Group

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**  AMERICAN LEGACY FOUNDATION

**Policy Number:**  W-680-479H825-3-TIA-99
**Policy Effective Date:**  07-22-99
**Policy Expiration Date:**  07-22-00
**Issue Date:**  04-12-00
ADDITIONAL   **Premium $**    1,231.00

Effective from 04-07-00 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

UNDER THE COMMON POLICY DECLARATIONS, ITEM 3. LOCATIONS, ADD THE
FOLLOWING.   PROPERTY COVERAGE LIMITS OF INSURANCE ARE ADDED AS ATTACHED.

| PREM NO. | BLDG NO. | OCCUPANCY | ADDRESS |
|---|---|---|---|
| 02 | 01 | OFFICE | 1001 G STREET, N.W. SUITE 800 |
|  |  |  | WASHINGTON                DC   20001 |

LIMIT(S) OF INSURANCE ARE AS FOLLOWS:
PREM  BLDG  COVERAGE

| NO. | NO. |  |  |
|---|---|---|---|
| 02 | 01 | BUILDING | $ NONE |
| 02 | 01 | BUSINESS PERSONAL PROPERTY | $   500,000 |

UNDER THE COMMON POLICY DECLARATIONS, ITEM 3. LOCATIONS, THE
BUSINESSOWNERS COVERAGE PART, THE FOLLOWING LOCATION(S) IS/ARE
DELETED:
    PREM. NO.        BLDG. NO.

        01              01

NAME AND ADDRESS OF AGENT OR BROKER            Countersigned by

ARMFIELD HARRISON THOMAS    F9502
20 S. KING STREET
LEESBURG                    VA   20175      _____
                                            **Authorized Representative**

                                            DATE: _____

IL T0 07 09 87  (Page 01 of 02)                    Office:  CHANTILLY/WASHDC

One Tower Square, Hartford, Connecticut  06183

 **Travelers Property Casualty**
A Member of TravelersGroup

**CHANGE ENDORSEMENT**

          Policy Number:  W-680-479H825-3-TIA-99
    Policy Effective Date:  07-22-99
    Policy Expiration Date:  07-22-00
             Issue Date:  04-12-00

UNDER THE COMMERCIAL INLAND MARINE COVERAGE PART, BUSINESS COMPUTER
COVERAGE IS ADDED FOR THE FOLLOWING:
        PREM. NO.           BLDG. NO.

        02                   01


ADDITIONAL INSUREDS ARE ADDED TO THE POLICY AS PROVIDED UNDER THE
ATTACHED ENDORSEMENT(S):

   CG 20 11


THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

   CM T0 18 01 98      CG 20 11 11 85


IL T0 07 09 87  (Page 02  of 02 )
Office: CHANTILLY/WASHDC
Producer Name: ARMFIELD HARRISON THOMAS

POLICY NO.: W-680-479H825-3-TIA-99          ISSUE DATE: 04-12-00

For the location(s) listed on the Change Endorsement BUSINESSOWNERS PROPERTY COVERAGE is added as follows:

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 02 | 01 | | |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $   500,000 | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
A Member of TravelersGroup

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** W-680-479H825-3-TIA-99
**ISSUE DATE:** 04-12-00

DECLARATIONS PERIOD: From 07-22-99 to 07-22-00 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

**BUSINESS COMPUTER COVERAGE FORM**

| Premises Location Number | Building Number |
| --- | --- |
| 02 | 02 |

**Equipment**

**a.** SPECIFICALLY DESCRIBED EQUIPMENT

**Limit of Insurance**

| | |
| --- | --- |
| COMPUTER EQUIPMENT | $ 1 00000 |
| | $ |
| | $ |
| | $ |
| | $ |

**b.** ALL OTHER COVERED EQUIPMENT

$

TOTAL  $ 1 00000

| | |
| --- | --- |
| Data and Media (20% of Equipment Limit unless otherwise specified.) | $ |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | $ |
| Property in Transit or Away from Premises: | |
| | $ 1 0000 |
| | $ |

Deductibles:

| | |
| --- | --- |
| Equipment, Data and Media, Business Income and Extra Expense: | $ 250 |
| Equipment Failure Coverages & Extension: | $ 1 000 |

2. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

A522

POLICY NUMBER:  W-680-479H825-3-TIA-99

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  04-12-00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

1. Designation of Premises (Part Leased to You):

    LOCATION 2

2. Name of Person or Organization (Additional Insured):

    345 LIMITED PARTNERSHIP QUADRANGLE
    DEVELOPMENT CORP
    WASH.CTR 1001 G ST, N.W., SUITE 700 W.
    WASHINGTON                   DC 20001

3. Additional Premium:  $ INCLUDED



(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1    □

RECORDS RETENTION

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
*A Member of Travelers Group*

## RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
OFFICE PAC
**BUSINESS:** OFFICE

**POLICY NO.:** W-680-479H825-3-TIA-00
**ISSUE DATE:** 06-05-00

1. **NAMED INSURED AND MAILING ADDRESS:**

   AMERICAN LEGACY FOUNDATION
   750 FIRST ST, NE, STE 940

   WASHINGTON          DC  20002

2. **POLICY PERIOD:** From 07-22-00 to 07-22-01 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

   | PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
   |-----------|-----------|-----------|------------------------------------------------------------|
   | 01 | 01 | OFFICE | 1001 G STREET, N.W. SUITE 800 |
   |    |    |        | WASHINGTON          DC  20001 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

   | COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
   |--------------------------------|------------------|
   | Businessowners Coverage Part | TIA |
   | Commercial Inland Marine Coverage Part | TIA |

5. The **COMPLETE POLICY** consists of: (1) this declarations and (2) all other declarations, forms and endorsements for which symbol numbers are listed on page two of this declarations.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

   | POLICY | POLICY NUMBER | INSURING COMPANY |
   |--------|---------------|------------------|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

   | | |
   |---|---|
   | Provisional Premium | $ |
   | Due at Inception | $  5,412.00 |
   | Due at Each | $ |

   NAME AND ADDRESS OF AGENT OR BROKER

   ARMFIELD HARRISON THOMAS     F9502
   20 S. KING STREET
   LEESBURG                      VA  20175

**COUNTERSIGNED BY:**

_____
**Authorized Representative**

DATE

IL T0 25 04 90  (Page 1 of 2)
Office: CHANTILLY/WASHDC    DOWN

CERTIFIED POLICY

The policy to which this certificate is affixed is a true and accurate copy of
the policy contained in company records and used in the regular course of
business as of the date shown below. No representation or warranty is made
that this copy is identical in all respects to the policy issued.

No insurance is afforded by this copy.

A524

One Tower Square, Hartford, Connecticut 06183

**Travelers Property Casualty**
A Member of Travelers Group

**COMMON POLICY DECLARATIONS**
OFFICE PAC

**POLICY NO.: W-680-479H825-3-TIA-00**
**ISSUE DATE: 06-05-00**

## SCHEDULE OF DECLARATIONS, FORMS AND ENDORSEMENTS

This schedule shows the numbers of declarations, forms and endorsements which form your complete policy.

| | | |
|---|---|---|
| * IL TO 25 04 90 | RENEWAL CERTIFICATE |
| IL T3 15 12 94 | COMMON POLICY CONDITIONS |
| IL T3 53 04 98 | EXCLUSION-CERTAIN COMPUTER-RELATED LOSSES |
| IL 00 21 11 85 | NUCLEAR ENERGY LIABILITY EXCL |
| IL 02 78 04 98 | DC CHANGES - CANCELLATION AND NONRENEWAL |
| * MP TO 01 09 98 | BUSINESSOWNERS COV PART DEC |
| MP T1 02 08 92 | BUSINESSOWNERS PROPERTY COV-SPECIAL FORM |
| MP T1 05 01 88 | AMENDATORY PROVISIONS - OFFICES |
| MP T3 01 04 96 | MPAC BROADENED PROP ENDORSEMENT |
| MP T9 70 01 98 | POWER-PAC ENDORSEMENT |
| CG DO 37 01 99 | OTHER INSURANCE-ADDL INSDS |
| CG DO 40 01 92 | ADDL INSD OWN/MGR CONVENTION CENTERS |
| CG D1 42 01 99 | EXCL-DISCRIMINATION |
| CG D1 92 08 97 | AMEND POLLUTION EXCL-BLDG HEAT EQUIP EXCPT |
| CG D1 94 11 97 | CHANGES-CMRL GENERAL LIABILITY COV FORM |
| CG T3 33 12 88 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |
| CG T4 78 08 96 | EXCL-ASBESTOS |
| CG 00 01 10 93 | CMRL GENERAL LIABILITY COV FORM |
| * CG 00 57 09 99 | AMEND INSURING AGREEMENT-KNOWN INJURY |
| * CG 20 11 11 85 | ADDL INSD-MANAGERS OR LESSORS OF PREMISES |
| CG 21 47 10 93 | EMPLOYMENT-RELATED PRACTICES EXCL |
| CG 22 24 11 85 | EXCL-INSPECTION, APPRAISAL & SURVEY COMPANIES |
| CG 22 39 10 93 | EXCL-CAMPS OR CAMPGROUNDS |
| GN 01 71 05 95 | TRADE ASSOCIATION EXCL |
| GN 01 74 05 95 | EXCL OF COV - CHAPTER OR CLUB ACTIVITY |
| * CM TO 18 01 98 | COV PRT DEC BUS COMPUTER |
| CM T1 21 01 98 | BUSINESS COMPUTER COV FORM |
| CM 00 01 06 95 | CMRL INLAND MARINE CONDITIONS |

IL TO 25 04 90  (Page 2 of 02)

# COMMON POLICY CONDITIONS

Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium: or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspection, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful: or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums: and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F.  TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G.  BUSINESSOWNERS COVERAGE PART –REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

1.  The Commercial Property Coverage Part;

2.  The Commercial General Liability or Liquor Liability Coverage Part; or

3.  Standard Property forms including, but not limited to, the following:

   a.  Building and Personal Property Coverage Form;

   b.  Business Income Coverage Form;

   c.  Commercial Property Conditions;

   d.  Condominium Association Coverage Form;

   e.  Condominium Commercial Unit–Owners Coverage Form;

   f.  Causes of Loss Basic Form;

   g.  Causes of Loss Special Form; and

   h.  Causes of Loss Earthquake Form.

   Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Form (Standard or Special version) in the same manner as they apply to the forms they reference.

   Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H.  INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**I.  INSURING COMPANIES**

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
The Travelers Indemnity Company of Illinois (TIL)
* The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)
The Travelers Insurance Company (Ins)

*Formerly known as The Travelers Indemnity Company of Rhode Island (TRI)

Secretary

President

IL T3 15 12 94
(Rev. 2-95)
A527

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART
BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

　**1.** The failure, malfunction or inadequacy of:

　　**a.** Any of the following, whether belonging to any insured or to others:

　　　**(1)** Computer hardware, including micro-processors;

　　　**(2)** Computer application software;

　　　**(3)** Computer operating systems and re-lated software;

　　　**(4)** Computer networks;

　　　**(5)** Microprocessors (computer chips) not part of any computer system; or

　　　**(6)** Any other computerized or electronic equipment or components; or

　　**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

　　due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

　**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

　**1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commer-cial Crime Coverage Part, or the Commercial Inland Marine Coverage Part; or

　**2.** Under the Businessowners Coverage Part:

　　**a.** In a Covered Cause of Loss under the Businessowners Property Coverage Stan-dard Form, or in elevator collision result-ing from mechanical breakdown;

　　**b.** In a "Specified Cause of Loss", under the Businessowners Property Coverage Spe-cial Form, in elevator collision resulting from mechanical breakdown, or from "Theft" of Covered Property,

we will pay only for the loss ("loss") or damage caused by such Covered Cause of Loss, elevator collision, Covered Cause of Loss or "Theft".

**C.** We will not pay for repair, replacement or modifi-cation of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficien-cies or change any features.

IL T3 53 04 98

Includes Material Copyrighted by
Insurance Services Office

Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

   (1) The "nuclear material" (a) is at any "nuclear facility" owned by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

IL 00 21 11 85       Copyright, Insurance Services Office, Inc., 1983, 1984       Page 1 of 2

A529

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1983, 1984
IL 00 21 11 85

A530

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DISTRICT OF COLUMBIA CHANGES — CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

 BOILER AND MACHINERY COVERAGE PART
 BUSINESSOWNERS POLICY
 COMMERCIAL CRIME COVERAGE PART
 COMMERCIAL GENERAL LIABILITY COVERAGE PART
 COMMERCIAL PROPERTY COVERAGE PART
 COMMERCIAL INLAND MARINE COVERAGE PART
 EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
 LIQUOR LIABILITY COVERAGE PART
 POLLUTION LIABILITY COVERAGE PART
 PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
 PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** You have refused or failed to pay a premium due under the terms of the policy;

**2.** You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

**3.** You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

**4.** The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

NONRENEWAL

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

IL 02 78 04 98          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 1

A531

One Tower Square, Hartford, Connecticut 06183



**Travelers** Property Casualty
*A Member of TravelersGroup*

## BUSINESSOWNERS COVERAGE PART DECLARATIONS

OFFICE PAC
DELUXE PLAN

**POLICY NO.:** W-680-479H825-3-TIA-00
**ISSUE DATE:** 06-05-00

**DECLARATIONS PERIOD:** From 07-22-00 to 07-22-01 12:01 A.M. Standard Time at your mailing address.

**FORM OF BUSINESS:** NON-PROFIT ORG.

**COVERAGES AND LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.



| BUSINESSOWNERS PROPERTY COVERAGE: | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 01 | 01 | | |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | 500,000 | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |

**BUSINESS INCOME:** Limit-Actual loss up to 12 Consecutive Months

**DEDUCTIBLE AMOUNT:** Businessowners Property Coverage: $ 250 Per Occurrence.

**COMMERCIAL GENERAL LIABILITY COVERAGE–**

**OCCURRENCE FORM**

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate (except Products–Completed Operations) Limit | $ 2,000,000 |
| Products–Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

**MORTGAGE HOLDER–BUILDING COVERAGE ONLY:**

**SPECIAL PROVISIONS:**

## COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 09 98  (Page 1 of   1)

A532

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G–PROPERTY DEFINITIONS.

## A. COVERAGE–BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INCOME

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. **Building**, meaning the building or structure described in the Declarations, including:

   (1) Completed additions;

   (2) Permanently installed:

      (a) Fixtures;

      (b) Machinery; and

      (c) Equipment;

   (3) Outdoor fixtures;

   (4) Personal property owned by you that is used to maintain or service the building or structure or the premises, including:

      (a) Fire extinguishing equipment;

      (b) Outdoor furniture;

      (c) Floor coverings; and

   (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

   (5) If not covered by other insurance:

      (a) Additions under construction, alterations and repairs to the building or structure;

      (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, including:

   (1) Property owned by you and used in your business;

   (2) Property of others that is in your care, custody or control; and

   (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

      (a) Made a part of the building or structure you occupy but do not own; and

      (b) You acquired or made at your expense but cannot legally remove.

### 2. Property and Associated Loss Costs Not Covered

Unless the following is added by endorsement to this policy, Covered Property does not include:

a. Aircraft;

b. (1) Motor vehicles;

BUSINESSOWNERS

(2) Any other self-propelled vehicle which is:

(a) Required to be licensed if used on public roads; or

(b) Operated principally away from the described premises;

c. Beach or diving platforms, piers, pilings, wharves or docks;

d. Bridges, dams and dikes;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavating, grading, backfilling or filling, reclaiming or restoring land or water;

g. Land (including land on which the property is located), water and growing crops;

h. Outdoor radio or television antennas, (including their lead-in wiring, masts or towers), fences, retaining walls not part of the building, lawns, trees, shrubs and plants (other than "stock" of trees, shrubs or plants) walks, roadways, patios or other paved surfaces, all except as provided in the Outdoor Property Coverage Extension;

i. Watercraft (including motors, equipment and accessories) while afloat;

j. Accounts, bills, deeds, or evidences of debt;

k. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

l. Foundations of buildings, structures, machinery or boilers, if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

m. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

n. Underground pipes, flues or drains;

o. Exterior building glass except as provided under Coverage Extensions;

p. Items with numismatic value, including but not limited to coins, paper currency and bank notes and stamps with philatelic value;

q. Collections whose value is based on antiquity or rarity; and

r. Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" ("theft" limitation applies).

3. **Business Income**

a. Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred;

(2) Continuing normal operating expenses incurred, including payroll; and

(3) Includes "Rental Value."

b. We will only pay for loss of Business Income that occurs within 12 consecutive months immediately following the date of direct physical loss or damage.

c. We will also pay for the actual loss of Business Income you sustain during the period that:

(1) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

(2) Ends on the earlier of:

(a) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

(b) Thirty consecutive days after the date determined in c.(1) above.

4. **Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

a. Limited in Paragraph A.5., Limitations; or

b. Excluded in Section B., Exclusions.

5. **Limitations**

a. We will not pay for loss of or damage to:

MP T1 02 08 92

A534

(1) The interior of any building or struc-
ture or to personal property in the
building or structure, caused by or re-
sulting from rain, snow, sleet, ice,
sand or dust whether driven by wind
or not, unless:

(a) The building or structure first sus-
tains damage by a Covered
Cause of Loss to its roof or walls
through which the rain, snow,
sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by
or results from thawing of snow,
sleet or ice on the building or
structure.

(2) Steam boilers, steam pipes, steam
engines, or steam turbines caused by
or resulting from any condition or
event inside such equipment. But we
will pay for loss of or damage to such
equipment caused by or resulting
from an explosion of gases or fuel
within the furnace of any fired vessel
or within the flues or passages
through which the gases of combus-
tions pass.

(3) Hot water boilers or other water heat-
ing equipment caused by or resulting
from any condition or event inside
such boilers or equipment, other than
explosion.

b. We will not pay for loss of or damage to
the following types of property unless
caused by the "specified causes of loss."

(1) Animals, and then only if they are
killed or their destruction is made nec-
essary.

(2) Fragile articles such as glassware,
statuary, marbles, chinaware and por-
celains, if broken. This limitation does
not apply to:

(a) Glass that is part of a building or
structure;

(b) Containers of property held for
sale; or

(c) Photographic or scientific instru-
ment lenses.

c. For loss or damage by "theft," the most
we will pay in any one occurrence for the
following types of property is:

(1) $2,500 for all furs, fur garments and
garments trimmed with fur.

(2) $2,500 for all jewelry, watches, watch
movements, jewels, pearls, precious
and semi-precious stones, bullion,
gold, silver, platinum and other pre-
cious alloys or metals. This limit does
not apply to jewelry and watches
worth $100 or less per item.

(3) $2,500 for all patterns, dies, molds
and forms.

d. We will not pay for loss or damage to
Covered Property at a building shown in
the Declarations:

(1) By vandalism while the building is
"unoccupied," if it has been "unoccu-
pied," for 60 consecutive days imme-
diately before the loss.

(2) By any cause of loss while:

(a) The building is "unoccupied," if it
has been "unoccupied" for 12
consecutive months immediately
before the loss.

(b) The building is "vacant," if it has
been "vacant" for 60 consecutive
days immediately before the loss.

e. We will not pay for any loss of Business
Income caused by direct physical loss of
or damage to Electronic Media and Re-
cords after the longer of:

(1) 60 consecutive days from the date of
direct physical loss or damage; or

(2) The period, beginning with the date of
direct physical loss or damage, nec-
essary to repair, rebuild or replace
with reasonable speed and similar
quality, other property at the de-
scribed premises which suffered loss
or damage in the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording
or storage media such as films, tapes,
discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for elec-
tronic data processing or electroni-
cally controlled equipment.

MP T1 02 08 92

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred.

We will only pay for the Business Income loss sustained during the period June 1–September 1. Loss during the period September 2–October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1–September 29 (60 consecutive days). Loss during the period September 30–October 15 is not covered.

6.  **Additional Coverages**

Unless otherwise stated, payments made under the following Additional Coverages will not increase the applicable Limits of Insurance.

a.  **"Employee Dishonesty"**

(1) We will pay for loss of or damage to Business Personal Property resulting directly from "Employee Dishonesty."

(2) The most we will pay for loss or damage in any one occurrence is the smallest of the following:

(a) The limit for Business Personal Property stated in the Declaration (If more than one building is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

(b) $250,000 (if the Business Personal Property limit at any building is greater than this amount).

Occurrence means all loss caused by or involving the same "employee(s)," whether the result of a single act or series of acts.

(3) We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Pe-

riod. Regardless of the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

(4) We will not pay for loss resulting from the dishonest acts of any "employee":

(a) If coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours providing "employee dishonesty" coverage.

(b) Occurring immediately after discovery by:

i.  You; or

ii. Any of your partners, officers or directors not in collusion with the "employee," of any dishonest act committed by that "employee" before or after being hired by you.

(c) Occurring after the effective date stated in our written notice to you that the "employee" is no longer covered. That effective date will not be less than 15 days after the date we mail the notice.

(5) We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

(6) If, during the period of any prior "Employee Dishonesty" insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

(a) This insurance became effective at the time of cancellation or termination of the prior insurance;

(b) The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred; and

MP T1 02 08 92

A536

(c) This insurance is limited to the lesser of the amount recoverable under:

    i. This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

    ii. The prior "Employee Dishonesty" insurance, had it remained in effect.

**b. Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(1) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Form;

(2) Hidden decay;

(3) Hidden insect or vermin damage;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof;

(6) Use of defective material or methods in construction, remodeling or renovation, if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items **(2)**, **(3)**, **(4)**, **(5)**, and **(6)** above, unless the loss or damage is a direct result of the collapse of a building:

    awnings; gutters and downspouts; yard fixtures and outdoor swimming pools.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**c. Building Repairs Due to Water Damage**

If loss or damage caused by or resulting from a covered water damage occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in sprinkler leakage; or

(2) Is directly caused by freezing.

**d. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

    (a) The amount we pay for the direct physical loss or damage; plus

    (b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in paragraph **(3)** below.

(3) (a) The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

    (b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph **(2)** above;

we will pay up to an additional $25,000 for each location in any one occurrence under the Debris Removal Additional Coverage:

(4) This Additional Coverage does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

e.  **Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs:

(1) On the described premises; and

(2) During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each described premises under this Additional Coverage is $10,000 in any one year commencing with policy inception.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

f.  **Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

g.  **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

h.  **Temporary Relocation of Property**

If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for loss or damage to that stored property:

(1) Caused by or resulting from a Covered Cause of Loss;

(2) Up to $50,000 at each temporary location; and

(3) During the storage period of up to 90 consecutive days but not beyond expiration of this policy;

unless the stored property is more specifically insured.

i.  **Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet of the described premises, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

i.  Relocation expenses; and

ii. Costs to equip and operate the replacement or temporary locations.

(2) To minimize the suspension of business if you cannot continue "operations."

(3) (a) To repair or replace any property; or

(b) To research, replace or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**j.  Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property at the described premises, caused by or resulting from a Covered Cause of Loss.

This coverage will apply for a period of up to two consecutive weeks from the date of that action of civil authority.

**k.  Arson and Theft Reward**

We will pay a reward of 25% of a paid claim up to a maximum of $5,000 for information leading to:

(1) an arson conviction in connection with a covered fire or explosion loss, or

(2) a theft conviction in connection with a covered theft loss.

This is the most we will pay for any one occurrence under this policy or any combination of policies.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**7.  Coverage Extensions**

Subject to the Exclusions, Conditions and Limitations of this form, you may extend this insurance as indicated below.

Unless otherwise stated, payments made under the following Coverage Extensions will not increase the applicable Limits of Insurance.

**a.  Money Orders and Counterfeit Paper Currency**

Your Business Personal Property insurance is extended to apply to loss resulting from the acceptance in good faith of:

(1) Money orders not paid upon presentation; or

(2) Counterfeit paper currency.

**b.  Newly Acquired or Constructed Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

(1) Your Building insurance is extended to apply to:

(a) Your new buildings or building additions while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

    i.  Use similar to that of the building described in the Declarations; or

    ii. Use as a warehouse for your Covered Property.

The most we will pay for loss or damage under this Extension is $100,000 at each location.

(2) Your Business Personal Property insurance is extended to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each location.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the

date construction begins or you acquire the property.

**c. Business Income and Extra Expense– Newly Acquired Locations**

(1) Your Business Income and Extra Expense Coverage is extended to apply to property at any location you acquire other than at fairs or exhibitions.

(2) The most we will pay for loss under this Extension is $100,000 at each location.

(3) Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property;

(c) You report values to us;

(d) The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

**d. Business Personal Property Off Premises**

Your Business Personal Property insurance is extended to apply to such property while it is in course of transit from the described premises or temporarily away from the described premises at your home or a premises you do not own, lease or operate.

This Extension does not apply to property:

(1) While in the custody of the United States Postal Service;

(2) Rented or leased to others;

(3) After delivery to customers; or

(4) Temporarily at a premises for more than 30 consecutive days, except money and securities at a banking premises.

**e. Outdoor Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to your outdoor property on the described premises as follows:

(1) Fences, retaining walls not part of a building, lawns, trees, shrubs and plants (other than "stock" of trees, shrubs, or plants) walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion; or

(e) Aircraft.

(2) Radio and television antennas (including Satellite dishes) for loss or damage by the Causes of Loss listed above and:

(a) Windstorm;

(b) Hail;

(c) Falling Objects;

(d) Vehicles;

(e) Sinkhole Collapse; or

(f) Volcanic Action

The most we will pay for loss or damage under this Extension is $5,000 at each described premises, but not more than $500 for any one tree, shrub or plant nor $1,000 for any antenna.

**f. Signs**

Your Building or Business Personal Property insurance is extended to outdoor signs attached to the building or on or within 100 feet of the described premises.

**g. Valuable Papers and Records–Cost of Research**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

Your Business Personal Property insurance is extended to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for

MP T1 02 08 92

A540

which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

### h. Personal Property and Effects

Your Business Personal Property insurance is extended to apply to personal property and effects (other than Business Personal Property) owned by you or others.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

### i. Exterior Building Glass

(1) The insurance provided by this Coverage Form is extended to cover glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass:

    (a) If the Building described in the Declarations is insured; or

    (b) If Business Personal Property is insured and coverage for glass is shown as included in the Declarations.

This coverage applies to all glass in the exterior walls of a described building (including all lettering and ornamentation).

(2) We will also pay for necessary expenses incurred to:

    (a) Put up temporary plates or board up openings;

    (b) Repair or replace encasing frames; and

    (c) Remove or replace obstructions.

(3) Paragraph A.4., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Extension except for:

    (a) Governmental Action;

    (b) Nuclear Hazard; and

    (c) War and Military Action.

### j. Claim Data

The insurance under this extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to the expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss.

The most we will pay for preparation of claim data under this Extension is $1,000. We will not pay for any expenses billed by and payable to insurance adjusters.

### k. Building Damage by Theft

Your Business Personal Property insurance is extended to cover damage by "theft" to that portion of such building you occupy, but only if you are liable for such damage and you do not own the building.

We shall not be liable under this Extension of Coverage for damage by fire or explosion, or to glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance or Law

The enforcement of any building ordinance or law:

(1) Regulating the construction, use or repair of any buildings; or

(2) Requiring the tearing down of any building, including the cost of removing its debris.

### b. Earth Movement

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence, earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay in each occurrence for that resulting loss or damage.

(2) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting loss or damage.

MP T1 02 08 92

Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

(a) Airborne volcanic blast or air-borne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

e. **Off Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the cause of the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water which backs up through sewers or drains, except for any resulting insured direct physical loss by water back-up, other than from a septic tank or cesspool, when the cause of the back-up originates on the designated premises;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision; or

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching; or

(d) Evaporation, loss of weight, contamination, exposure to light or change in flavor, color, texture or finish.

But if loss or damage by the "specified causes of loss" results, we will pay for that resulting loss or damage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water or other liquids that occurs over a period of 14 days or more.

g. Water or other liquid that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the water supply if the heat is not maintained.

h. Dishonest or criminal acts by you, or any of your partners, "employees," directors or trustees:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees," but "theft" by "employees" is not covered except as provided under Additional Coverages.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense by any person who is not an "employee."

This exclusion does not apply to property in the custody of carriers for hire.

j. Rain, snow, sand, dust, ice or sleet to personal property in the open.

k. Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss." But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss."

m. Legal process involving appropriation of property for any reason or repossession of property for noncompliance with a loan agreement.

n. Default on any credit sale, loan, or similar transaction.

o. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This exclusion does not apply to "money" and "securities."

p. Loss of property or that part of any loss, the proof of which as to its existence or amount is dependent on;

(1) Any inventory computation; or

BUSINESSOWNERS

(2) A profit and loss computation.

q. The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions. This exclusion does not apply to loss or damage from "employee" "theft."

r. Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **B.1** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income and Extra Expense Exclusions**

We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation

is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

b. Any other consequential loss.

**C. LIMITS OF INSURANCE**

1. Unless otherwise stated, the most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. **Inflation Guard**

a. When so indicated in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by the annual percentage shown.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If:
The applicable Building limit is

|  | $100,000 |
|---|---|
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x (146/365) = | $3,200. |

### 3. Business Personal Property Limit–Seasonal Increase

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business at the location where the loss or damage occurs, on the date the loss or damage occurs.

### D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. No deductible applies to the following:

a. Fire Department Service Charge;

b. Business Income (including Extra Expense and Civil Authority);

c. Money Orders and Counterfeit Paper Currency; or

d. Arson and Theft Reward.

3. If more than one deductible applies to the same loss, the most we will deduct from the loss payment is the highest deductible amount.

### E. PROPERTY LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties in the Event of Loss or Damage

a. You must see to it that the following are done upon the discovery of loss or damage, or a situation that may lead to loss or damage, to Covered Property:

(1) Notify the police if a law may have been broken. This duty does not apply to loss or damage arising from "Employee Dishonesty."

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) For loss or damage from other than "Employee Dishonesty" send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) For loss or damage resulting from "Employee Dishonesty" give us a detailed, sworn proof of loss within 120 days of the date of discovery.

(9) Cooperate with us in the investigation and settlement of the claim.

(10) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Loss Payment–Building and Personal Property

In the event of loss or damage covered by this Coverage Form:

a. We will not pay you more than your financial interest in the Covered Property.

b. At our option, we will either:

(1) Pay the value of lost or damaged property, as described in paragraph d. below;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

We will give notice of our intentions within 30 days after we receive your sworn proof of loss.

c. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

i. Until the lost or damaged property is actually repaired or replaced; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

i. The cost to replace, on the same premises, the lost or damaged property with other property:

(i) Of comparable material and quality; and

(ii) Used for the same purpose; or

ii. The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, paragraph (1) above does not apply to the

property for which Actual Cash Value is indicated.

(3) Property of others at actual cash value plus the cost of labor, materials or services furnished or arranged by you on personal property of others.

(4) The following property at actual cash value:

(a) Used, obsolete or second-hand merchandise held in storage or for sale;

(b) Household furnishings;

(c) Manuscripts;

(d) Works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

(e) Personal effects.

(5) Glass at the cost of replacement with safety glazing material if required by law.

(6) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

i. Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

ii. Divide the amount determined in i. above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing, if others pay for repairs or replacement.

(7) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepack-

aged software programs), at the cost of:

(a) Blank materials for reproducing the records; and

(b) Labor to transcribe or copy the records.

(8) "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

(9) Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

(10) "Money" at its face value; and

(11) "Securities" at their value at the close of business on the day the loss is discovered.

(12) The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

(a) Distilled spirits;

(b) Wines;

(c) Rectified products; or

(d) Beer.

(13) Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

d. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

BUSINESSOWNERS

e.  We may elect to defend you against suits arising from claims of owners of property. We will do so at our expense.

f.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Form; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

5.  **Loss Payment–Business Income and Extra Expense**

a.  The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no loss or damage occurred;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b.  The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c.  Upon resumption of your "operations," we will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d.  If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

e.  We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss if:

(1) You have complied with all of the terms of this Coverage Form; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

6.  **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice.

a.  For all loss other than by "Employee Dishonesty," you have the option to retain the recovered property. If you do retain the property you must then return to us the amount we paid to you for the property.

(1) We will then pay:

(a) Recovery expense; and

(b) Cost to repair the covered property.

MP T1 02 08 92

A548

(2) But, the most we will pay is the smallest of the following;

    (a) The total of **(1)(a)** and **(b)** above;

    (b) The value of the recovered property; or

    (c) The limit of insurance.

**b.** In all other instances, recoveries, less the cost of obtaining them, will be distributed as follows:

    (1) To you, until you are reimbursed for any loss that you sustain that exceeds the limit of insurance, if any;

    (2) Then to us, until we are reimbursed for the settlement made;

    (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**c.** Recoveries do not include any recovery:

    (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

    (2) Of original "securities" after duplicates of them have been issued.

**7. Noncumulative Limit**

No Limit of Insurance cumulates from policy period to policy period.

**F. COMMERCIAL PROPERTY CONDITIONS**

**1. Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Form.

**2. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**3. Insurance Under Two or More Coverages.**

If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**4. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form unless:

**a.** There has been full compliance with all of the terms of this Coverage Form; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**c.** For "employee dishonesty" and "theft" losses, the following additional condition applies:

You may not bring any legal action against us involving loss until 90 days after you have filed proof of loss with us.

**5. Liberalization**

If we adopt any revision that would boaden the coverage under this Coverage Form without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

**6. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**7. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **7.a** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**MP T1 02 08 92**

8. **Policy Period, Coverage Territory**

Under this Coverage Form:

a. We cover loss or damage you sustain through acts committed or events occurring:

   (1) During the policy period shown in the Declarations (except as provided by the provisions of the "Employee Dishonesty" Additional Coverage);

   (2) Within the coverage territory.

b. The coverage territory is:

   (1) The United States of America (including its territories and possessions);

   (2) Puerto Rico; and

   (3) Canada.

9. **Transfer of Rights of Recovery Against Others to Us.**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property or Covered Income.

b. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   (1) Someone insured by this insurance;

   (2) A business firm:

      (a) Owned or controlled by you; or

      (b) That owns or controls you; or

   (3) Your tenant.

This will not restrict your insurance.

10. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No .1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |

**MP T1 02 08 92**

A550

The Deductible is         $250

The amount of loss is       $40,000

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $225,000/$225,000 = 1.00

Step (3): $40,000 x 1.00 = $40,000

Step (4): $40,000 – $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

  **b.** Coinsurance does not apply to:

    **(1)** "Money" and "securities";

    **(2)** Additional Coverages;

    **(3)** Coverage Extensions; or

    **(4)** Loss or damage in any one occurrence totalling less than $2,500.

**11. Mortgage Holders**

  **a.** The term, mortgage holder, includes trustee.

  **b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

  **c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

  **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    **(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so;

    **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Form will then apply directly to the mortgage holder.

  **e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

    **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgage holder's rights to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

  **f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

  **g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**G. PROPERTY DEFINITIONS**

  **1. a.** "Employee(s)" means:

    **(1)** Any natural person:

      **(a)** While in your service (and for 30 days after termination of service); and

      **(b)** Whom you compensate directly by salary, wages or commissions; and

      **(c)** Whom you have the right to direct and control while performing services for you.

    **(2)** Any natural person employed by an employment contractor while that person is subject to your direction and

control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

(3) Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

b. But "employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

2. **"Employee Dishonesty"** means only dishonest acts, including "forgery" or extortion, committed by an "employee," whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

a. Cause you to sustain loss; and also

b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

3. **"Forgery"** means forgery or alteration of, on or in any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a sum certain in money, made or drawn by or drawn upon you, or made or drawn by one acting as agent of you or purporting to have been made or drawn, or of the endorsement on any such instrument made payable to you, including:

a. Any check or draft made or drawn in your name, payable to a fictitious payee and endorsed in the name of such fictitious payee;

b. Any check or draft procured in a face to face transaction with you, or with one acting as agent of you, by anyone impersonating another and made or drawn payable to the one so impersonated and endorsed by anyone other than the one so impersonated; and

c. Any payroll check, payroll draft or payroll order made or drawn by you, payable to bearer as well as to a named payee and endorsed by anyone other than the named payee without authority from such payee;

whether or not any such endorsement be a forgery within the law of the place controlling the construction thereof. Mechanically reproduced facsimile signatures are treated the same as handwritten signatures.

If you are sued for refusing to pay any Covered Instrument above ( a., b. and c.) on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this insurance.

4. **"Money"** means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

5. **"Operations"** means your business activities occurring at the described premises; and if Business Income coverage for "Rental Value" applies, the tenantability of the described premises.

6. **"Period of Restoration"** means the period of time that:

a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration."

7. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

8. **"Rental Value"** means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

   c. Fair rental value of any portion of the described premises which is occupied by you.

9. **"Securities"** means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets, lottery tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money."

10. **"Specified Causes of Loss"** means the following:

   Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not include;

   (1) The cost of filling sinkholes; or

   (2) Sinking or collapse of land into underground man-made cavities.

   b. Falling objects does not include loss of or damage to:

   (1) Personal Property in the open; or

   (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

11. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

12. **"Theft"** means any act of stealing including but not limited to "forgery" and extortion but excluding dishonest acts of "employees."

13. **"Unoccupied"** means containing personal property usual to the occupancy of the building while customary activity and operations are suspended. This does not apply to such suspensions when they are usual and incidental to the occupancy.

14. **"Vacant"** means the building does not contain enough business personal property to conduct customary operations.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS — OFFICES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.** The following is added to paragraph A.1.a.(4) of the Businessowners Property Coverage Form:

    **e.** Lobby or hallway furnishings owned by you.

**B.** The following is added to paragraph A.2. Property and Associated Loss Costs Not Covered of the Businessowners Property Coverage Form:

    Radium

**C.** The following is added to the Personal Property Off Premises provision of paragraph A.7. Coverage Extensions of the Businessowners Property Coverage Form:

    As respects medical, surgical, and dental equipment and instruments (including tools, materials, supplies and scientific books) owned and used by you in the medical or dental profession and, at your option, such property belonging to others and used in your profession, this insurance applies while such property is away from the described premises.

    This extension does not apply to such property:

    (1) While in the custody of the United States Postal Service;

    (2) Rented or leased to others; or

    (3) After delivery to customers.

**D.** The following exclusion is added to COVERAGES (Section I) of the Commercial General Liability Coverage Form:

With respect to real estate agency and property management operations, this insurance applies only to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the ownership, operation, maintenance or use of:

**1.** Such part of any premises you use for general office purposes; and

**2.** Premises listed with you for sale or rental, if:

    **a.** You do not own, operate, manage or rent the premises;

    **b.** They are not in your care, custody, or control; or

    **c.** You do not act as agent for the collection of rents or in any supervisory capacity.

**MP T1 05 01 88**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MASTER PAC BROADENED PROPERTY ENDORSEMENT—SPECIAL FORM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed as follows:

1. **A.2. Property and Associated Loss Costs Not Covered**

   Coverage is provided for the following types of property by deletion of the following provisions:

   **2.c.** Beach or diving platforms, piers, pilings, wharves or docks;

   **2.l.** Foundations of buildings, structures, machinery or boilers, if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

2. **A.5. Limitations**

   The following limitation provision is deleted:

   **A.5.a.(1)** We will not pay for loss of or damage to:

   (1) The interior of any building or structure or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust whether driven by wind or not, unless:

   (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   (b) The loss or damage is caused by or results from the thawing of snow, sleet or ice on the building or structure.

3. **A.7. Coverage Extensions** is changed as follows:

   **A.7.b. Newly Acquired or Constructed Property** is changed as follows:

   The most we will pay for loss or damage to buildings and additions under this extension is increased from $100,000 to $250,000 at each location.

4. The following coverage extensions are added:

   **7.l. Physicians and Dentists Personal Property Away From Premises**

   Your Business Personal Property insurance is extended to apply to business personal property consisting of:

   a. Medical, surgical and dental equipment and instruments;

   b. Tools, materials, supplies and scientific books;

   while at any premise other than those described in the Declarations and in course of transit.

   **7.m. Spoilage—Consequential Loss For Stores and Restaurants**

   Your Business Personal Property insurance is extended to cover consequential loss to your business personal property caused by change in temperature or humidity. However, the change must result from a Covered Cause of Loss damaging the following types of equipment situated on the described premises:

   Refrigerating, cooling, humidifying, air-conditioning, heating, generating or converting power; any connections, supply or transmission lines and pipes associated with the above equipment.

          Copyright, The Travelers Indemnity Company

BUSINESSOWNERS

5.  E.  **Property Loss Conditions,** is changed as follows:

    **E.4.c.(3)** "Property of others at actual cash value plus the cost of labor, materials or services furnished or arranged by you on personal property

of others" is deleted and replaced by the following:

"Property of others at the amount you are legally liable or replacement cost, whichever is less."

Copyright, The Travelers Indemnity Company

MP T3 01 04 96

A556

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POWER PAC ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.** The **Businessowners Property Coverage—Special Form** is revised as follows:

1. The limit applicable to the **Additional Coverage—Pollutant Cleanup and Removal** is increased from \$10,000 to \$25,000.

2. The limit applicable to the **Additional Coverage—Fire Department Service Charge** is increased from \$1,000 to \$10,000.

3. The following **Additional Coverages** are added:

   **a. Ordinance or Law—Increased Cost of Construction or Repair**

   If a Covered Cause of Loss occurs to covered Building Property insured under this policy at a described premises, we will pay the increased cost to repair, rebuild or construct the damaged building caused by enforcement of a building, zoning or land use ordinance or law which is in force at the time of loss. The repaired or rebuilt building must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants" and asbestos whether or not such asbestos is deemed to be a "pollutant".

   We will not pay for increased construction costs until the building is actually repaired or replaced, at the same or another premises.

   We will not pay under this coverage for loss due to any ordinance or law which:

   (1) You were required to comply with before the loss, even if the building was undamaged; and

   (2) You failed to comply with.

   The most we will pay for loss under this Additional Coverage is \$10,000 in any one occurrence.

   This amount is in addition to the Limits of Insurance.

   **b. Fire Protective Equipment Discharge**

   If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

   (1) refill or recharge the system with the extinguishing agents that were discharged; and

   (2) replace or repair faulty valves or controls which caused the discharge.

   The most we will pay under this Additional Coverage is \$5,000.

   This amount is in addition to the Limits of Insurance.

   **c. Lost Key Consequential Loss**

   (1) We will pay for consequential loss to keys and locks if a master or grand master key is lost or damaged from a Covered Cause of Loss. We will pay for:

   (a) the actual cost of keys, and

   (b) adjustment of locks to accept new keys, or

   (c) if required, new locks including cost of their installation.

   (2) Loss or damage must be caused by or result from a Covered Cause of Loss including mysterious disappearance.

   (3) The most we will pay for loss or damage under this Additional Coverage is \$500 at each described premises.

   This amount is in addition to the Limits of Insurance.

4. When **Business Income** is included, provision A.3.c. (extended business income) is changed by increasing the number of days from thirty to sixty.

5. The following **Coverage Extensions** are added when **Business Income** is included:

a. **Ordinance or Law—Increased "Period of Restoration"**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, Business Income coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of "operations" caused by or resulting from the enforcement of an ordinance or law that:

(1) Regulates the construction or repair of any property; and

(2) Is in force at the time of loss.

However, coverage is not extended to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", and asbestos whether or not such asbestos is deemed to be a "pollutant".

We will not pay under this coverage for loss due to any ordinance or law which:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

b. **Business Income From Dependent Properties**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property", caused by or resulting from a Covered Cause of Loss.

"Dependent Property" means property operated by others you depend on to:

(1) Deliver materials or services (other than water, communications or power supply) to you, or to others for your account (Contributing Locations);

(2) Accept your products or services (Recipient Locations);

(3) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

(4) Attract customers to your business (Leader Locations).

The most we will pay under this Coverage Extension is $10,000.

c. **Off Premises Service—Time Element**

We will pay for the loss of Business Income and/or Extra Expense you sustain due to the necessary suspension of your "operations" during the "period of restoration" as a result of direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with services by the following utilities:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as:

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines, except overhead transmission lines.

The most we will pay is $1,000 for loss you sustain after the first 48 hours following the direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

6. The following **Coverage Extensions** are revised as follows:

a. **Newly Acquired or Constructed Property**

The limit for newly acquired Business Personal Property at newly acquired locations is increased from $100,000 to $250,000.

b. **Business Income and Extra Expense— Newly Acquired Locations**

The limit of $100,000 is increased to $250,000.

c. **Outdoor Property**

The limit of $5,000 at each described premises is increased to $10,000.

d. **Valuable Papers and Records—Cost of Research** is deleted and is replaced with the following:

**Valuable Papers and Records (Other Than Accounts Receivable)—Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, (other than accounts receivables), including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Coverage Extension is $25,000 at each described premises or within 100 feet thereof and $5,000 while in transit or temporarily at your home or at a premise you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

7. The following **Coverage Extensions** are added:

a. **Accounts Receivable**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to your accounts receivable records including those on electronic data processing media.

(1) We will pay:

(a) Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

(b) Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

(2) We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

(a) Bookkeeping, accounting or billing errors or omissions; or

(b) Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of a direct loss caused by lightning.

(3) We will not pay for loss or damage that requires:

(a) an audit of records;

(b) any inventory computation; or

(c) a profit or loss computation;

to prove its factual existence.

MP T9 70 01 98

BUSINESSOWNERS

The most we will pay under this Coverage Extension in any one occurrence is $25,000 at all described premises or within 100 feet of the described premises and $10,000 while in transit or temporarily at your home or at a premises you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

**b. Business Computer Coverage**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to:

(1) Your electronic data processing equipment and its component parts; and

(2) Your data stored on disks, film, tapes or similar electronic data processing media; the media itself; computer programs and instructions.

The most we will pay under this Coverage Extension is $10,000 in any one occurrence at all described premises or within 100 feet of the described premises.

This amount is in addition to the Limits of Insurance.

**c. Fine Arts**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to "Fine Arts" at the premises described in the Declarations. The most we will pay under this Extension is $10,000 in any one occurrence. The Breakage Limitation contained in Section A.5.b.(2) of the Businessowners Property Coverage Special Form does not apply to this Fine Arts Extension.

"Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

The following is added to **PROPERTY LOSS CONDITIONS—E.4.c.(4)(d)** with respect to "Fine Arts":

We will determine the value of Fine Arts as follows:

Works of art, antiques or rare articles at the lesser of:

(1) Market value at the time and place of loss;

(2) Cost of reasonably restoring that property; or

(3) Replacing that property with substantially the same property.

This amount is in addition to the Limits of Insurance.

**d. Off Premises Services—Direct Damage**

We will pay for loss or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Transformers; and

(d) Transmission lines, except overhead transmission lines.

The most we will pay for loss or damage under this extension is $1,000.

Page 4 of 4

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph 4.b. of CONDITIONS (SECTION IV) is amended as follows:

**b.** Excess Insurance

This insurance is excess over any of the other insurance; whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk, or similar coverage for "your work";

**(2)** That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos", or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I); or

**(4)** That is valid and collectible insurance available to you if you are added as an additional insured under any other policy.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

CG D0 37 01 99          Copyright, The Travelers Indemnity Company, 1999          Page 1 of 1

A561

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED
# OWNERS OR MANAGERS OF CONVENTION CENTERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
CATASTROPHE UMBRELLA POLICY

## PROVISIONS

WHO IS AN INSURED provision is amended to include as insureds the following persons or organizations that you are contractually required to include as insureds arising out of the ownership, maintenance or use of that part of any premises leased or rented to you for holding meetings or conventions:

1. The owners including any subsidiaries or general lessees of such ownership, and if said owner or lessee is a governmental subdivision or publicly owned entity, any authority, board, commission, division, department or office forming a part of or directly related thereto;

2. Any person or organizations retained by the owner or general lessee to manage such premises; and

3. Any officers, directors, trustees or employees or any entity included in 1. or 2. above while acting within the scope of their duties as such.

This insurance does not apply to:

a. Any "occurrence" which takes place after you cease to be a tenant in that premises.

b. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization included in 1., 2. or 3. above.

4. The insurance provided by this endorsement is excess over any other collectible insurance whether primary, excess or contingent, unless such insurance is specifically written to apply in excess of this policy.

CG D0 40 01 92

Page 1 of 1

A562

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY – is amended by adding the following additional exclusion:**

   (This Insurance does not apply to:)

   "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

2. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY – is amended by adding the following additional exclusion:**

   (This insurance does not apply to:)

   "Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

CG D1 42 01 99                    Copyright, The Travelers Indemnity Company, 1999                    Page 1 of 1

A563

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph (1)(a) of the **Pollution** exclusion under Paragraph **2., Exclusions of Bodily Injury And Property Damage Liability** Coverage **(Section I – Coverages)** is replaced by the following:

This insurance does not apply to:

**POLLUTION**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph **(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PROVISIONS

A. Paragraph **1.a.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

**1. Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as dam-ages because of "bodily injury" or "prop-erty damage" to which this insurance ap-plies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Cov-erages A or B or medical expenses under Coverage C.

    No other obligation or liability to pay sums or perform acts or services is covered un-less explicitly provided for under SUP-PLEMENTARY PAYMENTS – COVER-AGES A AND B.

B. Paragraph **2.b.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

**2. Exclusions**

    This insurance does not apply to:

    b. "Bodily injury" or "property damage" for which the insured is obligated to pay dam-ages by reason of the assumption of li-ability in a contract or agreement. This ex-clusion does not apply to liability for damages:

        (1) That the insured would have in the absence of the contract or agree-ment; or

        (2) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property dam-age" occurs subsequent to the execu-tion of the contract or agreement. Solely for the purposes of liability as-sumed in an "insured contract", rea-sonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

            (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

            (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this in-surance applies are alleged.

C. Paragraph **1.a.** of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

**1. Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as dam-ages because of "personal injury" or "ad-vertising injury" to which this insurance

applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

D. The following is added to Paragraph 2. Exclusions of COVERAGE B. -- PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

(This insurance does not apply to:)

1. "Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2. Any loss, cost or expense arising out of any:

a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

E. SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is amended as follows:

1. The first sentence is deleted and replaced by the following:

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

2. Paragraph 4. is deleted and replaced by the following:

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

3. The following is added:

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and we agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

  Copyright, Travelers Indemnity Company, 1997  CG D1 94 11 97

A566

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2.b.(2) of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

F. WHO IS AN INSURED (Section II) is amended as follows in order to specifically include Limited Liability Companies:

1. Paragraphs 1. and 2.a. are deleted and replaced by the following:

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to

the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury";

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse , child, parent, brother or sister of that co-"employee" as a conse-

COMMERCIAL GENERAL LIABILITY

quence of paragraph **(1)(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property;

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

2. The first sentence of paragraph **4.** is deleted and replaced by the following:

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

3. The final paragraph is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

G. Condition **2.** Duties In The Event Of Occurrence, Offense, Claim or Suit (Section IV – Commercial General Liability Conditions) is amended as follows:

1. Paragraph **c.(3)** is deleted and replaced by the following:

c. You and any other involved insured must:

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

2. Paragraph **d.** is deleted and replaced by the following:

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

H. Condition **4.** Other Insurance (Section IV – Commercial General Liability Conditions) is amended as follows:

The first two paragraphs of paragraph **b.** are deleted and replaced by the following:

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I – Coverages).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

I. DEFINITIONS (Section V) is amended as follows:

1. Definition **8.** "insured contract" is amended as follows:

a. Subpart **f.(2)(a)** is deleted and replaced by the following:

(a) Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

Copyright, Travelers Indemnity Company, 1997

CG D1 94 11 97

A568

b. Subpart **f.(3)** is deleted and replaced by the following:

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

2. Definition **14.** "products-completed operations hazard" is amended as follows:

   Paragraph **c.(1)** is deleted and replaced by the following:

   c. This hazard does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

3. Definition **16.** "suit" is deleted and replaced by the following:

   "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      EMPLOYEE BENEFITS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## PROVISIONS

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any policy with a policy number containing the letters CUP, EX, PRS, SPS, XS or IXL.

CG T3 33 12 88

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a.  Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b.  Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a. Expected or Intended Injury

   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. Contractual Liability

   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

      (2) That the insured would have in the absence of the contract or agreement.

   c. Liquor Liability

   "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

   This exclusion applies only if you are in the business of manufacturing distributing, selling, serving or furnishing alcoholic beverages.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY

d. Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

Copyright, Insurance Services Office, Inc., 1992    CG 00 01 10 93

A573

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.** Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** Damage to Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.** Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

**l.** Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

COMMERCIAL GENERAL LIABILITY

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

b. This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions.**

This insurance does not apply to:

a. "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement.**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A575

applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions.**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

We will pay with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees," other than your "executive officers," but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

(1) "Bodily injury" or "personal injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

COMMERCIAL GENERAL LIABILITY

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A577

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    (1) How, when and where the "occurrence" or offense took place;

    (2) The names and addresses of any injured persons and witnesses; and

    (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b. If a claim is made or "suit" is brought against any insured, you must:

    (1) Immediately record the specifics of the claim or "suit" and the date received; and

    (2) Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c. You and any other involved insured must:

    (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    (2) Authorize us to obtain records and other information;

    (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

    (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

    No person or organization has a right under this Coverage Part:

    a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

    A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

    If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

    a. **Primary Insurance**

    This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

A579

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

10. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance but not construction or surfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   e. Oral or written publication of material that violates a person's right of privacy.

Copyright, Insurance Services Office, Inc., 1992       CG 00 01 10 93

COMMERCIAL GENERAL LIABILITY

**14. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**17.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(1)** You;

    **(2)** Others trading under your name; or

    **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**18.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**19.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT— KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph 1. Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limit Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive no-

tice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

POLICY NUMBER:  W-680-479H825-3-TIA-00

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  06-05-00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

1. Designation of Premises (Part Leased to You):

    LOCATION 1

2. Name of Person or Organization (Additional Insured):

    345 LIMITED PARTNERSHIP QUADRANGLE
    DEVELOPMENT CORP
    WASH.CTR 1001 G ST, N.W., SUITE 700 W.
    WASHINGTON              DC 20001

3. Additional Premium:  $ INCLUDED



(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1  ☐

A584

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT — RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Bodily injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies

a. whether the insured may be held liable as an employer or in any other capacity; and

b. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B—PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Personal injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies:

a. Whether the insured may be liable as an employer or in any other capacity; and

b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION--INSPECTION, APPRAISAL AND SURVEY COMPANIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" for which the insured may be held liable because of the rendering or failure to render professional services in the performance of any claim, investigation, adjustment, engineering, inspection, appraisal, survey or audit services.

CG 22 24 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

A586

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — CAMPS OR CAMPGROUNDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to the operation of any camp or campground by you on your behalf:

**A.** The following exclusion is added to Paragraph 2., Exclusions of COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and Paragraph 2., Exclusions of COVERAGE B—PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

If the camp or campground owns or operates an infirmary with facilities for lodging and treatment, this insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" caused by:

**1.** The rendering or failure to render:

   **a.** Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruc-

tion, or the related furnishing of food or beverages;

   **b.** Any health or therapeutic service, treatment, advice or instruction;

   **c.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming; or

**2.** The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

**3.** The handling or treatment of dead bodies.

**B.** The following exclusion is added to Paragraph 2., Exclusions of COVERAGE C—MEDICAL PAYMENTS (Section I – Coverages):

We will not pay expenses for "bodily injury" to any camper.

        Copyright, Insurance Services Office, Inc., 1992

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# TRADE ASSOCIATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any service by you or on your behalf in connection with:

1. The setting, or enforcement of or reliance upon standards for a "member's product or product of others" or the conduct of your members, or the failure to set or enforce or rely upon such standards;

2. The giving or failure to give adequate warnings or directions in connection with a "member's product or product of others";

3. Any actual or perceived licensing, certification, decertification or guarantee or warranty in connection with a "member's product or product of others" or any failure to do such;

4. The rendering or failure to render any service in connection with the preparation, approval, furnishing, printing, publishing of any education or instructional programs, designs, specification, manuals, instructions or any other materials.

The following definition applies:

"Member's product or product of others" means:

a. Any goods, products, processes, or services, other than real property, developed, manufactured, provided, sold, donated, distributed or disposed of by a member of yours or any other person or organization except you.

b. Containers, (other than vehicles), materials, parts or equipment furnished in connection with such goods or products."

"Member's product or product of others" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE — CHAPTER OR CLUB ACTIVITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any chapter or club affiliated or associated with you.

**GN 01 74 05 95**          Copyright, The Travelers Indemnity Company.          Page 1 of 1

One Tower Square, Hartford, Connecticut  06183

**TravelersPropertyCasualty**
A Member of Travelers Group

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** W-680-479H825-3-TIA-00
**ISSUE DATE:** 06-05-00

DECLARATIONS PERIOD: From 07-22-00 to 07-22-01  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

### BUSINESS COMPUTER COVERAGE FORM

| Premises Location Number | Building Number |
|---|---|
| 01 | 01 |

| Equipment | Limit of Insurance |
|---|---|
| a. SPECIFICALLY DESCRIBED EQUIPMENT | |
| COMPUTER EQUIPMENT | $ 1 000000 |
| | $ |
| | $ |
| | $ |
| | $ |
| b. ALL OTHER COVERED EQUIPMENT | $ |
| TOTAL | $ 1 000000 |
| Data and Media (20% of Equipment Limit unless otherwise specified.) | $ |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | $ |
| Property in Transit or Away from Premises: | |
| | $ 10000 |
| | $ |

Deductibles:

| Equipment, Data and Media, Business Income and Extra Expense: | $ 250 |
|---|---|
| Equipment Failure Coverages & Extension: | $ 1000 |

**2. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

# BUSINESS COMPUTER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F – DEFINITIONS.

## A. COVERAGE

1.  We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

    a.  **Covered Property**, as used in this Coverage Form, means the following types of property used in your data processing operations at a location described in the Declarations:

        (1) **Equipment.** Your electronic data processing equipment, facsimile machines, word processors, multi-functional telephone systems, laptop and portable computers; related surge protection devices; and their component parts and peripherals;

        (2) **Data and Media.** Your data stored on disks, films, tapes or similar electronic data processing media; the media itself; computer programs and instructions; and

        (3) **Similar property of others** in your care, custody or control.

        Unless otherwise specified in the Declarations, the Limit of Insurance applicable to Data and Media combined at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for Equipment at that location.

    b.  **Property Not Covered**

        **Covered Property** does not include:

        (1) Property while leased or rented to others while that property is not at your location described in the Declarations;

        (2) Any data or media which cannot be replaced with other data or media of the same kind and quality;

        (3) Any documents or records not converted to data processing media, ex-

        cept as provided in the Coverage Extensions;

        (4) Any data or media that is obsolete or unused by you.

2.  **Business Income and Extra Expense**

    We will pay the amount by which your Business Income is actually reduced during the "period of restoration" if you must close all or any part of your business due to "loss" to Covered Property from a Covered Cause of Loss.

    Business Income means your net income that would have been earned had no "loss" occurred and normal payroll and expenses which are necessary for you to operate your business after "loss".

    We will also pay your Extra Expense to continue your normal data processing operations. Such Extra Expense must be due to direct physical "loss" to any building or any personal property at a location described in the Declarations or at newly acquired locations, caused by or resulting from a Covered Cause of Loss.

    Extra Expense means necessary expenses you incur that you would not have incurred if there had been no "loss" to that property. But we will pay these expenses only for the period of time it reasonably takes you to restore your normal data processing operations.

    Unless otherwise stated in the Declarations, the Limit of Insurance applicable to Business Income and Extra Expense at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for equipment at that location.

3.  **Property in Transit or Away From Premises**

    We will pay for "loss" to Covered Property while in transit or while away from a location described in the Declarations and in the care, custody or control of you, your officers, employees or salespersons, from any of the Cov-

CM T1 21 01 98

COMMERCIAL INLAND MARINE

ered Causes of Loss. We will pay up to $25,000 in any one occurrence unless otherwise specified in the Declarations.

### 4. Covered Causes of Loss

Covered Causes of Loss means RISKS of DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### 5. Coverage Extensions

**a. "Valuable Papers and Records" (Except Accounts Receivable)**

We will pay for "loss" from a Covered Cause of Loss, to your "valuable papers and records" while at a location described in the Declarations. The most we will pay for such "loss" is $5,000 in any one occurrence.

The amount payable under this Coverage Extention is in addition to the Limits of Insurance.

**b. Civil Authority**

We will pay for the actual and necessary Extra Expense you incur caused by action of civil authority that prohibits access to a location described in the Declarations, but we will only pay:

(1) When such access is prohibited due to direct physical "loss" to property adjacent to that location caused by or resulting from a Covered Cause of Loss; and

(2) For a period up to two consecutive weeks from the date of that action.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to Extra Expense at the location where the "loss" occurs.

**c. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property from any location described in the Declarations caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

(2) The most we will pay under this Coverage Extension is 25% of:

(a) The amount we pay for the direct physical "loss" to Covered Property; plus

(b) The Deductible in this policy applicable to that "loss".

(3) Payment for Debris Removal is included within the Limits of Insurance shown in the Declarations for Equipment and Data and Media at that location. When the sum of "loss" to Covered Property and the expense for removal of its debris exceeds those limits, or the debris removal expense exceeds the 25% limitation in (2) above, we will pay an additional amount for debris removal expense up to $25,000 in any one occurrence.

(4) This Coverage Extension does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

**d. Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at any location described in the Declarations, if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs to Covered Property:

(1) At a location described in the Declarations; and

(2) During the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

The most we will pay for each described location under this Coverage Extension is $25,000 in any one year commencing with policy inception.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

CM T1 21 01 98

A592

e. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to "loss"; or

(2) Required by local ordinance.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

No Deductible applies to this Coverage Extension.

f. **Newly Acquired Location or Equipment**

(1) **Newly Acquired Location**

If you move covered equipment to any location you acquire by purchase or lease during the policy period, we will cover that equipment at your new location for up to $100,000.

We will also cover Data and Media while at that location you acquire for up to $20,000 and Extra Expense at that location for up to $20,000.

(2) **Newly Acquired Equipment**

If during the policy period you acquire equipment of the type covered by this Coverage Form, we will cover that equipment at any location described in the Declarations. We will cover that equipment for up to $100,000.

(3) **Property in Transit**

While the property covered by this Newly Acquired Location or Equipment Coverage Extension is in transit, the most we will pay for "loss" is the Limit of Insurance shown in the Declarations for Property in Transit Or Away From Premises.

(4) This **Newly Acquired Location or Equipment** Coverage Extension will end when any of the following first occurs:

(a) 90 days after you acquire the new location or equipment;

(b) You report the new location or equipment to us;

(c) When other specific insurance applies; or

(d) This Coverage Form expires.

(5) You will:

(a) Report to us the movement of property to a newly acquired location or any new equipment you acquire within 90 days from the date acquired; and

(b) Pay any additional premium due from the date the equipment is moved to the new location or the date you acquire the equipment.

(6) The limits for this Newly Acquired Location or Equipment Coverage Extension are in addition to the Limits of Insurance shown in the Declarations, except as provided in paragraph (3) Property in Transit, above.

g. **Preservation of Property**

If it is necessary to move Covered Property from any location described in the Declarations to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the "loss" occurs within 30 days after the property is first moved.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to the location from which the property is moved.

h. **Property at a Temporary Location**

We will pay up to $50,000 for "loss" to Covered Property while temporarily at a location you do not own, lease or regularly occupy, but you use for purposes other than storage. We will cover property at that location for a period not to exceed 90 days.

The Limit for this Coverage Extension is included within the applicable Limits of Insurance shown in the Declarations.

i. **Duplicate Data and Media**

We will pay for "loss" to duplicates of covered Data and Media while stored in a

separate building at least 100 feet from a location described in the Declarations. The most we will pay under this Coverage Extension is $50,000 in any one occurrence. The limit for this Coverage Extension is included in the Limits of Insurance shown in the Declarations for Data and Media.

j.  **Fire Protection Recharge Expense**

We will also pay your expense to replace any substance discharged from an automatic fire protection system that protects Covered Property caused by or resulting from a Covered Cause of Loss. The most we will pay in any one occurrence is $2,500. The limit for this Coverage Extension is in addition to the Limits of Insurance shown in the Declarations. No Deductible applies to a "loss" covered by this Coverage Extension if that "loss" is caused by fire or smoke.

k.  **"Computer Virus" Extraction Expense**

If a "computer virus" is discovered in Covered Property during the policy period, due to a "loss" covered by this form, we will pay for the Extra Expense you incur to extract that virus from Covered Property up to the Limit of Insurance shown in the Declarations for Extra Expense at the location where the "loss" occurs. When your expense exceeds that limit, we will pay up to an additional $5,000 of Extra Expense to extract the virus from Covered Property at that location.

l.  **Equipment Failure Coverages**

We will pay for "loss" to the equipment covered by this form while at a location shown in the Declarations if the "loss" is caused by any of the following:

(1)  **Mechanical breakdown** of covered equipment while at a location described in the Declarations. But we will not pay for "loss" to such equipment if caused by or resulting from any change in electrical power or other utility service, such as failure, fluctuation or interruption, if that change originates more than 1000 feet from the building containing the equipment;

(2)  **Corrosion, rust, dampness, dryness, cold, heat or humidity** resulting directly from damage to the air conditioning or heating system that services your data processing equipment. The damage to such systems must be caused by a Covered Cause of Loss.

(3)  **Faulty work** upon or service of covered equipment wherever located within the Coverage Territory.

A separate Deductible, shown in the Declarations, applies to any "loss" covered by this Extension. The limits for this Extension are included in the Limits of Insurance shown in the Declarations for equipment at the location where the "loss" occurs.

**B. EXCLUSIONS**

1.  We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a.  **Earth Movement**

(1)  Any earth movement such as an earthquake, mine subsidence, landslide, or earth sinking, rising or shifting.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

(2)  Volcanic eruption, explosion or effusion.

But we will pay for direct "loss" caused by resulting fire or volcanic action, if these causes of "loss" would be covered under this Coverage Form.

Volcanic action means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

(a)  Airborne volcanic blast or airborne shock waves;

(b)  Ash, dust or particulate matter; or

(c)  Lava flow.

CM T1 21 01 98

A594

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the Covered Property.

This exclusion does not apply to property in transit.

**b. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**c. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**d. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**e. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray; all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain;

(4) Water that seeps, leaks or flows below the surface of the ground; or

(5) Any release of water impounded by a dam.

But we will pay for direct "loss" caused by resulting fire, explosion or theft, if these causes of "loss" would be covered under this Coverage Form.

This exclusion does not apply to property in transit.

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Delay, loss of market, loss of income or any other consequential loss, except as may be covered under **A.2.**, Business Income and Extra Expense, of this Coverage Form.

b. Dishonest, fraudulent or criminal acts by you, your partners, officers, directors or trustees, or anyone entrusted with the property, including their employees or authorized representatives; whether or not acting alone or in collusion with others.

This exclusion does not apply to acts by:

(1) Your employees except any employee who is also a partner, officer, director or trustee; or

(2) Carriers for hire.

c. Programming errors or incorrect instructions to the machine.

d. Release, discharge or dispersal of "pollutants".

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, smoke, aircraft or objects falling from aircraft, riot or civil commotion, vandalism or leakage from fire extinguishing equipment.

e. Unexplained disappearance.

This exclusion does not apply to property in the custody of a carrier for hire.

f. Corrosion, rust, dampness, dryness, cold, heat or humidity, except as provided in the Coverage Extension-Equipment Failure Coverages.

g. Any cause of loss to property you lease or rent from others for which you are not responsible under the terms of any lease or rental agreement.

CM T1 21 01 98

    h.  Unauthorized instructions to transfer property to any person or to any place.

3.  We will not pay for a "loss" caused by or resulting from any of the following, but if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

    a.  Faulty, inadequate or defective:

       (1)  Design, specifications, workmanship, repair, manufacturing;

       (3)  Materials used in repair, construction, or manufacturing; or

       (4)  Maintenance;

       of part or all of any property wherever located, except as provided in the Coverage Extensions under Equipment Failure Coverages.

    b.  Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration or depreciation.

    c.  Failure, fluctuation or interruption of electrical power or any other utility service supplied to a described location, however caused, if the failure, fluctuation or interruption originates more than 1000 feet from the building containing the property to which the "loss" occurs.

4.  We will not pay any Extra Expense caused by or resulting from any of the following:

    a.  Enforcement of any ordinance or law regulating the construction, use or repair of the property; or

    b.  Interference at your location by strikers or others persons with:

       (1)  Repairing or replacing the property; or

       (2)  Resuming or continuing your data processing operations.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as provided in the Coverage Extensions.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the "loss", before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1.  **Coverage Territory**

    We cover property wherever located within:

    a.  The United States of America and its territories or possessions;

    b.  Puerto Rico; and

    c.  Canada,

    d.  We cover "laptop and portable computerized equipment" while located anywhere in the world.

2.  **Valuation**

    General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

    a.  **Your Equipment.** The value of equipment you own will be its replacement cost (without deduction for depreciation).

       We will not pay more for any "loss" on a replacement cost basis than the lesser of:

       (1)  The amount it would cost to replace the equipment at the time of "loss" with new equipment of equal performance, capacity or function and for the same use at the same location; or

       (2)  The amount you actually spend in repairing or replacing the equipment with new equipment of equal performance, capacity or function.

       We will only pay for "loss" on a replacement cost basis if you repair or replace the equipment as soon as reasonably possible after the "loss".

       If you do not repair or replace the equipment, we will not pay more than the actual cash value of that equipment.

    b.  **Your Data and Media.** The value will be the actual cost of reproducing the data and the cost of the media.

       When the data is not reproduced, we will not pay more than the cost of blank discs, films, tapes or similar electronic data

processing media, of the same kind and quality.

c. **Property of Others.** The value of the property of others in your care, custody or control will be the lesser of:

(1) The amount for which you are liable; or

(2) The replacement cost of that property.

d. **"Valuable Papers and Records"** The value will be the actual cost to research, reproduce, replace or restore the papers and records.

In the event of "loss", the value of property will be determined as of the time of "loss".

e. **Specifically Described Equipment**

When any covered equipment is individually listed or described in the Declarations, its value will be the applicable Limit of Insurance shown in the Declarations for that equipment. This applies only in the event of a total "loss" to such equipment.

4. **Recoveries**

The following is added to Commercial Inland Marine Loss Condition I. Recoveries.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your "loss" will be readjusted based on the amount you received for the property recovered, with allowance for recovery expenses incurred.

## F. DEFINITIONS

1. **"Laptop and Portable Computerized Equipment"** are "hardware" devices that can easily be carried by one person and that have been specifically designed by the manufacturer to be regularly transported without incurring damage under normal circumstances. **"Hardware"** means machines which can accept data and process it. But it does not include "Software" meaning, data if it is in a format that can be read directly by your "hardware"; instructional material for computer programs; data storage media of all types, provided they are not an integral part of the "hardware".

2. **"Loss"** means accidental loss or damage.

3. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

4. **"Computer Virus"** means intrusive codes or programming that are entered into your computer system and interrupt your data processing operation or cause "loss" to Covered Property.

5. **"Valuable Papers and Records"** means your inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But, "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the material is recorded, or accounts receivable.

6. **"Money"** means:

a. Currency, coins and bank notes whether or not in current use; and

b. Travelers checks, register checks and money orders held for sale to the public.

7. **"Period of Restoration"** means the period of time that:

a. Begins with the date of "loss" caused by or resulting from any Covered Cause of Loss to Covered Property; and

b. Ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

a. Regulates the construction, use or repair, or requires the tearing down of any property; or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of the policy to which this Coverage Form is attached will not cut short the "period of restoration".

COMMERCIAL INLAND MARINE

8.  **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a.  Tokens, tickets, revenue and other stamps whether or not in current use; and

b.  Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue; but does not include "money".

CM T1 21 01 98

A598

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an appraisal of the "loss." In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the "loss." Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the "loss" occurred.

4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent.

6. Permit us to inspect the property and records proving "loss."

7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Promptly send us any legal papers or notices received concerning the "loss."

10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1. We reach agreement with you;

2. The entry of final judgment; or

3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will

pay the excess whether you can collect on the other insurance or not.

G. PAIR, SETS OR PARTS

1. Pair or Set. In case of "loss" to any part of a pair or set we may:

    a. Repair or replace any part to restore the pair or set to its value before the "loss"; or

    b. Pay the difference between the value of the pair or set before and after the "loss."

2. Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

H. PRIVILEGE TO ADJUST WITH OWNER

In the event of "loss" involving property of others in your care, custody or control, we have the right to:

1. Settle the "loss" with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

I. RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

J. REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our pay-

ment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

GENERAL CONDITIONS

A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property; or

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

B. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the "loss."

C. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

D. POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

E. VALUATION

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before "loss"; or

3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of property will be determined as of the time of "loss."

    Copyright, Insurance Services Office, Inc., 1994    CM 00 01 06 95

A600

RECORDS RETENTION

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
A Member of TravelersGroup

**CHANGE ENDORSEMENT**

**Named Insured:** AMERICAN LEGACY FOUNDATION

| | |
|---|---|
| **Policy Number:** | W-680-479H825-3-TIA-00 |
| **Policy Effective Date:** | 07-22-00 |
| **Policy Expiration Date:** | 07-22-01 |
| **Issue Date:** | 10-02-00 |
| ADDITIONAL **Premium $** | 2,234.00 |

Effective from 09-20-00 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

RATES AND PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN EXPOSURE AND/OR RATING PROCEDURE.

UNDER THE BUSINESSOWNERS COVERAGE PART DECLARATIONS, BUSINESSOWNERS PROPERTY COVERAGE IS ADDED AS FOLLOWS:

| PREM NO. | BLDG NO. | | |
|---|---|---|---|
| 01 | 01 | BUILDINGS: | |
| | | LIMIT OF INSURANCE: | $ 1,443,134 |
| | | LOSS ADJUSTMENT BASIS: | |
| | | INFLATION GUARD: | |
| | | EXTERIOR BUILDING GLASS DEDUCTIBLE: | 250 |

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS, THE LIMIT(S) OF INSURANCE IS/ARE CHANGED AS FOLLOWS:

| PREM NO. | BLDG NO. | COVERAGE | | FROM | | TO |
|---|---|---|---|---|---|---|
| 01 | 01 | BUSINESS PERSONAL PROPERTY | $ | 500,000 | $ | 546,000 |

UNDER THE COMMERCIAL INLAND MARINE COVERAGE PART, FINE ARTS COVERAGE IS ADDED.

NAME AND ADDRESS OF AGENT OR BROKER          Countersigned by

ARMFIELD HARRISON THOMAS    F9502
20 S. KING STREET
LEESBURG                          VA   20175

_____
Authorized Representative

DATE: _____

IL T0 07 09 87  (Page 01 of 02)                    Office: CHANTILLY/WASHDC

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
A Member of TravelersGroup

**CHANGE ENDORSEMENT**

|  |  |
|---|---|
| **Policy Number:** | W-680-479H825-3-TIA-00 |
| **Policy Effective Date:** | 07-22-00 |
| **Policy Expiration Date:** | 07-22-01 |
| **Issue Date:** | 10-02-00 |

THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

CM T0 06 01 88     CM T1 05 12 92     CM T3 86 08 97

IL T0 07 09 87  (Page 02  of 02 )
Office: CHANTILLY/WASHDC
Producer Name: ARMFIELD HARRISON THOMAS

A602

Case 1:07-cv-00248-SLR    Document 35-5    Filed 03/12/2008    Page 4 of 53

One Tower Square, Hartford, Connecticut  06183


**Travelers**Property Casualty
*A Member of TravelersGroup*

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** W-680-479H825-3-TIA-00
**ISSUE DATE:** 10-02-00

**DECLARATIONS PERIOD:** From 07-22-00 to 07-22-01 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

### FINE ARTS COVERAGE FORM

| Item No. | Description of Property | Limit of Insurance |
|----------|-------------------------|--------------------|
|          |                         | $                  |

|  |  |  |
|--|--|--|
| **Total** | **$40,000** |

**All Other Covered Property Not Specifically Described Above**     $

**Deductible:** $250

2. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

   SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 06 01 88

# FINE ARTS COVERAGE — SPECIAL FORM

various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F — DEFINITIONS.

## A.  COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1.  **Covered Property**, as used in this Coverage Form, means:

    a.  Your fine arts; and

    b.  Fine arts of others that are in your care, custody or control;

    described in the Declarations and for which a Limit of Insurance is shown.

2.  **Property Not Covered**

    Covered Property does not include:

    a.  Money, notes, currency, securities or stamps unless they are of a numismatic or philatelic nature;

    b.  Property in transit by mail, unless sent by United States Postal Service registered mail; or

    c.  Contraband or property in the course of illegal transportation or trade.

3.  **Covered Causes of Loss**

    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4.  **Coverage Extensions**

    a.  **Newly Acquired Fine Arts**

        (1)  We will cover other objects of fine art that you acquire during the policy period for up to:

            (a)  60 days; or

            (b)  The end of the policy period;

            whichever occurs first.

        (2)  The most we will pay for "loss" under this Coverage Extension is the lesser of:

            (a)  25% of the total Limit of Insurance shown in the Declarations for all individually listed and described items; or

            (b)  $ 25,000

            in any one occurrence.

        (3)  You must report such property within 60 days of the date acquired and pay any additional premium that is due. If you do not report that property to us coverage for it will end automatically 60 days after the date you acquire it, or at the end of the policy period, whichever occurs first.

    b.  **Preservation of Property**

        If it is necessary to move Covered Property from any location described in the Declarations in order to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

        (1)  While it is being moved or while temporarily stored at another location; and

        (2)  Only if the "loss" occurs within 30 days after the property is first moved.

        The amount payable under this Coverage Extension is included within the Limits of Insurance applicable to the location from which the property was moved. The Limit of Insurance applicable to Property in Transit does not apply to this Coverage Extension.

    c.  **Fire Protection Recharge Expense**

        We will pay your expense to replace any substance discharged from an automatic fire protection system that protects Covered Property if the discharge is caused by a Covered Cause of Loss. However,

we will not pay for any "loss" that occurs during installation, testing, or while the system is being worked upon.

The most we will pay under this Extension is $ 2,500 in any one occurrence. This limit is in addition to the Limits of Insurance. No Deductible will be applied if the "loss" is caused by fire or by smoke.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **Governmental Action**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the "loss" would be covered by this Coverage Form.

   b. **Nuclear Hazard**

      (1) Any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radioactive contamination from any other cause.

   c. **War and Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   d. **Ordinance or Law**

      The enforcement of any ordinance, law or regulation pertaining to the construction, use, repair or demolition of any property, including the removal of debris.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Delay, loss of market, loss of use, loss of income or any other consequential loss.

   b. Dishonest, fraudulent or criminal acts by you, any of your employees, partners, officers, directors or trustees, or anyone entrusted with the property, including their employees or authorized representatives; whether or not acting alone or in collusion with others or whether or not occurring during the hours of employment. This Exclusion does not apply to property in the custody of a carrier for hire.

   c. Breakage of art glass windows, statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property unless such "loss" is caused directly by fire, lightening, explosion, windstorm, rioters, strikers, civil commotion, earthquake, flood, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered by this Coverage Form.

   d. Unauthorized instructions to transfer property to any person or to any place.

   e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   f. Any repairing, restoring, retouching or damage to Covered Property while actually being worked upon.

   g. Faulty packing.

3. We will not pay for a "loss" caused by or resulting from any of the following, but if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the "loss."

   b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration or depreciation; insects, birds, rodents, or any other animals or pests.

CM T1 05 12 92

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the "loss," before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. Coverage Territory

We cover property wherever located within:

**a.** The United States of America and its territories or possessions; and

**b.** Canada,

### 2. Valuation

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

**a.** In the event of a total "loss" to items of property that are individually listed and described in the Declarations, the value of each individually listed and described item will be the applicable Limit of Insurance shown in the Declarations for that item.

**b.** The value of all other Covered Property, including newly acquired property and the property of others, will be the least of the following amounts:

(1) The market value of that property;

(2) The acquisition cost of that property;

(3) The amount for which you are liable;

(4) The cost of reasonably restoring that property to its condition immediately before "loss"; or

(5) The cost of replacing that property with substantially identical property.

In the event of "loss", the value of property will be determined as of the time of "loss."

### 3. Coinsurance

All items that are covered but not individually listed and described must be insured for their total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" to these items that the Limit of Insurance shown in the Declarations for them bears to their total value as of the time of "loss."

### 4. Pair or Set

Loss Condition G. Pair, Sets or Parts in the Commercial Inland Marine Conditions is replaced by the following:

**a.** In case of a total "loss" of any items that are part of a pair or set that is individually listed and described in the Declarations, we will pay the full Limit of Insurance shown in the Declarations for that pair or set. You will surrender to us the remaining items of the pair or set.

**b.** In case of "loss" to any part of a pair or set that is not individually listed and described in the Declarations, we may:

(1) Repair or replace any part to restore the pair or set to its value before the "loss"; or

(2) Pay the difference between the value of the pair or set before and after the "loss."

### 5. Records and Inventory

You agree to maintain a detailed and accurate inventory of all insured property including that which is located at your premises, the premises of others, on loan or exhibition, in transit and that which is the property of others in your care, custody or control, and to make those records and inventory available to us at any reasonable time which we may request. You also agree to retain these records for 3 years after the end of the policy period.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

**CM T1 05 12 92**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – BREAKAGE EXCLUSION

This endorsement modifies insurance provided under the following:

    FINE ARTS COVERAGE FORM

Under B., EXCLUSIONS, item 2.c. is deleted.

CM T3 86 08 97

One Tower Square, Hartford, Connecticut  06183



**TravelersPropertyCasualty**
A Member of Travelers Group

**CHANGE ENDORSEMENT**

**Named Insured:**  AMERICAN LEGACY FOUNDATION

**Policy Number:**  W-680-479H825-3-TIA-00
**Policy Effective Date:**  07-22-00
**Policy Expiration Date:**  07-22-01
**Issue Date:**  03-16-01
ADDITIONAL    **Premium $**    52.00

Effective from  03-16-01  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

UNDER THE EMPLOYEE BENEFITS COVERAGE SUPPLEMENT, EMPLOYEE BENEFITS
LIABILITY COVERAGE IS ADDED.

RATES AND PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN
EXPOSURE AND/OR RATING PROCEDURE.

THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

CG T0 09 09 93    CG T0 43 11 88    CG T1 01 07 86    CG T5 30 06 89
CG D0 38 03 95    CG T4 85 11 88

NAME AND ADDRESS OF AGENT OR BROKER

ARMFIELD HARRISON THOMAS    F9502
20 S. KING STREET
LEESBURG                              VA    20175

Countersigned by

_____
**Authorized Representative**

DATE: _____

IL T0 07 09 87  (Page 01 of 01)

Office:  CHANTILLY/WASHDC

A608

One Tower Square, Hartford, Connecticut 06183          **Travelers**Property Casualty 
                                                        A Member of TravelersGroup

**EMPLOYEE BENEFITS LIABILITY**          **POLICY NO.:** W-680-479H825-3-TIA-00
**COVERAGE PART DECLARATIONS**           **ISSUE DATE:** 03-16-01

**DECLARATIONS PERIOD:** From 07-22-00 to 07-22-01 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employee Benefits Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE**

   **Employee Benefits Liability**
       **Coverage Form**                              **Limits of Insurance**

   Aggregate Limit                              $ 1,000,000

   Each Employee Limit                          $ 1,000,000

2. **AUDIT PERIOD:**  None

3. **FORM OF BUSINESS:** NON-PROFIT ORG.

4. **RETROACTIVE DATE:**

   This insurance does not apply to negligent acts, errors or omissions which occurred before the Retroactive Date, if any shown below.

       Retroactive Date:  07-22-00

5. **EMPLOYEE BENEFIT PROGRAMS OTHER THAN THOSE LISTED IN SECTION VII—DEFINITIONS:**

6. **DEDUCTIBLE:**

   $1000  EACH EMPLOYEE

7. **PREMIUM COMPUTATION:**

| Estimated No. of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| N/A | N/A | $   N/A | $   N/A |

8. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

CG T0 09 09 93                                              Page 1 of 1

PRODUCER: ARMFIELD HARRISON THOMAS          F9502          OFFICE: CHANTILLY/WASHDC 226

A609

TABLE OF CONTENTS

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM  CG T1 01
# CLAIMS MADE

SECTION I--COVERAGES

Beginning on Page

Employee Benefits
Liability Coverage            Insuring Agreement ........................... 1

                             Exclusions ........................ . .......... 1

Supplementary Payments ...................................................... 2

SECTION II--WHO IS AN INSURED ............................................. 2

SECTION III--LIMITS OF INSURANCE ......................................... 2

SECTION IV--DEDUCTIBLE ...................................................... 3

SECTION V--EMPLOYEE BENEFITS LIABILITY CONDITIONS ............. 3

Bankruptcy ...................................................................... 3
Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage......... 4
Duties in The Event of Act, Error or Omission.................................. 3
Legal Action Against Us ....................................................... 4
Other Insurance ................................................ . ............. 4
Premium Audit ................................................................. 4
Representations ............................................................... 4
Separation of Insureds ........................................................ 4
Transfer of Rights of Recovery Against Others To Us ........................... 4

SECTION VI--EXTENDED REPORTING  PERIODS ............................. 4

SECTION VII--DEFINITIONS .................................................... 5

CG T0 43 11 88

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

# THIS FORM PROVIDES CLAIMS MADE COVERAGE. PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II – WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION VII – DEFINITIONS.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any negligent act, error, or omission of the insured, or of any other person for whose acts the insured is legally liable. The negligent act, error, or omission must be committed in the "administration" of your "employee benefit program." No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS. This insurance does not apply to any negligent act, error, or omission which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy expires. The negligent act, error or omission must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

(1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE:

(2) We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result: and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

b. This insurance applies to any negligent act, error or omission of the insured, but only if a claim for damages because of the negligent act, error or omission is first made against any insured during the policy period.

(1) A claim by a person or organization seeking damages will be deemed to have been made when notice of such claim is received and recorded by any insured or by us, whichever comes first.

(2) All claims for damages sustained by any one employee, including the employee's dependents and beneficiaries, will be deemed to have been made at the time the first of those claims is made against any insured.

**2. Exclusions**

This insurance does not apply to:

a. Loss arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any insured;

b. "Bodily injury" or "property damage" or "personal injury";

c. Loss arising out of failure of performance of contract by any insured;

d. Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

e. Any claim or suit based upon:

(1) failure of any investment to perform as represented by any insured, or

CG T1 01 07 86

Page 1 of 6

COMMERCIAL GENERAL LIABILITY

    (2) advice given to any person to participate or not to participate in any plan included in the "employee benefit program";

  f. Loss arising out of your failure to comply with the mandatory provisions of any law concerning workers' compensation, unemployment insurance, social security or disability benefits;

  g. Loss for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Security Act of 1974, as now or hereafter amended; or

  h. Loss or damage for which benefits have accrued under the terms of an employee benefit plan to the extent that such benefits are available from funds accrued by the insured for such benefits or from collectible insurance, notwithstanding the insured's act, error or omission in administering the plan which precluded the claimant from receiving such benefits.

**3. Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

  a. All expenses we incur.

  b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

  d. All costs taxed against the insured in the "suit."

  e. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we made an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

  f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

  a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

  b. A partnership or joint venture, you are an insured.

  c. An organization other than a partnership or joint venture, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

2. Each of the following is also an insured:

  a. Each of your partners, executive officers and employees who is authorized to administer your "employee benefit program."

  b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

  a. Coverage under this provision is afforded only until the 90th day after you acquire, or form the organization or the end of the policy period, whichever is earlier.

  b. Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  a. Insureds;

  b. Claims made or "suits" brought;

  c. Persons or organizations making claims or bringing "suits."

  d. Acts, errors or omissions which result in loss; or

CG T1 01 07 86

A612

e. Plans included in your "employee benefit program";

2. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

3. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – DEDUCTIBLE

1. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in Item 6 of the Declarations as applicable to "Each Employee." The limits of insurance applicable to "Each Employee" will be reduced by the amount of this deductible. The Aggregate limit shall not be reduced by the application of such deductible amount.

2. The deductible amount stated in the Declarations applies to all damages sustained by an employee because of an act, error or omission covered by this insurance.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties in the event of an act, error or omission claim, or suit apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In the Event Of Act, Error or Omission, Claim or Suit.**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. Notice should include:

      (1) What the act, error or omission was and when it occurred.

      (2) The names and addresses of any employees who may suffer damages as a result of the act, error or omission.

      Notice of an act, error or omission is not notice of a claim.

   b. If a claim is received by any insured you must:

      (1) Immediately record the specifics of the claim and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

COMMERCIAL GENERAL LIABILITY

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary except when paragraph 4. of Section VI – Extended Reporting Periods applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

b. Method of Sharing.

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit.**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations.**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against who claim is made or "suit" is brought.

8. **Transfer of Rights of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage:**

The following conditions also apply to this Coverage Part:

All conditions relating to cancellation, nonrenewal, renewal, and reduction or deletion of coverage which would apply to a Commercial General Liability Coverage Part attached to this policy.

**SECTION VI – EXTENDED REPORTING PERIODS**

1. We will provide an automatic Extended Reporting Period as described in paragraph 3. or, if you

CG T1 01 07 86

A614

purchase it, an Extended Reporting Period Endorsement as described in paragraph 4, only if:

   **a.** This Coverage Part is cancelled or not renewed for any reason; or

   **b.** We renew or replace this Coverage Part with other insurance that has a Retroactive Date later than the one shown in this Coverage Part's Declarations.

**2.** If we provide an Extended Reporting Period, the following is added to paragraph 1.b. of INSURING AGREEMENT – SECTION I:

   **(3)** A claim first made during the Extended Reporting Period will be deemed to have been made on the last day of the policy period provided that the claim is for damages because of an act, error or omission that occurred before the end of the policy period of this policy (but not before any applicable Retroactive Date).

The Extended Reporting Period will not reinstate or increase the Limits of Insurance or extend the policy period.

**3.** The automatic Extended Reporting Period will be for 60 days, starting with the end of the policy period of this policy.

This automatic Extended Reporting Period applies only if no subsequent insurance you purchase applies to the claim, or would apply but for the exhaustion of its applicable limit of insurance.

This automatic Extended Reporting Period may not be cancelled.

**4.** If you purchase the optional Extended Reporting Period Endorsement, the Extended Reporting Period will be for one year, starting with the end of the policy period of this policy. We will issue that Endorsement if the first Named Insured shown in the Declarations:

   **a.** Makes a written request for it which we receive within 60 days after the end of the policy period; and

   **b.** Promptly pays the additional premium when due.

The Extended Reporting Period Endorsement will not take effect unless the additional premium is paid when due. If that premium is paid when due, the endorsement may not be canceled.

The Extended Reporting Period Endorsement will also amend paragraph 4.a. of SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

(Other Insurance) so that the insurance provided will be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, whose policy period begins or continues after the Endorsement takes effect.

**5.** We will determine the actual premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The exposures insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of Insurance available under this Coverage Part for future payment of damages; and

   **d.** Other related factors.

The premium for the Extended Reporting Period Endorsement will not exceed 200% of the annual premium for the Coverage Part to which the endorsement would be attached and will be fully earned when the Endorsement takes effect.

**SECTION VII – DEFINITIONS**

**1.** "Administration" means:

   **a.** Counseling employees, including their dependents and beneficiaries, with respect to the "employee benefit program";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting or terminating any employee's participation in a plan included in the "employee benefit program."

**2.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**3.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**4.** "Employee" means your officers, partners and employees whether actively employed, disabled or retired.

**5.** "Employee benefit program" means the following plans:

   **a.** Group life insurance, group accident or health insurance, "profit sharing plans," pension plans and "stock subscription plans," provided that no one other than an employee may subscribe to such insurance or plans;

COMMERCIAL GENERAL LIABILITY

b. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

c. Any other similar plan designated in the Declaration or added thereto by endorsement.

6. "Personal injury" means injury other than "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

7. "Profit sharing plans" mean only such plans that are equally available to all full time employees.

8. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

9. "Stock subscription plans" mean only such plans that are equally available to all full time employees.

10. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

Page 6 of 6

CG T1 01 07 86

A616

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT — EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This coverage part is amended as follows:

1. Under Section I—EMPLOYEE BENEFITS LIA-BILITY COVERAGE–Exclusion 2.c. is amended to read as follows:

   c. Loss arising out of failure of performance of contract by any insurer;

2. Under Section II—WHO IS AN INSURED–Item 1.b. is replaced by the following:

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to their duties as partners or members of a joint venture.

**CG T5 30 06 89**

Page 1 of 1

A617

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — IRC VIOLATIONS

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to:

a. Any taxes, fines, interest, penalties or other cost imposed under, or resulting from, any provision of the Internal Revenue Code of 1986, as amended, or any similar state or local law; or

b. Any expense, loss or damages (i) arising out of the imposition of such taxes, fines, interest, penalties or other charges or (ii) resulting from any provision of the Internal Revenue Code of 1986, as amended.

   Copyright, The Travelers Indemnity Company, 1995

A618

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSION--
# EMPLOYEE BENEFITS LIABILITY

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to loss arising out of:

1. The wrongful termination of an employee;
2. The coercion, demotion, reassignment, discipline, or harassment of an employee;
3. Discrimination against an employee.

CG T4 85 11 88                                                    Page 1 of 1

A619

One Tower Square, Hartford, Connecticut  06183



**TravelersPropertyCasualty**
A Member of Travelers Group

**CHANGE ENDORSEMENT**

Named Insured:  AMERICAN LEGACY FOUNDATION

Policy Number:  W-680-479H825-3-TIA-00
Policy Effective Date:  07-22-00
Policy Expiration Date:  07-22-01
Issue Date:  04-19-01
ADDITIONAL    Premium $        96.00

Effective from  03-27-01  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

RATES AND PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN
EXPOSURE AND/OR RATING PROCEDURE.

UNDER THE COMMERCIAL INLAND MARINE COVERAGE PART, THE LIMIT OF INSURANCE
FOR FINE ARTS COVERAGE IS CHANGED PER THE ATTACHED CM TO 06.

MISCELLANEOUS COVERAGES ARE ADDED AS FOLLOWS:
     PREM. NO.       BLDG. NO.       DESCRIPTION

      01              01          COMPUTER < 1,000,000

THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

   CM TO 18 01 98     CM TO 06 01 88    CM T8 02 07 00

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

ARMFIELD HARRISON THOMAS    F9502
20 S. KING STREET
LEESBURG                    VA  20175

_____
Authorized Representative

DATE: _____

IL TO 07 09 87  (Page 01 of 02)

Office:  CHANTILLY/WASHDC

A620

One Tower Square, Hartford, Connecticut 06183



**CHANGE ENDORSEMENT**

**Policy Number:** W-680-479H825-3-TIA-00
**Policy Effective Date:** 07-22-00
**Policy Expiration Date:** 07-22-01
**Issue Date:** 04-19-01

X

IL T0 07 09 87  (Page 02 of 02 )
Office: CHANTILLY/WASHDC
Producer Name: ARMFIELD HARRISON THOMAS

A621

One Tower Square, Hartford, Connecticut  06183        **Travelers** Property Casualty 
A Member of Travelers Group

**COMMERCIAL INLAND MARINE**          **POLICY NO.:**  W-680-479H825-3-TIA-00
**COVERAGE PART DECLARATIONS**        **ISSUE DATE:**  04-19-01

**DECLARATIONS PERIOD:**  From 07-22-00 to 07-22-01 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

### FINE ARTS COVERAGE FORM

| Item No. | Description of Property | Limit of Insurance |
|----------|------------------------|--------------------|
|          |                        | $                  |

                                                    **Total   $60,000**

   **All Other Covered Property Not Specifically Described Above**          $

   **Deductible:**  $250

2. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

   SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 06 01 88

Page 1 of 1

A622

GENERAL PURPOSE ENDORSEMENT           POLICY NUMBER:      W-680-479H825-3-TIA-00

OFFICE PAC                            ISSUE DATE: 04/19/01

BUSINESS COMPUTER
11 TECRA LAPTOPS @ $3105 EACH TOTAL $34155
5 SONY @ $3095 EACH  TOTAL $15475

CM T8 02 07 00                        PAGE 1 OF 1

A623

One Tower Square, Hartford, Connecticut 06183

**Travelers**Property Casualty
A Member of Travelers Group

RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
OFFICE PAC
**BUSINESS: OFFICE**

**POLICY NO.:** W-680-479H825-3-TIA-01
**ISSUE DATE:** 08-08-01

1. **NAMED INSURED AND MAILING ADDRESS:**

   AMERICAN LEGACY FOUNDATION
   1001 G STREET, N.W. #800

   WASHINGTON                    DC 20001

2. **POLICY PERIOD:** From 07-22-01 to 07-22-02 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | OFFICE | 1001 G STREET, N.W. SUITE 800 |
|  |  |  | WASHINGTON                    DC 20001 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | TIA |
| Commercial Inland Marine Coverage Part | TIA |

5. The COMPLETE POLICY consists of: (1) this declarations and (2) all other declarations, forms and endorsements for which symbol numbers are listed on page two of this declarations.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

   Provisional Premium                    $
   Due at Inception                       $
   Due at Each                            $   7,602.00

   NAME AND ADDRESS OF AGENT OR BROKER

   ARMFIELD HARRISON THOMAS    F9502
   20 S KING STREET
   LEESBURG                    VA 20175

CERTIFIED POLICY

The policy to which this certification is affixed is a true and accurate copy of the policy contained in our records and used in the regular course of business as of the date shown below. No representation or warranty is made that this copy is identical in all respects to the policy issued.

No insurance is afforded by this copy.

   COUNTERSIGNED BY:

   Authorized Representative

   DATE:

One Tower Square, Hartford, Connecticut 06183          **Travelers Property Casualty**
                                                        A Member of Travelers Group

COMMON POLICY DECLARATIONS                    POLICY NO.: W-680-479H825-3-TIA-01
OFFICE PAC                                    ISSUE DATE: 08-08-01

## SCHEDULE OF DECLARATIONS, FORMS AND ENDORSEMENTS

This schedule shows the numbers of declarations, forms and endorsements which form your complete policy.

```
* IL T0 25 04 90    RENEWAL CERTIFICATE
  IL T3 15 12 94    COMMON POLICY CONDITIONS
  IL T3 53 04 98    EXCLUSION-CERTAIN COMPUTER-RELATED LOSSES
  IL 00 21 04 98    NUCLEAR ENERGY LIABILITY EXCL
  IL 02 78 04 98    DC CHANGES - CANCELLATION AND NONRENEWAL
* MP T0 01 09 98    BUSINESSOWNERS COV PART DEC
  MP T1 02 01 00    BUSINESSOWNERS PROPERTY COV-SPECIAL FORM
  MP T1 05 01 00    AMENDATORY PROVISIONS - OFFICES
  MP T9 70 01 00    POWER PAC ENDORSEMENT
  CG D0 37 01 99    OTHER INSURANCE-ADDL INSDS
  CG D0 38 03 95    EXCL-IRC VIOLATIONS
  CG D0 40 01 92    ADDL INSD OWN/MGR CONVENTION CENTERS
  CG D1 42 01 99    EXCL-DISCRIMINATION
  CG D1 92 08 97    AMEND POLLUTION EXCL-BLDG HEAT EQUIP EXCPT
  CG D1 94 11 97    CHANGES-CMRL GENERAL LIABILITY COV FORM
  CG D2 34 08 00    WEB XTEND - LIABILITY
* CG T0 09 09 93    EBL COV PART DEC
  CG T0 43 11 88    TABLE OF CONTENTS-EBL COV FORM CG T1 01
  CG T1 01 07 86    EBL COV FORM
  CG T3 33 12 88    LIMITATION WHEN TWO OR MORE POLICIES APPLY
  CG T4 78 08 96    EXCL-ASBESTOS
  CG T4 85 11 88    ADDL EXCL-EBL
  CG T5 30 06 89    AMENDMENT-EBL
  CG 00 01 10 93    CMRL GENERAL LIABILITY COV FORM
  CG 00 57 09 99    AMEND INSURING AGREEMENT-KNOWN INJURY
* CG 20 11 11 85    ADDL INSD-MANAGERS OR LESSORS OF PREMISES
  CG 21 47 10 93    EMPLOYMENT-RELATED PRACTICES EXCL
  CG 22 24 11 85    EXCL-INSPECTION, APPRAISAL & SURVEY COMPANIES
  CG 22 39 10 93    EXCL-CAMPS OR CAMPGROUNDS
  GN 01 71 05 95    TRADE ASSOCIATION EXCL
  GN 01 74 05 95    EXCL OF COV - CHAPTER OR CLUB ACTIVITY
* CM T0 06 01 88    COV PART DEC FINE ARTS
* CM T0 18 01 98    COV PRT DEC BUS COMPUTER
  CM T1 05 12 92    FINE ARTS COV FORM-SPECIAL FORM
  CM T1 21 01 98    BUSINESS COMPUTER COV FORM
  CM T3 86 08 97    AMENDMENT - BREAKAGE EXCL
```

IL T0 25 04 90  (Page 2 of 03)

A625

# COMMON POLICY CONDITIONS

Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspection, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums: and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**IL T3 15 12 94**

(Rev. 2-95)

A626

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. BUSINESSOWNERS COVERAGE PART –REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial General Liability or Liquor Liability Coverage Part; or

3. Standard Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Condominium Association Coverage Form;

   e. Condominium Commercial Unit–Owners Coverage Form;

   f. Causes of Loss Basic Form;

   g. Causes of Loss Special Form; and

   h. Causes of Loss Earthquake Form.

   Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Form (Standard or Special version) in the same manner as they apply to the forms they reference.

   Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**I. INSURING COMPANIES**

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
The Travelers Indemnity Company of Illinois (TIL)
* The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)
The Travelers Insurance Company (Ins)

*Formerly known as The Travelers Indemnity Company of Rhode Island (TRI)

Secretary

President

IL T3 15 12 94
(Rev. 2-95)

A627

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE PART
> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including micro-processors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and re-lated software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, or the Commercial Inland Marine Coverage Part; or

   **2.** Under the Businessowners Coverage Part:

      **a.** In a Covered Cause of Loss under the Businessowners Property Coverage Standard Form, or in elevator collision resulting from mechanical breakdown;

      **b.** In a "Specified Cause of Loss", under the Businessowners Property Coverage Special Form, in elevator collision resulting from mechanical breakdown, or from "Theft" of Covered Property,

we will pay only for the loss ("loss") or damage caused by such Covered Cause of Loss, elevator collision, Covered Cause of Loss or "Theft".

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

Includes Material Copyrighted by
Insurance Services Office

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies Insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
    TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The Insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

**IL 00 21 04 98**          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 2

A629

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

A630

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DISTRICT OF COLUMBIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

1. You have refused or failed to pay a premium due under the terms of the policy;

2. You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

3. You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

4. The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

NONRENEWAL

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

IL 02 78 04 98          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 1

A631

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
A Member of TravelersGroup

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**

OFFICE PAC
DELUXE PLAN

POLICY NO.: W-680-479H825-3-TIA-01
ISSUE DATE: 08-08-01

**DECLARATIONS PERIOD:** From 07-22-01 to 07-22-02 12:01 A.M. Standard Time at your mailing address.

**FORM OF BUSINESS:** NON-PROFIT ORG.

**COVERAGES AND LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| BUSINESSOWNERS PROPERTY COVERAGE: | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 01 | 01 | | |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | | $ 1,443,134 | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | | $ 250 | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | | $ 546,000 | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | | INCL | | |
| Exterior Building Glass Deductible: | | $ INCL | $ | |

**BUSINESS INCOME:** Limit-Actual loss up to 12 Consecutive Months

**DEDUCTIBLE AMOUNT:** Businessowners Property Coverage: $ 1,000 Per Occurrence.

**COMMERCIAL GENERAL LIABILITY COVERAGE–**
**OCCURRENCE FORM**

| | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products–Completed Operations) Limit | $ 2,000,000 |
| Products–Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

**MORTGAGE HOLDER–BUILDING COVERAGE ONLY:**

**SPECIAL PROVISIONS:**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 09 98  (Page 1 of   1)

A632

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G – PROPERTY DEFINITIONS.

## A. COVERAGE – BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INCOME

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at the described premises. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means the portion of the building which you rent, lease or occupy and any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the type of property described in this section, A.1., and limited in A.2., Property and Costs Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

#### a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently attached:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(e) Lawn maintenance and snow removal equipment; and

(f) Alarm systems;

(5) If not covered by other insurance:

(a) Alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the building or structure.

#### b. **Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

(1) Property owned by you and used in your business;

(2) Property of others that is in your care, custody or control;

(3) Your use interest as tenant in improvements and betterments. Improvements and betterments are fix-

tures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy or lease but do not own; and

    **(b)** You acquired or made at your expense but are not permitted to remove;

    **(4)** "Money" and "Securities".

**2. Property and Costs Not Covered**

Unless the following is added by endorsement to this policy, Covered Property does not include:

**a.** Aircraft;

**b. (1)** Automobiles held for sale;

    **(2)** Vehicles or self-propelled machines that are:

      **(a)** Required to be licensed if used on public roads; or

      **(b)** Operated principally away from the described premises;

    This paragraph does not apply to:

      **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

      **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale; or

      **(c)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**c.** Bulkheads, piers, pilings, wharves or docks;

**d.** Dams and dikes;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavating, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this policy from a Covered Cause of Loss), reclaiming or restoring land or water;

**g.** Water or land whether in its natural state or otherwise (including land on which the property is located), growing crops or standing timber;

**h.** The following property while outside of buildings:

    **(1)** Bridges, walks, roadways, patios or other paved surfaces;

    **(2)** Retaining walls not part of the building described in the Declarations;

    **(3)** Fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), or lawns (including fairways, greens and tees); or

    **(4)** Outdoor radio or television antennas, (including satellite dishes) and including their lead-in wiring, masts or towers

    except as provided in the Outdoor Property Coverage Extension;

**i.** Watercraft (including motors, equipment and accessories) while afloat;

**j.** Accounts, bills, deeds, or evidences of debt;

**k.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Valuable Papers Coverage Extension;

**l.** Property that is covered under another coverage form or endorsement of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**m.** Underground pipes, flues, drains or tunnels, whether or not connected to buildings;

**n.** Collections whose value is based on antiquity or rarity; and

**o.** Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" (theft limitation applies).

**3. Business Income**

**a.** Business Income means the:

    **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred;

    **(2)** Continuing normal operating expenses incurred, including payroll;

    **(3)** Includes "Rental Value"; and

    **(4)** Includes "Maintenance Fees" if you are a condominium association.

MP T1 02 01 00

A634

b. If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will also pay for the actual loss of Business Income you sustain during the period that:

(1) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

(2) Ends on the earlier of:

(a) The date you could restore your "operations" with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage occurred; or

(b) Sixty consecutive days after the date determined in b.(1) above.

However, this extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

c. We will only pay for loss of Business Income that occurs within 12 consecutive months immediately following the date of direct physical loss or damage.

4. **Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

a. Limited in Paragraph A.5., Limitations; or

b. Excluded in Section B., Exclusions.

5. **Limitations**

a. We will not pay for loss of or damage to:

(1) The "interior of any building or structure" or to personal property in the building or structure, caused by rain, snow, sleet or ice whether driven by wind or not, unless:

(a) The building or structure first sustains actual damage to the roof or walls by wind or hail and then we will pay only for the loss

to the "interior of the building or structure" or the personal property in the building or structure that is caused by rain, snow, sleet, sand or dust entering the building(s) or structure(s) through openings in the roof or walls made by direct action of wind; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

(2) Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(3) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

b. We will not pay more than $500 in any one occurrence for loss of or damage to glass that is part of the building or structure, regardless of the number of panes, plate or similar units of glass. Subject to this $500 limit on all loss or damage, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. However, this limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

If you are a building owner and Exterior Building Glass is shown on the Declarations or a tenant who has purchased optional Exterior Building Glass, this limitation does not apply.

c. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Live animals or birds, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

  (a) Glass that is part of a building or structure;

  (b) Containers of property held for sale; or

  (c) Photographic or scientific instrument lenses.

d. For loss or damage by "theft", the most we will pay in any one occurrence for the following types of property is:

  (1) $2,500 for all furs, fur garments and garments trimmed with fur.

  (2) $5,000 for all jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

  (3) $2,500 for all patterns, dies, molds and forms.

e. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss if the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:

  (1) Vandalism;

  (2) Sprinkler Leakage, unless you have protected the system against freezing;

  (3) Building glass breakage;

  (4) Water Damage;

  (5) Theft; or

  (6) Attempted theft.

With respect to Covered Causes of Loss other than those listed in 5.e.(1) through 5.e.(6) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

f. We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

(1) 60 consecutive days from the date of direct physical loss or damage; or

(2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to repair and replace the property at the premises, and until October 1 to restore the computer data that was lost when the damage occurred.

We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

6. **Additional Coverages**

Unless otherwise stated, payments made under the following Additional Coverages will not increase the applicable Limits of Insurance.

a. **Arson and Theft Reward**

  We will pay a reward of 25% of an incurred claim up to a maximum of $5,000 for information leading to:

(1) an arson conviction in connection with a covered fire or explosion loss, or

(2) a theft conviction in connection with a covered theft loss.

This is the most we will pay for any one occurrence under this policy or any combination of policies.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

b. **Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property within the jurisdiction invoking the civil authority. Such loss or damage must be caused by or resulting from a Covered Cause of Loss.

This coverage will apply for a period of up to two consecutive weeks from the date of that action of civil authority.

c. **Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your necessary and reasonable expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable

to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

(5) Examples

The following examples assume that coverage is not written on a coinsurance basis.

Example #1

| | |
|---|---|
| Limit of Insurance | $225,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $125,000 |
| Amount of Loss Payable | $124,500 ($125,000 – $500) |
| Debris Removal Expense | $25,000 |

Debris Removal

Expense Payable          $25,000
        ($25,000 is 20% of $125,000)

The debris removal expense is less than 25% of the sum of the loss payable and the debris removal expense ($124,500 + $25,000 = $149,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

Example #2

Limit of Insurance          $225,000

Amount of Deductible          $500

Amount of Loss          $200,000

Amount of Loss Payable    $199,500
        ($200,000 – $500)

Debris Removal Expense    $75,000

Debris Removal Expense Payable

    Basic Amount          $25,500
    Additional Amount      $25,000

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows:

$200,000 ($199,500 + $500) x .25 = $50,000; capped at $25,500. The cap applies because the sum of the loss payable ($199,500) and the basic amount payable for debris removal expense ($25,500) cannot exceed the Limit of Insurance ($225,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($75,000) exceeds 25% of the loss payable plus the deductible ($75,000 is 37.5% of $200,000), and because the sum of the loss payable and debris removal expense ($199,500 + $75,000 = $274,500) would exceed the Limit of Insurance ($225,00). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal

expense in this example is $50,500; $24,500 is not covered.

**d. Employee Dishonesty**

**(1)** We will pay for loss of or damage to Business Personal Property resulting directly from "Employee Dishonesty" anywhere within the "coverage territory".

**(2)** The most we will pay for loss or damage in any one occurrence is the smallest of the following:

**(a)** The limit for Business Personal Property stated in the Declarations (If more than one building containing Business Personal Property is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

**(b)** $250,000 (if the Business Personal Property limit at any building is greater than this amount).

**(3)** Occurrence means all loss caused by or involving the same "employee(s)", whether the result of a single act or series of acts.

**(4)** We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

**(5)** We will not pay for loss resulting from the dishonest acts of any "employee":

**(a)** If coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours providing employee dishonesty coverage.

**(b)** Occurring immediately after discovery by:

    **i.** You; or

    **ii.** Any of your partners, officers or directors not in collusion with the "employee", of any fraudulent dishonest act committed by that "employee" before or after being employed by you.

(c) Occurring after the effective date stated in our written notice to you that the "employee" is no longer covered. That effective date will not be less than 15 days after the date we mail the notice.

(6) We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

(7) If, during the period of any prior Employee Dishonesty insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

(a) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(b) The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred.

(8) The insurance provided under paragraph (7) above is part of, not in addition to the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

(a) This Additional Coverage, as of its effective date; or

(b) The prior Employee Dishonesty insurance, had it remained in effect.

e.  **Expediting Expenses**

In the event of covered loss or damage, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

The most we will pay under this Additional Coverage is $10,000 in any one occurrence.

f.  **Extra Expense**

(1) We will pay the necessary and reasonable Extra Expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the "suspension" of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocating expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the "suspension" of business if you cannot continue "operations".

(c) (i) To repair or replace any property; or

**(ii)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**g. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**h. Forgery or Alteration**

**(1)** We will pay for loss anywhere in the "coverage territory" resulting directly from "Forgery" or Alteration of, on, or in any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a sum certain money, made or drawn by or drawn upon you, or made or drawn by one acting as an agent or claiming to have been so made or drawn.

**(2)** The most we will pay for loss or damage in any one occurrence, including legal defense is the smallest of the following:

**(a)** The limit for Business Personal Property stated in the Declarations (If more than one building containing Business Personal Property is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

**(b)** $250,000 (if the Business Personal Property limit at any one building is greater than this amount).

**(3)** Occurrence means all loss caused by any person or in which that person is concerned or implicated, either resulting from a single act or any number of such acts, whether the loss involves one or more instruments.

**(4)** We will pay for loss that you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(5)** We will not pay for loss resulting from any dishonest or criminal acts committed by you or any of your partners, employees, directors or trustees whether acting alone or in collusion with other persons.

**(6)** We will pay for covered loss discovered no later than one year from the end of the Policy Period.

**(7)** If, during the period of any prior Forgery or Alteration insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage provided:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(8)** The insurance provided under paragraph **(7)** above is part of, not in addition to the Limit of Insurance applying to this Additional Coverage

and is limited to the lesser of the amount recoverable under:

(a) This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

(b) The prior Forgery or Alteration insurance, had it remained in effect.

(9) If you are sued for refusing to pay any covered instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay for these legal expenses will be part of and not in addition to the Limit of Insurance.

**i. Increased Cost of Construction**

(1) This Additional Coverage applies only to buildings.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in i.(3) through i.(9) of this Additional Coverage.

(3) The ordinance or law referred to in i.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of building or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $5,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for under this Additional Coverage is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for under this Additional Coverage is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment — Building and Personal Property Property Loss Condition do not include the increased cost attributable to enforcement of an ordi-

nance or law. The amount payable under this Additional Coverage, as stated in i.(6) of this Additional Coverage, is not subject to such limitation.

**j.   Pollutant Cleanup and Removal**

We will pay your necessary and reasonable expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" which occurs:

(1) On the described premises;

(2) To Covered Property; and

(3) During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the "specified cause of loss" occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for loss at each described premises under this Additional Coverage is $10,000 in any one year commencing with policy inception.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**k.   Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

(1) Any direct physical loss or damage to this property:

   (a) While it is being moved or while temporarily stored at another location; and

   (b) Only if the loss or damage occurs within 30 days after the property is first moved; and

(2) The cost to remove and return the property from the described premises.

Coverage will end when any of the following first occurs:

(1) When the policy is amended to provide insurance at the new location;

(2) The property is returned to the original location; or

(3) This policy expires.

**l.   Temporary Relocation of Property**

If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for loss or damage to that stored property:

(1) Caused by or resulting from a Covered Cause of Loss;

(2) Up to $50,000 at each temporary location; and.

(3) During the storage period of up to 90 consecutive days but not beyond expiration of this policy;

unless the stored property is more specifically insured.

**m.   Water Damage, Other Liquids, Powder or Molten Material**

If covered loss or damage caused by or resulting from water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect to a system or appliance from which the water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

MP T1 02 01 00

A642

## 7. Coverage Extensions

Subject to the Exclusions, Conditions and Limitations of this form, you may extend this insurance as indicated below.

Unless otherwise stated, payments made under the following Coverage Extensions will not increase the applicable Limits of Insurance.

### a. Appurtenant Buildings and Structures

You may extend the insurance that applies to your Buildings and Business Personal Property at the described premises, to cover direct loss in any one occurrence by a Covered Cause of Loss to incidental appurtenant buildings or structures, within 1,000 feet, including Business Personal Property within these buildings or structures. Incidental appurtenant buildings or structures include but are not limited to storage buildings, garages, pump houses, above ground tanks, which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Buildings and 10% of the Limit of Insurance for Business Personal Property shown in the Declarations but not more than $50,000 combined Building and Business Personal Property in any one occurrence.

### b. Business Income and Extra Expense – Newly Acquired Locations

(1) Your Business Income and Extra Expense Coverage is extended to apply to property at any location you acquire by purchase or lease (other than at fairs or exhibitions).

(2) The most we will pay under this Extension for the sum of Business Income and Extra Expense incurred is $250,000 at each location.

(3) Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 60 days expire after you acquire or begin to construct the property;

(c) You report the location to us;

(d) The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for locations reported from the date you acquire the property.

### c. Business Personal Property Off Premises

(1) Your Business Personal Property insurance is extended to apply to such property while it is in course of transit to and from the described premises or temporarily away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate; or

(b) At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

(2) This Extension does not apply to property:

(a) While in the custody of the United States Postal Service;

(b) Rented or leased to others;

(c) After delivery to customers;

(d) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition; or

(e) Temporarily at a premises for more than 60 consecutive days, except "money" and "securities" at a "banking premises".

### d. Claim Data Expense

The insurance under this extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to the reasonable expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals, preparing income statements, and preparing other documentation to show the extent of loss.

The most we will pay for preparation of claim data under this Extension is $1,000. We will not pay for any expenses incurred, directed or billed by or payable to claim adjusters or their associates or subsidiaries or any costs as provided by

MP T1 02 01 00

in the Property Loss Condition – Appraisal.

e. **Exterior Building Glass**

(1) The insurance provided by this Coverage Form is extended to cover direct physical loss of or damage to glass, including glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass:

(a) If the Building described in the Declarations is insured under this policy; or

(b) If only Business Personal Property is insured and coverage for glass is shown as included in the Declarations.

This coverage applies to all glass in the exterior walls of a described building (including all lettering and ornamentation) and supercedes all limitations in this policy that apply to such exterior building glass.

(2) We will also pay for necessary expenses incurred to:

(a) Put up temporary plates or board up openings;

(b) Repair or replace encasing frames; and

(c) Remove or replace obstructions.

(3) Section **A.5.b.** Limitations and Section **B.,** Exclusions, do not apply to this Extension except for:

(a) Governmental Action;

(b) Nuclear Hazard; and

(c) War and Military Action.

(4) We will not pay for loss or damage caused by or resulting from:

(a) Wear and tear;

(b) Hidden or latent defect;

(c) Corrosion; or

(d) Rust.

f. **Money Orders and Counterfeit Paper Currency**

Your Business Personal Property is extended to apply to loss due to the good faith acceptance of:

(1) Any U.S. or Canadian post office or express money order, issued or claiming to have been issued by any post office or express company, if the money order is not paid upon presentation; or

(2) Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

g. **Newly Acquired or Constructed Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

(1) Buildings

Insurance applies to:

(a) Your new buildings or additions while being built on the described premises or newly acquired premises, including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises;

(b) Buildings you acquire at locations, other than the described premises; and

(c) Buildings you are required to insure under a written contract.

The most we will pay for loss or damage under this Extension is $250,000 at each location.

(2) Your Business Personal Property

(a) When a Limit of Insurance is shown in the Declarations for Business Personal Property, you may extend that insurance to apply to that type of property at a building you newly acquire:

(i) at a location described in the Declarations; and

(ii) at any other location you acquire by purchase of lease (other than at fairs, trade shows or exhibitions).

The most we will pay for loss or damage under this Extension is $250,000

MP T1 02 01 00

A644

in total at each newly acquired premises.

(3) Period Of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 60 days expires after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

h. **Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

i. **Outdoor Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to your outdoor property on the described premises as follows:

(1) Fences, retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs and plants (other than "stock" of trees, shrubs, or plants), bridges, walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion; or

(e) Aircraft.

(2) Radio and television antennas (including Satellite dishes) for loss or damage by the Causes of Loss listed above and:

(a) Windstorm;

(b) Hail;

(c) Falling Objects;

(d) Vehicles;

(e) Sinkhole Collapse; or

(f) Volcanic Action

The most we will pay for loss or damage under this Extension is $5,000 at each described premises, but not more than $1,000 for any antenna.

j. **Personal Property and Effects**

Your Business Personal Property insurance is extended to apply to personal property and effects (other than Business Personal Property) owned by you, your officers, your partners or members, your managers or your employees.

Such property must be located on a premises described in the Declarations.

MP T1 02 01 00

The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

**k.  Signs**

Your Building or Business Personal Property insurance is extended to cover outdoor signs attached to the building or on or within 1,000 feet of the described premises.

**l.  Spoilage – Consequential Loss**

Your Business Personal Property Insurance is extended to cover consequential loss to your business personal property caused by change in temperature or humidity. However, the change must result from a Covered Cause of Loss damaging the following types of equipment situated within the building described in the Declarations:

Refrigerating, cooling, humidifying, air-conditioning, heating, generating or converting power; and connections, supply or transmission lines and pipes associated with the above equipment.

**m.  Theft Damage to Rented Property**

Your Business Personal Property insurance is extended to cover damage by theft or attempted theft to that part of a building you occupy and which contains:

(1)  Business Personal Property; or

(2)  Equipment within the building used for maintenance or service of the building.

We will not pay for damage:

(a)  Caused by or resulting from fire or explosion; or

(b)  To glass or glass lettering.

This Extension applies only to a building where you are a tenant and are liable for such damage.

**n.  Valuable Papers and Records – Cost of Research**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

Your Business Personal Property insurance is extended to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

**B.  EXCLUSIONS**

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.  Ordinance or Law**

The enforcement of any ordinance or law:

(1)  Regulating the construction, use or repair of any property; or

(2)  Requiring the tearing down of any building, including the cost of removing its debris.

This exclusion applies whether the loss results from:

(a)  An ordinance or law that is enforced even if the property has not been damaged; or

(b)  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b.  Earth Movement**

(1)  Earthquake, including any earth sinking, rising or shifting related to such event;

(2)  Landslide, including any earth sinking, rising or shifting related to such event;

(3)  Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4)  Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b. (1)** through **b.(4)** above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion of effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

    (a) Airborne volcanic blast or airborne shock waves;

    (b) Ash, dust, or particulate matter; or

    (c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c.  Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e.  Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the cause

of the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage resulting from that Covered Cause of Loss.

**f.  War and Military Action**

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**g.  Water**

    (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    (2) Mudslide or mudflow;

    (3) (a) Water or sewage that backs up or overflows from a sewer, drain or sump.

       (b) Except for septic tanks, cesspool systems and exterior drains, this exclusion does not apply when the cause of the water back-up or sewage overflow occurs due to a blockage which originates on the described premises.

    (4) Water under the ground surface pressing on, or flowing or seeping through:

       (a) Foundations, walls, floors or paved surfaces;

       (b) Basements, whether paved or not; or

       (c) Doors, windows or other openings.

But if Water, as described in B.1.g.(1) through (4) results in fire, explosion or sprinkler leakage, we will pay for the loss

or damage caused by that fire, explosion or sprinkler leakage.

h. **Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

i. **Collapse of Buildings**

Collapse of buildings meaning an abrupt falling down or caving in of a building or substantial part of a building with the result being that the building or substantial part of a building cannot be occupied for its intended purpose.

(1) This exclusion does not apply to collapse of buildings if caused only by one or more of the following:

(a) A "specified cause of loss";

(b) Decay, insect or vermin damage that is hidden from view, unless the presence of such decay or insect or vermin damage is known to an insured prior to collapse;

(c) Weight of people or personal property;

(d) Weight of rain that collects on a roof; or

(e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation; or

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in i.(1) (a) through (d) above.

In the event collapse results in a Covered Cause of Loss, the Company will be liable only for such resulting loss or damage by that Covered Cause of Loss.

(2) We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items i.(1)(b) though i.(1)(f) above, unless the loss or damage is

a direct result of the collapse of a building:

awnings, gutters and downspouts, yard fixtures and outdoor swimming pools.

If collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(3) A building or portion of a building that:

(a) Is in imminent danger of abruptly falling down or caving in; or

(b) Suffers a substantial impairment of structural integrity;

is not considered a collapse but is considered to be in a state of imminent collapse.

(4) As respects buildings in a state of imminent collapse, the Company will not pay for loss or damage unless the state of imminent collapse first manifests itself during the policy period and is caused only by one or more of the following which occurs during the policy period:

(a) Fire; lightning; explosion; windstorm or hail; aircraft or vehicles; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;

(b) Weight of people or personal property;

(c) Weight of rain that collects on a roof; or

(d) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires unless caused by a "specified cause of loss".

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect of any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical or machinery breakdown (including rupture or bursting caused by centrifugal force). This exclusion does not apply to resultant loss or damage by fire, building glass breakage or elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching;

(d) Evaporation, loss of weight, exposure to light or change in flavor, color, texture or finish;

(e) Leakage; or

(8) Contamination.

But if an excluded cause of loss that is listed in **2.d.(1), 2.d.(2), 2.d.(3), 2.d.(4), 2.d.(5), 2.d.(7), 2.d.(8)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control unless caused by a "specified cause of loss". But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water or other liquids that occurs over a period of 14 days or more.

g. Water, other liquid, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the water supply if the heat is not maintained.

h. Dishonest or criminal acts by you, or any of your partners, "employees", directors or trustees:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees", but "theft" by "employees" is not covered except as provided under the Employee Dishonesty Additional Coverage.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense by any person who is not an "employee".

This exclusion does not apply to property in the custody of carriers for hire.

j. Rain, snow, sand, dust, ice or sleet to personal property in the open.

k. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss". But if the discharge, dis-

MP T1 02 01 00

persal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

l. Default on any credit sale, loan, or similar transaction.

m. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This exclusion does not apply to "money" and "securities".

n. Loss of property or that part of any loss, the proof of which as to its existence or amount is dependent on:

(1) Any inventory computation; or

(2) A profit and loss computation.

o. The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions. This exclusion does not apply to loss or damage from "employee dishonesty".

p. Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

3. We will not pay for loss or damage caused by or resulting from any of the following, but if an excluded cause of loss that is listed in 3.a. through 3.c. below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income and Extra Expense Exclusions**

We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and the period of extended Business Income.

b. Any other consequential loss.

C. **LIMITS OF INSURANCE**

1. Unless otherwise stated, the most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Forms, or endorsements.

2. **Inflation Guard**

a. When so indicated in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by the annual percentage shown.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, multiplied by

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), multiplied by

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

MP T1 02 01 00

A650

Example:

If:

The applicable Building limit is

$100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is
$100,000 x .08 x (146/365) =    $3,200

3. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property shown in the Declarations will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business at the location where the loss or damage occurs, on the date the loss or damage occurs.

## D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under the Exterior Building Glass Extension of Coverage in any one occurrence is the Exterior Building Glass Deductible shown in the Declarations. But this Exterior Building Glass Deductible will not increase the deductible shown in the Declarations.

3. No deductible applies to the following:

   a. Fire Department Service Charge;

   b. Business Income (including Extra Expense and Civil Authority);

c. Money Orders and Counterfeit Paper Currency;

   d. Arson and Theft Reward; or

   e. Valuable Papers.

4. If more than one deductible applies to the same loss, the most we will deduct from the loss payment is the highest deductible amount.

## E. PROPERTY LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties in the Event of Loss or Damage**

   a. You must see to it that the following are done upon the discovery of loss or damage, or a situation that may lead to loss or damage, to Covered Property:

      (1) Notify the police if a law may have been broken. This duty does not apply to loss or damage arising from Employee Dishonesty and Forgery or Alteration.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

MP T1 02 01 00

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) For loss or damage from other than Employee Dishonesty and Forgery or Alteration send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) For loss or damage resulting from Employee Dishonesty and Forgery or Alteration, give us a detailed, sworn proof of loss within 120 days of the date of discovery.

(9) Cooperate with us in the investigation and settlement of the claim.

(10) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment – Building and Personal Property**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of **4. e.** below or any applicable provision which amends or supersedes the value of Covered Property.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in **(2)** through **(13)** below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a

MP T1 02 01 00

A652

replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

   i. Until the lost or damaged property is actually repaired or replaced; and

   ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also applies:

   (i) If the conditions in (b) i. and (b) ii. above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth under 4.e.(6) below; and

   (ii) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of i., ii. or iii. subject to (d) below:

   i. The Limit of Insurance applicable to the lost or damaged property;

   ii. The cost to replace the lost or damaged property with other property:

      (iii) Of comparable material and quality; and

      (iv) Used for the same purpose; or

   iii. The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in (c) ii. above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   (d) The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

(2) If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, paragraph (1) above does not apply to the property for which Actual Cash Value is indicated.

(3) Property of others at the amount you are liable plus the cost of labor, materials or services furnished or arranged by you on personal property of others, not to exceed the replacement cost.

(4) The following property at actual cash value:

   (a) Used or second-hand merchandise held in storage or for sale;

   (b) Household furnishings;

   (c) Manuscripts;

   (d) Works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

   (e) Personal effects.

(5) Glass at the cost of replacement with safety glazing material if required by law.

(6) Tenants' Improvements and Betterments at:

   (a) Replacement cost if you make repairs promptly.

   (b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      i. Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      ii. Divide the amount determined in i. above by the number of days from the in-

stallation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing, if others pay for repairs or replacement.

(7) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(a) Blank materials for reproducing the records; and

(b) Labor to transcribe or copy the records.

(8) "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

(9) Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

(10) "Money" at its face value; and

(11) "Securities" at their value at the close of business on the day the loss is discovered.

(12) The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

(a) Distilled spirits;

(b) Wines;

(c) Rectified products; or

(d) Beer.

(13) Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

f. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

g. We may elect to defend you against suits arising from claims of owners of property. We will do so at our expense.

h. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss provided you have complied with all of the terms of this policy; and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

i. At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

5. **Loss Payment – Business Income and Extra Expense**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

    (a) Your financial records and accounting procedures;

    (b) Bills, invoices and other vouchers; and

    (c) Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

    (1) All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

        (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

        (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    (2) All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Upon resumption of your "operations", we will reduce the amount of your:

    (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**e.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss provided you have complied with all of the terms of this policy; and

    (1) We have reached agreement with you on the amount of loss; or

    (2) An appraisal award has been made.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice.

**a.** For all loss other than by Employee Dishonesty and Forgery or Alteration, you have the option to retain the recovered property. If you do retain the property you must then return to us the amount we paid to you for the property.

    (1) We will pay:

        (a) Recovery expenses; and

        (b) Costs to repair the covered property.

    (2) But, the most we will pay is the smallest of the following:

        (a) The total of (1)(a) and (b) above;

        (b) The value of the recovered property; or

        (c) The Limit of Insurance.

**b.** In all other instances, recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

    (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

    (2) Then to us, until we are reimbursed for the settlement made;

    (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**c.** Recoveries do not include any recovery:

    (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

    (2) Of original "securities" after duplicates of them have been issued.

MP T1 02 01 00

### 7. Noncumulative Limit

No Limit of Insurance cumulates from policy period to policy period.

## F. COMMERCIAL PROPERTY CONDITIONS

### 1. Concealment, Misrepresentation or Fraud

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The Covered Property;

c. Your interest in the Covered Property; or

d. A claim under this Coverage Form.

### 2. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 3. Insurance Under Two or More Coverages.

If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### 4. Legal Action Against Us

No one may bring a legal action against us under this Coverage Form unless:

a. There has been full compliance with all of the terms of this Coverage Form; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

c. For Employee Dishonesty and Forgery or Alteration losses, the following additional conditions apply:

You may not bring any legal action against us involving loss until 90 days after you have filed proof of loss with us; and unless brought within 2 years from the date you discover the loss.

### 5. Liberalization

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to

or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

### 6. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 7. Other Insurance

a. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that described in 7.a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### 8. Policy Period, Coverage Territory

Under this Coverage Form:

a. We cover loss or damage you sustain through acts committed or events occurring:

(1) During the policy period shown in the Declarations (except as provided by the provisions of the Employee Dishonesty and Forgery or Alteration Additional Coverages);

(2) Within the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

### 9. Transfer of Rights of Recovery Against Others to Us.

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent

of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property or Covered Income.

b. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.

**10. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss multiplied by the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percent for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $225,000 ($250,000 x 90%).

Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. Coinsurance does not apply to:

(1) "Money" and "securities";

(2) Additional Coverages;

(3) Coverage Extensions; or

(4) Loss or damage in any one occurrence totaling less than $2,500.

**11. Mortgageholders**

a. The term, mortgageholder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mort-

MP T1 02 01 00

gageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Form at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Form will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's rights to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay us your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. PROPERTY DEFINITIONS

1. **"Banking Premises"** means the interior of that portion of any building which is occupied by a banking institution or similar safe depository.

2. a. **"Employee(s)"** means:

(1) Any natural person:

(a) While in your service (and for 30 days after termination of service); and

(b) Whom you compensate directly by salary, wages or commissions; and

(c) Whom you have the right to direct and control while performing services for you.

(2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

(3) Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

b. But "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

3. **"Employee Dishonesty"** means only dishonest acts, committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

a. Cause you to sustain loss; and also

b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions

MP T1 02 01 00

A658

or other employee benefits earned in the normal course of employment) for:

   (1) The "employee"; or

   (2) Any person or organization intended by the "employee" to receive that benefit.

4. **"Forgery"** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose.

5. **"Interior of any building or structure"** as used in this policy means all portions of the structure that are within the exterior skin of the structure's walls and roof, including but not limited to lathe, sand paper, framing, wallboard and tarpaper.

6. **"Maintenance Fees"** means the regular payment made to you by unit-owners and used to service the common property.

7. **"Messenger"** means you, and any of your partners or any "employees" while having care and custody of the property outside the premises.

8. **"Money"** means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

9. **"Operations"** means your business activities occurring at the described premises; and if Business Income coverage for "Rental Value" applies, the tenantability of the described premises.

10. **"Period of Restoration"** means the period of time that:

   a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

     (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

     (2) The date when business is resumed at a new permanent location.

     "Period of restoration" does not include any increased period required

due to the enforcement of any law that:

   (a) Regulates the construction, use or repair, or requires the tearing down of any property; or

   (b) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

11. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste, and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead.). Waste includes materials to be recycled, reconditioned or reclaimed.

12. **"Rental Value"** means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you; and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

   c. Fair rental value of any portion of the described premises which is occupied by you.

13. **"Securities"** means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money". Lottery tickets held for sale are not securities.

14. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the ac-

tion of water on limestone or dolomite. It does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into underground man-made cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal Property in the open; or

(2) The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**15. "Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**16. "Suspension"** means:

a. The partial or complete cessation of your business activities; and

b. That a part or all of the described premises is rendered untenantable, if coverage for "Rental Value" applies.

**17. "Theft"** means any act of stealing but excluding dishonest acts by "employees" and "Forgery" or Alteration.

**18. "Vacant"** means the following:

(1) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operation.

(2) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(a) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(b) Used by the building owner to conduct customary operations.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS – OFFICES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.** The following is added to paragraph **A.1.a.(4)** of the BUSINESSOWNERS PROPERTY COVERAGE FORM:

**g.** Lobby or hallway furnishings owned by you.

**B.** The following is added to paragraph **A.2. Property and Costs Not Covered** of THE BUSINESSOWNERS PROPERTY COVERAGE FORM:

Radium

**C.** Section **A.3. Business Income** of the BUSINESSOWNERS PROPERTY COVERAGE FORM is changed to include the following Additional Coverage:

**Utility Services – Telephone Interruption/Fax or Facsimile Failure**

You may extend your Business Income coverage to apply to loss caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with telephone or other communication services, including:

**(1)** Communication transmission lines;

**(2)** Coaxial cables; and

**(3)** Microwave radio relays, except satellites.

We will pay the actual loss sustained from the initial time of communication failure at your described premises but only when the service interruption at your described premises exceeds 24 hours immediately following the direct physical loss or damage. Coverage does not apply to any reduction of income after telephone or other communication services have been restored to the described premises.

You will, as soon as practicable after any loss, utilize every available means to reduce the amount of loss. We will pay for extra expenses incurred by you to reduce the amount of loss but only to the extent they reduce loss recoverable under this Additional Coverage.

**D.** The following is added to **Business Personal Property Off Premises** paragraph **A.7. Coverage Extensions** of the BUSINESSOWNERS PROPERTY COVERAGE FORM:

**Physicians and Dentists Personal Property Away From Premises**

As respects medical, surgical, and dental equipment and instruments (including tools, materials, supplies and scientific books) owned and used by you in the medical or dental profession and, at your option, such property belonging to others and used in your profession, this insurance applies while such property is away from the described premises.

**E.** The following exclusion is added to SECTION I – COVERAGES of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM:

With respect to real estate agency and property management operations, this insurance applies only to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the ownership, operation, maintenance or use of:

**1.** Such part of any premises you use for general office purposes; and

**2.** Premises listed with you for sale or rental, if:

**a.** You do not own, operate, manage or rent the premises;

**b.** They are not in your care, custody, or control; or

**c.** You do not act as agent for the collection of rents or in any supervisory capacity.

**MP T1 05 01 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POWER PAC ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.** The BUSINESSOWNERS PROPERTY COVERAGE – SPECIAL FORM is revised as follows:

1. The limit applicable to the Additional Coverage – **Pollutant Cleanup and Removal** is increased from $10,000 to $25,000.

2. The limit applicable to the Additional Coverage – **Fire Department Service Charge** is increased from $1,000 to $10,000.

3. The following Additional Coverages are added:

   **a. Brands or Labels**

   If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

   (1) Stamp the word "Salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

   We will pay reasonable costs you incur to perform the activity described in a.(1) and a.(2) above. The most we will pay for these costs and the value of the damaged property under this Additional Coverage is $25,000.

   **b. Fire Protective Equipment Discharge**

   If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

   (1) refill or recharge the system with the extinguishing agents that were discharged; and

   (2) replace or repair faulty valves or controls which caused the discharge.

   The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

This amount is in addition to the Limits of Insurance.

**c. Lost Key Consequential Loss**

(1) We will pay for consequential loss to keys and locks if a master or grand master key is lost or damaged from a Covered Cause of Loss. We will pay for:

   (a) the actual cost of keys, and

   (b) adjustment of locks to accept new keys, or

   (c) if required, new locks including cost of their installation.

(2) Loss or damage must be caused by or result from a Covered Cause of Loss including mysterious disappearance.

(3) The most we will pay for loss or damage under this Additional Coverage is $500 at each described premises.

This amount is in addition to the Limits of Insurance.

**d. Ordinance or Law – Increased Cost of Construction or Repair**

If a Covered Cause of Loss occurs to covered Building Property insured under this policy at a described premises, we will pay the increased cost to repair, rebuild or construct the damaged building caused by enforcement of a building, zoning or land use ordinance or law which is in force at the time of loss. The repaired or rebuilt building must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of

MP T9 70 01 00

"pollutants" and asbestos whether or not such asbestos is deemed to be a "pollutant".

We will not pay for increased construction costs until the building is actually repaired or replaced, at the same or another premises.

We will not pay under this coverage for loss due to any ordinance or law which:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

The most we will pay for loss under this Additional Coverage is $25,000 in any one occurrence.

This amount is in addition to the Limits of Insurance.

e.  **Utility Services – Direct Damage**

We will pay for loss or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage to a Covered Cause of Loss to the following property not on the described premises:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Transformers; and

(d) Transmission lines, except overhead transmission lines.

The most we will pay for loss or damage under this Additional Coverage is $2,500.

4.  The following **Additional Coverages** are added when **Business Income** is included:

a.  **Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property", caused by or resulting from a Covered Cause of Loss.

"Dependent Property" means property operated by others you depend on to:

(a) Deliver materials or services (other than water, communications or power supply) to you, or to others for your account (Contributing Locations);

(b) Accept your products or services (Recipient Locations);

(c) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

(d) Attract customers to your business (Leader Locations).

(2) The Period of Restoration definition with respect to "dependent property", is replaced by the following:

"Period of Restoration" means the period of time that:

(a) Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with

MP T9 70 01 00

A663

reasonable speed and similar quality.

(3) "Period of Restoration" does not include any enforcement of any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or required the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay under this Additional Coverage is $25,000.

b. Ordinance or Law – Increased "Period of Restoration"

(1) If a Covered Cause of Loss occurs to property at the premises described in the Declarations, Business Income coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of an ordinance or law that:

(a) Regulates the construction or repair of any property; and

(b) Is in force at the time of loss.

However, coverage is not extended to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", and asbestos whether or not such asbestos is deemed to be a "pollutant".

(2) We will not pay under this coverage for loss due to any ordinance or law which:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

The most we will pay for loss under this Additional Coverage is $25,000 in any one occurrence.

c. Utility Services – Time Element

We will pay for the loss of Business Income and/or Extra Expense you sustain due to the necessary "suspension" of your "operations" during the "period of restoration" as a result of direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with services by the following utilities:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as:

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines, except overhead transmission lines.

The most we will pay is $2,500 for loss you sustain after the first 24 hours following the direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

5. The following Coverage Extensions are revised as follows:

MP T9 70 01 00

a. **Business Income and Extra Expense – Newly Acquired Locations**

The limit of $250,000 is increased to $500,000.

b. **Claim Data Expense**

The limit of $1,000 is increased to $5,000.

c. **Newly Acquired or Constructed Property**

(1) The limit for your new buildings or additions while being built on the described premises or newly acquired premises is increased from $250,000 to $500,000.

(2) The limit for newly acquired Business Personal Property is increased from $250,000 to $500,000.

d. **Outdoor Property**

The limit of $5,000 at each described premises is increased to $10,000.

e. **Valuable Papers and Records – Cost of Research** is deleted and is replaced with the following:

**Valuable Papers and Records (Other Than Accounts Receivable) – Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, (other than accounts receivables), including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Coverage Extension is $25,000 at each described premises or within 1,000 feet thereof and $5,000 while in transit or temporarily at your home or at a premise you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

6. The following **Coverage Extensions** are added:

a. **Accounts Receivable**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to your accounts receiv-

able records including those on electronic data processing media.

(1) We will pay:

(a) Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

(b) Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable.

(2) We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

(a) Bookkeeping, accounting or billing errors or omissions; or

(b) Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of a direct loss caused by lightning.

(3) We will not pay for loss or damage that requires:

(a) an audit of records;

(b) any inventory computation; or

(c) a profit or loss computation;

to prove its factual existence.

The most we will pay under this Coverage Extension in any one occurrence is $25,000 at each described premises or within 1,000 feet of the described premises and $10,000 while in transit or temporarily at your home or at a premises you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

b. **Business Computer**

(1) You may extend the insurance that applies under A.1.b., **Business Personal Property**, to loss or damage by a Covered Cause of Loss to the

MP T9 70 01 00

A665

following types of property used in your data processing operations at a location described in the Declarations:

(a) Equipment. Your electronic data processing equipment, facsimile machines, word processors, multi-functional telephone systems, laptop and portable computers; related surge protection devices; and their component parts and peripherals.

(b) Data and Media. Your data stored on disks, films, tapes or similar electronic data processing media; the media itself; computer programs and instructions; and similar property of others in your care, custody or control.

(c) Duplicate Data and Media. We will pay for loss to duplicates of covered Data and Media while stored in a separate building at least 1,000 feet from a location described in the Declarations.

(2) We will pay for accidental loss or damage to the equipment covered by this form while at a location shown in the Declarations if the accidental loss or damage is caused by a Covered Cause of Loss, including any of the following:

(a) Mechanical breakdown of covered equipment while at a location described in the Declarations. But we will not pay for loss to such equipment if caused by or resulting from any change in electrical power or other utility service, such as failure, fluctuation or interruption, if that change originates more that 1,000 feet from the building containing the equipment.

(b) Corrosion, rust, dampness, dryness, cold, heat or humidity re-

sulting directly from damage to the air conditioning or heating system that services your data processing equipment. The damage to such systems must be caused by a Covered Cause of Loss.

The most we will pay under this Coverage Extension is $10,000. This amount is in addition to the Limits of Insurance.

c. **Fine Arts**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to "Fine Arts" at the premises described in the Declarations. The most we will pay under this Extension is $10,000 in any one occurrence. The Breakage Limitation contained in Section A.5.c.(2) of the Businessowners Property Coverage Special Form does not apply to this Fine Arts Extension.

"Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

The following is added to **PROPERTY LOSS CONDITIONS – E.4.e.(4)(d)** with respect to "Fine Arts":

We will determine the value of Fine Arts as follows:

Works of art, antiques or rare articles at the lesser of:

(1) Market value at the time and place of loss;

(2) Cost of reasonably restoring that property; or

(3) Replacing that property with substantially the same property.

This amount is in addition to the Limits of Insurance.

MP T9 70 01 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph 4.b. of CONDITIONS (SECTION IV) is amended as follows:

**b.** Excess Insurance

This insurance is excess over any of the other insurance; whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk, or similar coverage for "your work";

**(2)** That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos", or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I); or

**(4)** That is valid and collectible insurance available to you if you are added as an additional insured under any other policy.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

CG D0 37 01 99                 Copyright, The Travelers Indemnity Company, 1999                 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — IRC VIOLATIONS

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to:

**a.** Any taxes, fines, interest, penalties or other cost imposed under, or resulting from, any provision of the Internal Revenue Code of 1986, as amended, or any similar state or local law; or

**b.** Any expense, loss or damages (i) arising out of the imposition of such taxes, fines, interest, penalties or other charges or (ii) resulting from any provision of the Internal Revenue Code of 1986, as amended.

**CG D0 38 03 95**          Copyright, The Travelers Indemnity Company, 1995          Page 1 of 1

A668

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED
## OWNERS OR MANAGERS OF CONVENTION CENTERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
CATASTROPHE UMBRELLA POLICY

### PROVISIONS

WHO IS AN INSURED provision is amended to include as insureds the following persons or organizations that you are contractually required to include as insureds arising out of the ownership, maintenance or use of that part of any premises leased or rented to you for holding meetings or conventions:

1. The owners including any subsidiaries or general lessees of such ownership, and if said owner or lessee is a governmental subdivision or publicly owned entity, any authority, board, commission, division, department or office forming a part of or directly related thereto;

2. Any person or organizations retained by the owner or general lessee to manage such premises; and

3. Any officers, directors, trustees or employees or any entity included in 1. or 2. above while acting within the scope of their duties as such.

This insurance does not apply to:

a. Any "occurrence" which takes place after you cease to be a tenant in that premises.

b. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization included in 1., 2. or 3. above.

4. The insurance provided by this endorsement is excess over any other collectible insurance whether primary, excess or contingent, unless such insurance is specifically written to apply in excess of this policy.

CG D0 40 01 92

Page 1 of 1

A669

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.  COVERAGE A – BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY** – is amended by adding the following additional exclusion:

(This Insurance does not apply to:)

"Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

**2.  COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** – is amended by adding the following additional exclusion:

(This insurance does not apply to:)

"Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

CG D1 42 01 99              Copyright, The Travelers Indemnity Company, 1999              Page 1 of 1

A670

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph **(1)(a)** of the **Pollution** exclusion under Paragraph **2., Exclusions of Bodily Injury And Property Damage Liability** Coverage **(Section I – Coverages)** is replaced by the following:

This insurance does not apply to:

**POLLUTION**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph **(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PROVISIONS

A. Paragraph **1.a.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  **1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

B. Paragraph **2.b.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  **2. Exclusions**

    This insurance does not apply to:

    **b.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      **(1)** That the insured would have in the absence of the contract or agreement; or

      **(2)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

        **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

        **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

C. Paragraph **1.a.** of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

  **1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance

          Copyright, Travelers Indemnity Company, 1997

applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

D. The following is added to Paragraph 2. Exclusions of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

(This insurance does not apply to:)

1. "Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2. Any loss, cost or expense arising out of any:

a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

E. SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is amended as follows:

1. The first sentence is deleted and replaced by the following:

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

2. Paragraph 4. is deleted and replaced by the following:

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

3. The following is added:

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and we agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

Copyright, Travelers Indemnity Company, 1997   **CG D1 94 11 97**

A673

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph **2.b.(2)** of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

F. WHO IS AN INSURED (Section II) is amended as follows in order to specifically include Limited Liability Companies:

1. Paragraphs **1.** and **2.a.** are deleted and replaced by the following:

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to

the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury";

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a conse-

Copyright, Travelers Indemnity Company, 1997

quence of paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury, described in paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property;

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**2.** The first sentence of paragraph **4.** is deleted and replaced by the following:

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**3.** The final paragraph is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**G.** Condition **2.** Duties In The Event Of Occurrence, Offense, Claim or Suit (Section IV – Commercial General Liability Conditions) is amended as follows:

**1.** Paragraph **c.(3)** is deleted and replaced by the following:

**c.** You and any other involved insured must:

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**2.** Paragraph **d.** is deleted and replaced by the following:

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**H.** Condition **4.** Other Insurance (Section IV – Commercial General Liability Conditions) is amended as follows:

The first two paragraphs of paragraph **b.** are deleted and replaced by the following:

**b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I – Coverages).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I.** DEFINITIONS (Section V) is amended as follows:

**1.** Definition **8.** "insured contract" is amended as follows:

**a.** Subpart **f.(2)(a)** is deleted and replaced by the following:

**(a)** Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

Copyright, Travelers Indemnity Company, 1997

CG D1 94 11 97

A675

**b.** Subpart **f.(3)** is deleted and replaced by the following:

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**2.** Definition **14.** "products-completed operations hazard" is amended as follows:

Paragraph **c.(1)** is deleted and replaced by the following:

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**3.** Definition **16.** "suit" is deleted and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

Copyright, Travelers Indemnity Company, 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND—LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION – III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

      (3) "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

   but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury", "advertising injury" or "web site injury":

      (1) Arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) "Personal injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability:

         (1) Assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement; or

         (2) That the insured would have in the absence of the contract or agreement.

      (5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

   **(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

   **(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, pollutants.

  Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**c.** "Advertising injury" arising out of:

  **(1)** Breach of contract;

  **(2)** The failure of goods, products or services to conform with advertised quality or performance;

  **(3)** The wrong description of the price of goods, products or services;

  **(4)** An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting; or

  **(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**d.** "Web site injury":

  **(1)** arising out of:

   **(a)** Breach of contract;

   **(b)** The failure of goods, products or services to conform with advertised quality or performance;

   **(c)** The wrong description of the price of goods, products or services;

   **(d)** Dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others;

   **(e)** An offense committed by any insured whose business is providing access to intellectual property of others via "your web site".

   **(f)** The hosting of an electronic chatroom or bulletin board.

  **(2)** expected or intended by any insured.

## SECTION II – WHO IS AN INSURED

The introductory sentence of paragraph 2. a. (1) Section II – Who Is An Insured is deleted and replaced by the following:

**2. a. (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph 4. c., is deleted and replaced by the following:

**4. c.** Coverage B does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

## SECTION III – LIMITS OF INSURANCE

SECTION III – Limits Of Insurance, paragraph 4, is deleted and replaced by the following:

**4.** Subject to 2. above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

## SECTION V – DEFINITIONS

### ADVERTISING INJURY

The definition of "Advertising injury"(SECTION V – DEFINITIONS) is deleted in its entirety and replaced by the following:

**1.** "Advertising injury" means injury, arising out of one or more of the following offenses:

  **a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **b.** Oral, written or electronic publication of material that violates a person's right of privacy;

  **c.** Infringement of copyright, title or slogan.

Copyright, The Travelers Indemnity Company, 2000

CG D2 34 08 00

A678

## COVERAGE TERRITORY

The definition of **"Coverage Territory", (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

a.  The United States of America (including its territories and possessions), Puerto Rico and Canada;

b.  International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c.  All parts of the world if:

    **(1)** The injury or damage arises out of:

        **(a)** Goods or products made or sold by you in the territory described in a. above;

        **(b)** The activities of a person whose home is in the territory described in a. above, but who is away for a short time on your business; or

        **(c)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

    **(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

## INSURED CONTRACT

Subparagraph f. of the definition of **"Insured Contract"** (SECTION V – DEFINITIONS) is deleted and replaced by the following:

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

## PERSONAL INJURY

The definition of "Personal injury" (SECTION V – DEFINITIONS) is deleted in its entirety and replaced by the following:

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

    False arrest, detention or imprisonment;

b.  Malicious prosecution;

c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d.  Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e.  Oral, written or electronic publication of material that violates a person's right of privacy.

## SUIT

The definition of **"Suit"** (SECTION V – DEFINITIONS) is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to which this insurance applies are alleged. "Suit" includes:

a.  An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

## WEB SITE INJURY

"Web site injury", means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

a.  Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b.  Oral, written or electronic publication of material that violates a person's right of privacy;

c.  Oral, written or electronic publication of material that violates a person's right of publicity; or

d.  Infringement of copyright, title or slogan.

## YOUR WEB SITE

"Your web site" means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

One Tower Square, Hartford, Connecticut 06183

 **Travelers**Property Casualty
A Member of Travelers Group

**EMPLOYEE BENEFITS LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NO.:** W-680-479H825-3-TIA-01
**ISSUE DATE:** 08-08-01

**DECLARATIONS PERIOD:** From 07-22-01 to 07-22-02  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employee Benefits Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE**

   Employee Benefits Liability
   Coverage Form

   Limits of Insurance

   Aggregate Limit                         $  1,000,000

   Each Employee Limit                     $  1,000,000

2. **AUDIT PERIOD:**  None

3. **FORM OF BUSINESS:** NON-PROFIT ORG.

4. **RETROACTIVE DATE:**

   This insurance does not apply to negligent acts, errors or omissions which occurred before the Retroactive Date, if any shown below.

   Retroactive Date:  07-22-00

5. **EMPLOYEE BENEFIT PROGRAMS OTHER THAN THOSE LISTED IN SECTION VII—DEFINITIONS:**

6. **DEDUCTIBLE:**

   $NONE  EACH EMPLOYEE

7. **PREMIUM COMPUTATION:**

| Estimated No. of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| N/A | N/A | $    N/A | $    N/A |

8. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

CG T0 09 09 93

Page 1 of 1

PRODUCER: ARMFIELD HARRISON THOMAS          F9502          OFFICE: CHANTILLY/WASHDC 226

A680

**TABLE OF CONTENTS**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM  CG T1 01
# CLAIMS MADE

SECTION I–COVERAGES

|  |  | Beginning on Page |
|---|---|---|
| Employee Benefits Liability Coverage | Insuring Agreement | 1 |
|  | Exclusions | 1 |
| Supplementary Payments |  | 2 |

SECTION II--WHO IS AN INSURED ............................................. 2

SECTION III--LIMITS OF INSURANCE ........................................ 2

SECTION IV--DEDUCTIBLE ...................................................... 3

SECTION V--EMPLOYEE BENEFITS LIABILITY CONDITIONS ........ 3

Bankruptcy ............................................................................... 3
Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage ........... 4
Duties in The Event of Act, Error or Omission ................................. 3
Legal Action Against Us .............................................................. 4
Other Insurance ....................................................................... 4
Premium Audit ......................................................................... 4
Representations ....................................................................... 4
Separation of Insureds .............................................................. 4
Transfer of Rights of Recovery Against Others To Us ........................ 4

SECTION VI--EXTENDED REPORTING PERIODS ............................. 4

SECTION VII--DEFINITIONS .......................................................... 5

CG T0 43 11 88

A681

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

# THIS FORM PROVIDES CLAIMS MADE COVERAGE.
# PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II – WHO IS AN IN-SURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION VII – DEFINI-TIONS.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1. Insuring Agreement**

a. We will pay those sums that the insured be-comes legally obligated to pay as damages because of any negligent act, error, or omis-sion of the insured, or of any other person for whose acts the insured is legally liable. The negligent act, error, or omission must be committed in the "administration" of your "employee benefit program." No other obliga-tion or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS. This insurance does not apply to any negli-gent act, error, or omission which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy expires. The negligent act, error or omission must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

(1) The amount we will pay for damages is limited as described in SECTION III – LIMITS OF INSURANCE:

(2) We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may re-sult: and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

b. This insurance applies to any negligent act, error or omission of the insured, but only if a claim for damages because of the negligent act, error or omission is first made against any insured during the policy period.

(1) A claim by a person or organization seeking damages will be deemed to have been made when notice of such claim is received and recorded by any insured or by us, whichever comes first.

(2) All claims for damages sustained by any one employee, including the employee's dependents and beneficiaries, will be deemed to have been made at the time the first of those claims is made against any insured.

**2. Exclusions**

This insurance does not apply to:

a. Loss arising out of any dishonest, fraudulent, criminal or malicious act or omission, com-mitted by any insured;

b. "Bodily injury" or "property damage" or "per-sonal injury";

c. Loss arising out of failure of performance of contract by any insured;

d. Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

e. Any claim or suit based upon:

(1) failure of any investment to perform as represented by any insured, or

CG T1 01 07 86

(2) advice given to any person to participate or not to participate in any plan included in the "employee benefit program";

f. Loss arising out of your failure to comply with the mandatory provisions of any law concerning workers' compensation, unemployment insurance, social security or disability benefits;

g. Loss for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Security Act of 1974, as now or hereafter amended; or

h. Loss or damage for which benefits have accrued under the terms of an employee benefit plan to the extent that such benefits are available from funds accrued by the insured for such benefits or from collectible insurance, notwithstanding the insured's act, error or omission in administering the plan which precluded the claimant from receiving such benefits.

3. **Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

d. All costs taxed against the insured in the "suit."

e. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we made an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured.

c. An organization other than a partnership or joint venture, you are an insured. Your directors and stockholders are also insureds, but only with respect to their liability as your directors or stockholders.

2. Each of the following is also an insured:

a. Each of your partners, executive officers and employees who is authorized to administer your "employee benefit program."

b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire, or form the organization or the end of the policy period, whichever is earlier;

b. Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits."

d. Acts, errors or omissions which result in loss; or

   e. Plans included in your "employee benefit pro-gram";

2. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

3. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

   The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – DEDUCTIBLE

1. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in Item 6 of the Declarations as applicable to "Each Employee." The limits of insurance applicable to "Each Employee" will be reduced by the amount of this deductible. The Aggregate limit shall not be reduced by the application of such deductible amount.

2. The deductible amount stated in the Declarations applies to all damages sustained by an employee because of an act, error or omission covered by this insurance.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties in the event of an act, error or omission claim, or suit apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In the Event Of Act, Error or Omission, Claim or Suit.**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. Notice should include:

     (1) What the act, error or omission was and when it occurred.

     (2) The names and addresses of any employees who may suffer damages as a result of the act, error or omission.

     Notice of an act, error or omission is not notice of a claim.

   b. If a claim is received by any insured you must:

     (1) Immediately record the specifics of the claim and the date received; and

     (2) Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim as soon as practicable.

   c. You and any other involved insured must:

     (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

     (2) Authorize us to obtain records and other information;

     (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

     (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary except when paragraph 4. of Section VI – Extended Reporting Periods applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

b. Method of Sharing.

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit.**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations.**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against who claim is made or "suit" is brought.

8. **Transfer of Rights of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **Cancellation, Non-renewal, Renewal and Reduction or Deletion of Coverage:**

The following conditions also apply to this Coverage Part:

All conditions relating to cancellation, non-renewal, renewal, and reduction or deletion of coverage which would apply to a Commercial General Liability Coverage Part attached to this policy.

**SECTION VI – EXTENDED REPORTING PERIODS**

1. We will provide an automatic Extended Reporting Period as described in paragraph 3. or, if you

purchase it, an Extended Reporting Period Endorsement as described in paragraph 4, only if:

  **a.** This Coverage Part is cancelled or not renewed for any reason; or

  **b.** We renew or replace this Coverage Part with other insurance that has a Retroactive Date later than the one shown in this Coverage Part's Declarations.

**2.** If we provide an Extended Reporting Period, the following is added to paragraph 1.b. of INSURING AGREEMENT – SECTION I:

  **(3)** A claim first made during the Extended Reporting Period will be deemed to have been made on the last day of the policy period provided that the claim is for damages because of an act, error or omission that occurred before the end of the policy period of this policy (but not before any applicable Retroactive Date).

The Extended Reporting Period will not reinstate or increase the Limits of Insurance or extend the policy period.

**3.** The automatic Extended Reporting Period will be for 60 days, starting with the end of the policy period of this policy.

This automatic Extended Reporting Period applies only if no subsequent insurance you purchase applies to the claim, or would apply but for the exhaustion of its applicable limit of insurance.

This automatic Extended Reporting Period may not be cancelled.

**4.** If you purchase the optional Extended Reporting Period Endorsement, the Extended Reporting Period will be for one year, starting with the end of the policy period of this policy. We will issue that Endorsement if the first Named Insured shown in the Declarations:

  **a.** Makes a written request for it which we receive within 60 days after the end of the policy period; and

  **b.** Promptly pays the additional premium when due.

The Extended Reporting Period Endorsement will not take effect unless the additional premium is paid when due. If that premium is paid when due, the endorsement may not be canceled.

The Extended Reporting Period Endorsement will also amend paragraph 4.a. of SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

(Other Insurance) so that the insurance provided will be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, whose policy period begins or continues after the Endorsement takes effect.

**5.** We will determine the actual premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. In doing so, we may take into account the following:

  **a.** The exposures insured;

  **b.** Previous types and amounts of insurance;

  **c.** Limits of Insurance available under this Coverage Part for future payment of damages; and

  **d.** Other related factors.

The premium for the Extended Reporting Period Endorsement will not exceed 200% of the annual premium for the Coverage Part to which the endorsement would be attached and will be fully earned when the Endorsement takes effect.

## SECTION VII – DEFINITIONS

**1.** "Administration" means:

  **a.** Counseling employees, including their dependents and beneficiaries, with respect to the "employee benefit program";

  **b.** Handling records in connection with the "employee benefit program"; or

  **c.** Effecting or terminating any employee's participation in a plan included in the "employee benefit program."

**2.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**3.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**4.** "Employee" means your officers, partners and employees whether actively employed, disabled or retired.

**5.** "Employee benefit program" means the following plans:

  **a.** Group life insurance, group accident or health insurance, "profit sharing plans," pension plans and "stock subscription plans," provided that no one other than an employee may subscribe to such insurance or plans;

COMMERCIAL GENERAL LIABILITY

b. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

c. Any other similar plan designated in the Declaration or added thereto by endorsement.

6. "Personal injury" means injury other than "bodily injury," arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

7. "Profit sharing plans" mean only such plans that are equally available to all full time employees.

8. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

9. "Stock subscription plans" mean only such plans that are equally available to all full time employees.

10. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

CG T1 01 07 86

A687

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## PROVISIONS

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any policy with a policy number containing the letters CUP, EX, PRS, SPS, XS or IXL.

CG T3 33 12 88

Page 1 of 1

A688

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

    Copyright, The Travelers Indemnity Company, 1996.    

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL EXCLUSION--
# EMPLOYEE BENEFITS LIABILITY

This endorsement modifies insurance provided under the following:

    EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This insurance does not apply to loss arising out of:

1. The wrongful termination of an employee;
2. The coercion, demotion, reassignment, discipline, or harassment of an employee;
3. Discrimination against an employee.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT—EBL

This endorsement modifies insurance provided under the following:

   EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

This coverage part is amended as follows:

1. Under Section I—EMPLOYEE BENEFITS LIA-BILITY COVERAGE–Exclusion 2.c. is amended to read as follows:

   c. Loss arising out of failure of performance of contract by any insurer;

2. Under Section II—WHO IS AN INSURED–Item 1.b. is replaced by the following:

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to their duties as partners or members of a joint venture.

**CG T5 30 06 89**

Page 1 of 1

A691

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a. Expected or Intended Injury

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. Contractual Liability

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

      (2) That the insured would have in the absence of the contract or agreement.

   c. Liquor Liability

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

      This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY

**d.** Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f.** Pollution

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.** Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

    Copyright, Insurance Services Office, Inc., 1992     **CG 00 01 10 93**

A693

COMMERCIAL GENERAL LIABILITY

    (b) Not being used to carry persons or property for a charge;

  (3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

  (4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

  (5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.** Mobile Equipment

"Bodily injury" or "property damage" arising out of:

  (1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

  (2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** Damage to Property

"Property damage" to:

  (1) Property you own, rent, or occupy;

  (2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

  (3) Property loaned to you;

  (4) Personal property in the care, custody or control of the insured;

  (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

  (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.** Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

**l.** Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured arising out of:

  (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

  (2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

  (1) "Your product";

  (2) "Your work"; or

  (3) "Impaired property";

    Copyright, Insurance Services Office, Inc., 1992    

COMMERCIAL GENERAL LIABILITY

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

      but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury" or "advertising injury":

      (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   b. "Advertising injury" arising out of:

      (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

      (2) The failure of goods, products or services to conform with advertised quality or performance;

      (3) The wrong description of the price of goods, products or services; or

      (4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

1. **Insuring Agreement.**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

COMMERCIAL GENERAL LIABILITY

applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions.**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

We will pay with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees," other than your "executive officers," but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

(1) "Bodily injury" or "personal injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

CG 00 01 10 93                    Copyright, Insurance Services Office, Inc., 1992                    Page 5 of 11

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

b.  Any person (other than your "employee"), or any organization while acting as your real estate manager.

c.  Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a.  "Bodily injury" to a co-"employee" of the person driving the equipment; or

b.  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4.  Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b.  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.  Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.  Insureds;

b.  Claims made or "suits" brought; or

c.  Persons or organizations making claims or bringing "suits."

2.  The General Aggregate Limit is the most we will pay for the sum of:

a.  Medical expenses under Coverage C;

b.  Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c.  Damages under Coverage B.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5.  Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a.  Damages under Coverage A; and

b.  Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

        Copyright, Insurance Services Office, Inc., 1992        CG 00 01 10 93

A697

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy.**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

Copyright, Insurance Services Office, Inc., 1992

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

Copyright, Insurance Services Office, Inc., 1992

**CG 00 01 10 93**

A699

COMMERCIAL GENERAL LIABILITY

If notice is mailed, proof of mailing will be sufficient proof of notice.

SECTION V – DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

CG 00 01 10 93                Copyright, Insurance Services Office, Inc., 1992                Page 9 of 11

A700

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

10. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance but not construction or surfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   e. Oral or written publication of material that violates a person's right of privacy.

    Copyright, Insurance Services Office, Inc., 1992    CG 00 01 10 93

A701

14. **a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

    (1) When all of the work called for in your contract has been completed.

    (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

  Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

15. "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

17. "Your product" means:

  **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    (1) You;

    (2) Others trading under your name; or

    (3) A person or organization whose business or assets you have acquired; and

  **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

18. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

19. "Your work" means:

  **a.** Work or operations performed by you or on your behalf; and

  **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT— KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

**Paragraph 1. Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:**

**1.  Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

     **(1)** The amount we will pay for damages is limited as described in Section III – Limit Of Insurance; and

     **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

     **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

     **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

     **(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive no-

tice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

     **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

     **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

     **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: W-680-479H825-3-TIA-01          ISSUE DATE: 08-08-01

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED — MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

1.  Designation of Premises (Part Leased to You):

    LOCATION 1

2.  Name of Person or Organization (Additional Insured):

    345 LIMITED PARTNERSHIP QUADRANGLE
    DEVELOPMENT CORP

    WASH.CTR 1001 G ST, N.W., SUITE 700 W.

    WASHINGTON           DC 20001

3.  Additional Premium: $ INCLUDED

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1.  Any "occurrence" which takes place after you cease to be a tenant in that premises.

2.  Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

**CG 20 11 11 85**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT—RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A—BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Bodily injury" to:
   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or
   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies

a. whether the insured may be held liable as an employer or in any other capacity; and

b. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B—PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

1. "Personal injury" to:
   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or
   b. The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies:

a. Whether the insured may be liable as an employer or in any other capacity; and

b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 10 93          Copyright, Insurance Services Offices, Inc., 1992          Page 1 of 1

A705

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION--INSPECTION, APPRAISAL AND SURVEY COMPANIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" for which the insured may be held liable because of the rendering or failure to render professional services in the performance of any claim, investigation, adjustment, engineering, inspection, appraisal, survey or audit services.

CG 22 24 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

A706

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — CAMPS OR CAMPGROUNDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to the operation of any camp or campground by you on your behalf:

A. The following exclusion is added to Paragraph 2., Exclusions of COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and Paragraph 2., Exclusions of COVERAGE B — PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

If the camp or campground owns or operates an infirmary with facilities for lodging and treatment, this insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" caused by:

1. The rendering or failure to render:

   a. Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruction, or the related furnishing of food or beverages;

   b. Any health or therapeutic service, treatment, advice or instruction;

   c. Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming; or

2. The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

3. The handling or treatment of dead bodies.

B. The following exclusion is added to Paragraph 2., Exclusions of COVERAGE C — MEDICAL PAYMENTS (Section I – Coverages):

We will not pay expenses for "bodily injury" to any camper.

        Copyright, Insurance Services Office, Inc., 1992

A707

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# TRADE ASSOCIATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any service by you or on your behalf in connection with:

1. The setting, or enforcement of or reliance upon standards for a "member's product or product of others" or the conduct of your members, or the failure to set or enforce or rely upon such standards;

2. The giving or failure to give adequate warnings or directions in connection with a "member's product or product of others";

3. Any actual or perceived licensing, certification, decertification or guarantee or warranty in connection with a "member's product or product of others" or any failure to do such;

4. The rendering or failure to render any service in connection with the preparation, approval, furnishing, printing, publishing of any education or instructional programs, designs, specification, manuals, instructions or any other materials.

The following definition applies:

"Member's product or product of others" means:

a. Any goods, products, processes, or services, other than real property, developed, manufactured, provided, sold, donated, distributed or disposed of by a member of yours or any other person or organization except you.

b. Containers, (other than vehicles), materials, parts or equipment furnished in connection with such goods or products."

"Member's product or product of others" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE — CHAPTER OR CLUB ACTIVITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any chapter or club affiliated or associated with you.

A709

One Tower Square, Hartford, Connecticut 06183

**Travelers**Property Casualty
A Member of Travelers Group

**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

POLICY NO.:  W-680-479H825-3-TIA-01
ISSUE DATE:  08-08-01

**DECLARATIONS PERIOD:** From 07-22-01 to 07-22-02 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1.  **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE:**

                         **FINE ARTS COVERAGE FORM**

| Item No. | Description of Property | Limit of Insurance |
|----------|------------------------|--------------------|
|          |                        | $                  |

                                                    **Total   $60,000**

**All Other Covered Property Not Specifically Described Above**        $

**Deductible:   $1,000**

2.  **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

    SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 06 01 88

Page 1 of 1

A710

One Tower Square, Hartford, Connecticut 06183

 TravelersPropertyCasualty
A Member of TravelersGroup

**COMMERCIAL INLAND MARINE
COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** W-680-479H825-3-TIA-01
**ISSUE DATE:** 08-08-01

DECLARATIONS PERIOD: From 07-22-01 to 07-22-02 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1. **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

### BUSINESS COMPUTER COVERAGE FORM

| Premises Location Number | Building Number |
|---|---|
| 01 | 01 |

| Equipment | Limit of Insurance |
|---|---|
| a. SPECIFICALLY DESCRIBED EQUIPMENT | |
| COMPUTER EQUIPMENT | $ 1,049,630 |
| | $ |
| | $ |
| | $ |
| | $ |
| b. ALL OTHER COVERED EQUIPMENT | $ |
| TOTAL | $ 1,049,630 |
| Data and Media (20% of Equipment Limit unless otherwise specified.) | $ |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | $ |
| Property in Transit or Away from Premises: | |
| | $ 10,000 |
| | $ |

Deductibles:

| | |
|---|---|
| Equipment, Data and Media, Business Income and Extra Expense: | $ 1,000 |
| Equipment Failure Coverages & Extension: | $ 1,000 |

2. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

A711

# FINE ARTS COVERAGE — SPECIAL FORM

various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F — DEFINI-TIONS.**

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property,** as used in this Coverage Form, means:

   a. Your fine arts; and

   b. Fine arts of others that are in your care, custody or control;

   described in the Declarations and for which a Limit of Insurance is shown.

2. **Property Not Covered**

   Covered Property does not include:

   a. Money, notes, currency, securities or stamps unless they are of a numismatic or philatelic nature;

   b. Property in transit by mail, unless sent by United States Postal Service registered mail; or

   c. Contraband or property in the course of illegal transportation or trade.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. **Coverage Extensions**

   a. **Newly Acquired Fine Arts**

      (1) We will cover other objects of fine art that you acquire during the policy period for up to:

         (a) 60 days; or

         (b) The end of the policy period;

         whichever occurs first.

      (2) The most we will pay for "loss" under this Coverage Extension is the lesser of:

         (a) 25% of the total Limit of Insurance shown in the Declarations for all individually listed and described items; or

         (b) $ 25,000

         in any one occurrence.

      (3) You must report such property within 60 days of the date acquired and pay any additional premium that is due. If you do not report that property to us coverage for it will end automatically 60 days after the date you acquire it, or at the end of the policy period, whichever occurs first.

   b. **Preservation of Property**

      If it is necessary to move Covered Property from any location described in the Declarations in order to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

      (1) While it is being moved or while temporarily stored at another location; and

      (2) Only if the "loss" occurs within 30 days after the property is first moved.

      The amount payable under this Coverage Extension is included within the Limits of Insurance applicable to the location from which the property was moved. The Limit of Insurance applicable to Property in Transit does not apply to this Coverage Extension.

   c. **Fire Protection Recharge Expense**

      We will pay your expense to replace any substance discharged from an automatic fire protection system that protects Covered Property if the discharge is caused by a Covered Cause of Loss. However,

we will not pay for any "loss" that occurs during installation, testing, or while the system is being worked upon.

The most we will pay under this Extension is $ 2,500 in any one occurrence. This limit is in addition to the Limits of Insurance. No Deductible will be applied if the "loss" is caused by fire or by smoke.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the "loss" would be covered by this Coverage Form.

   b. **Nuclear Hazard**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radioactive contamination from any other cause.

   c. **War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   d. **Ordinance or Law**

   The enforcement of any ordinance, law or regulation pertaining to the construction, use, repair or demolition of any property, including the removal of debris.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Delay, loss of market, loss of use, loss of income or any other consequential loss.

   b. Dishonest, fraudulent or criminal acts by you, any of your employees, partners, officers, directors or trustees, or anyone entrusted with the property, including their employees or authorized representatives; whether or not acting alone or in collusion with others or whether or not occurring during the hours of employment. This Exclusion does not apply to property in the custody of a carrier for hire.

   c. Breakage of art glass windows, statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property unless such "loss" is caused directly by fire, lightening, explosion, windstorm, rioters, strikers, civil commotion, earthquake, flood, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered by this Coverage Form.

   d. Unauthorized instructions to transfer property to any person or to any place.

   e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   f. Any repairing, restoring, retouching or damage to Covered Property while actually being worked upon.

   g. Faulty packing.

3. We will not pay for a "loss" caused by or resulting from any of the following, but if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the "loss."

   b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration or depreciation; insects, birds, rodents, or any other animals or pests.

**CM T1 05 12 92**

A713

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the "loss," before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. Coverage Territory

We cover property wherever located within:

**a.** The United States of America and its territories or possessions; and

**b.** Canada,

### 2. Valuation

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

**a.** In the event of a total "loss" to items of property that are individually listed and described in the Declarations, the value of each individually listed and described item will be the applicable Limit of Insurance shown in the Declarations for that item.

**b.** The value of all other Covered Property, including newly acquired property and the property of others, will be the least of the following amounts:

(1) The market value of that property;

(2) The acquisition cost of that property;

(3) The amount for which you are liable;

(4) The cost of reasonably restoring that property to its condition immediately before "loss"; or

(5) The cost of replacing that property with substantially identical property.

In the event of "loss", the value of property will be determined as of the time of "loss."

### 3. Coinsurance

All items that are covered but not individually listed and described must be insured for their total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" to these items that the Limit of Insurance shown in the Declarations for them bears to their total value as of the time of "loss."

### 4. Pair or Set

Loss Condition G. Pair, Sets or Parts in the Commercial Inland Marine Conditions is replaced by the following:

**a.** In case of a total "loss" of any items that are part of a pair or set that is individually listed and described in the Declarations, we will pay the full Limit of Insurance shown in the Declarations for that pair or set. You will surrender to us the remaining items of the pair or set.

**b.** In case of "loss" to any part of a pair or set that is not individually listed and described in the Declarations, we may:

(1) Repair or replace any part to restore the pair or set to its value before the "loss"; or

(2) Pay the difference between the value of the pair or set before and after the "loss."

### 5. Records and Inventory

You agree to maintain a detailed and accurate inventory of all insured property including that which is located at your premises, the premises of others, on loan or exhibition, in transit and that which is the property of others in your care, custody or control, and to make those records and inventory available to us at any reasonable time which we may request. You also agree to retain these records for 3 years after the end of the policy period.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

CM T1 05 12 92

COMMERCIAL INLAND MARINE

# BUSINESS COMPUTER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words, "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F – DEFINITIONS.

## A. COVERAGE

1. We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

    a. **Covered Property**, as used in this Coverage Form, means the following types of property used in your data processing operations at a location described in the Declarations:

        (1) **Equipment.** Your electronic data processing equipment, facsimile machines, word processors, multi-functional telephone systems, laptop and portable computers; related surge protection devices; and their component parts and peripherals;

        (2) **Data and Media.** Your data stored on disks, films, tapes or similar electronic data processing media; the media itself; computer programs and instructions; and

        (3) **Similar property of others** in your care, custody or control.

    Unless otherwise specified in the Declarations, the Limit of Insurance applicable to Data and Media combined at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for Equipment at that location.

    b. **Property Not Covered**

    **Covered Property** does not include:

        (1) Property while leased or rented to others while that property is not at your location described in the Declarations;

        (2) Any data or media which cannot be replaced with other data or media of the same kind and quality;

        (3) Any documents or records not converted to data processing media, ex-

cept as provided in the Coverage Extensions;

        (4) Any data or media that is obsolete or unused by you.

2. **Business Income and Extra Expense**

    We will pay the amount by which your Business Income is actually reduced during the "period of restoration" if you must close all or any part of your business due to "loss" to Covered Property from a Covered Cause of Loss.

    Business Income means your net income that would have been earned had no "loss" occurred and normal payroll and expenses which are necessary for you to operate your business after "loss".

    We will also pay your Extra Expense to continue your normal data processing operations. Such Extra Expense must be due to direct physical "loss" to any building or any personal property at a location described in the Declarations or at newly acquired locations; caused by or resulting from a Covered Cause of Loss.

    Extra Expense means necessary expenses you incur that you would not have incurred if there had been no "loss" to that property. But we will pay these expenses only for the period of time it reasonably takes you to restore your normal data processing operations.

    Unless otherwise stated in the Declarations, the Limit of Insurance applicable to Business Income and Extra Expense at each location is equal to 20 percent of the total Limit of Insurance shown in the Declarations for equipment at that location.

3. **Property in Transit or Away From Premises**

    We will pay for "loss" to Covered Property while in transit or while away from a location described in the Declarations and in the care, custody or control of you, your officers, employees or salespersons, from any of the Cov-

**CM T1 21 01 98**

ered Causes of Loss. We will pay up to $25,000 in any one occurrence unless otherwise specified in the Declarations.

**4. Covered Causes of Loss**

Covered Causes of Loss means RISKS of DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

**5. Coverage Extensions**

**a. "Valuable Papers and Records" (Except Accounts Receivable)**

We will pay for "loss" from a Covered Cause of Loss, to your "valuable papers and records" while at a location described in the Declarations. The most we will pay for such "loss" is $5,000 in any one occurrence.

The amount payable under this Coverage Extention is in addition to the Limits of Insurance.

**b. Civil Authority**

We will pay for the actual and necessary Extra Expense you incur caused by action of civil authority that prohibits access to a location described in the Declarations, but we will only pay:

(1) When such access is prohibited due to direct physical "loss" to property adjacent to that location caused by or resulting from a Covered Cause of Loss; and

(2) For a period up to two consecutive weeks from the date of that action.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to Extra Expense at the location where the "loss" occurs.

**c. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property from any location described in the Declarations caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

(2) The most we will pay under this Coverage Extension is 25% of:

(a) The amount we pay for the direct physical "loss" to Covered Property; plus

(b) The Deductible in this policy applicable to that "loss".

(3) Payment for Debris Removal is included within the Limits of Insurance shown in the Declarations for Equipment and Data and Media at that location. When the sum of "loss" to Covered Property and the expense for removal of its debris exceeds those limits, or the debris removal expense exceeds the 25% limitation in (2) above, we will pay an additional amount for debris removal expense up to $25,000 in any one occurrence.

(4) This Coverage Extension does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

**d. Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at any location described in the Declarations, if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs to Covered Property:

(1) At a location described in the Declarations; and

(2) During the policy period.

The expenses will be paid only if reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical "loss"; or

(b) The end of the policy period.

The most we will pay for each described location under this Coverage Extension is $25,000 in any one year commencing with policy inception.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

CM T1 21 01 98

A716

**e. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to "loss"; or

**(2)** Required by local ordinance.

The limit for this Coverage Extension is in addition to the Limits of Insurance.

No Deductible applies to this Coverage Extension.

**f. Newly Acquired Location or Equipment**

**(1) Newly Acquired Location**

If you move covered equipment to any location you acquire by purchase or lease during the policy period, we will cover that equipment at your new location for up to $100,000.

We will also cover Data and Media while at that location you acquire for up to $20,000 and Extra Expense at that location for up to $20,000.

**(2) Newly Acquired Equipment**

If during the policy period you acquire equipment of the type covered by this Coverage Form, we will cover that equipment at any location described in the Declarations. We will cover that equipment for up to $100,000.

**(3) Property in Transit**

While the property covered by this Newly Acquired Location or Equipment Coverage Extension is in transit, the most we will pay for "loss" is the Limit of Insurance shown in the Declarations for Property in Transit Or Away From Premises.

**(4)** **This Newly Acquired Location or Equipment** Coverage Extension will end when any of the following first occurs:

**(a)** 90 days after you acquire the new location or equipment;

**(b)** You report the new location or equipment to us;

**(c)** When other specific insurance applies; or

**(d)** This Coverage Form expires.

**(5)** You will:

**(a)** Report to us the movement of property to a newly acquired location or any new equipment you acquire within 90 days from the date acquired; and

**(b)** Pay any additional premium due from the date the equipment is moved to the new location or the date you acquire the equipment.

**(6)** The limits for this Newly Acquired Location or Equipment Coverage Extension are in addition to the Limits of Insurance shown in the Declarations, except as provided in paragraph (3) Property in Transit, above.

**g. Preservation of Property**

If it is necessary to move Covered Property from any location described in the Declarations to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the "loss" occurs within 30 days after the property is first moved.

The limit for this Coverage Extension is included within the Limit of Insurance applicable to the location from which the property is moved.

**h. Property at a Temporary Location**

We will pay up to $50,000 for "loss" to Covered Property while temporarily at a location you do not own, lease or regularly occupy, but you use for purposes other than storage. We will cover property at that location for a period not to exceed 90 days.

The Limit for this Coverage Extension is included within the applicable Limits of Insurance shown in the Declarations.

**i. Duplicate Data and Media**

We will pay for "loss" to duplicates of covered Data and Media while stored in a

separate building at least 100 feet from a location described in the Declarations. The most we will pay under this Coverage Extension is $50,000 in any one occurrence. The limit for this Coverage Extension is included in the Limits of Insurance shown in the Declarations for Data and Media.

j. **Fire Protection Recharge Expense**

We will also pay your expense to replace any substance discharged from an automatic fire protection system that protects Covered Property caused by or resulting from a Covered Cause of Loss. The most we will pay in any one occurrence is $2,500. The limit for this Coverage Extension is in addition to the Limits of Insurance shown in the Declarations. No Deductible applies to a "loss" covered by this Coverage Extension if that "loss" is caused by fire or smoke.

k. **"Computer Virus" Extraction Expense**

If a "computer virus" is discovered in Covered Property during the policy period, due to a "loss" covered by this form, we will pay for the Extra Expense you incur to extract that virus from Covered Property up to the Limit of Insurance shown in the Declarations for Extra Expense at the location where the "loss" occurs. When your expense exceeds that limit, we will pay up to an additional $5,000 of Extra Expense to extract the virus from Covered Property at that location.

l. **Equipment Failure Coverages**

We will pay for "loss" to the equipment covered by this form while at a location shown in the Declarations if the "loss" is caused by any of the following:

(1) **Mechanical breakdown** of covered equipment while at a location described in the Declarations. But we will not pay for "loss" to such equipment if caused by or resulting from any change in electrical power or other utility service, such as failure, fluctuation or interruption, if that change originates more than 1000 feet from the building containing the equipment;

(2) **Corrosion, rust, dampness, dryness, cold, heat or humidity** resulting directly from damage to the air conditioning or heating system that services your data processing equipment. The damage to such systems must be caused by a Covered Cause of Loss.

(3) **Faulty work** upon or service of covered equipment wherever located within the Coverage Territory.

A separate Deductible, shown in the Declarations, applies to any "loss" covered by this Extension. The limits for this Extension are included in the Limits of Insurance shown in the Declarations for equipment at the location where the "loss" occurs.

B. **EXCLUSIONS**

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a. **Earth Movement**

(1) Any earth movement such as an earthquake, mine subsidence, landslide, or earth sinking, rising or shifting.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

(2) Volcanic eruption, explosion or effusion.

But we will pay for direct "loss" caused by resulting fire or volcanic action, if these causes of "loss" would be covered under this Coverage Form.

Volcanic action means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

CM T1 21 01 98

A718

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the Covered Property.

This exclusion does not apply to property in transit.

b. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

c. **Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

d. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

e. **Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray; all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain;

(4) Water that seeps, leaks or flows below the surface of the ground; or

(5) Any release of water impounded by a dam.

But we will pay for direct "loss" caused by resulting fire, explosion or theft, if these causes of "loss" would be covered under this Coverage Form.

This exclusion does not apply to property in transit.

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Delay, loss of market, loss of income or any other consequential loss, except as may be covered under A.2., Business Income and Extra Expense, of this Coverage Form.

b. Dishonest, fraudulent or criminal acts by you, your partners, officers, directors or trustees, or anyone entrusted with the property, including their employees or authorized representatives; whether or not acting alone or in collusion with others.

This exclusion does not apply to acts by:

(1) Your employees except any employee who is also a partner, officer, director or trustee; or

(2) Carriers for hire.

c. Programming errors or incorrect instructions to the machine.

d. Release, discharge or dispersal of "pollutants".

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, smoke, aircraft or objects falling from aircraft, riot or civil commotion, vandalism or leakage from fire extinguishing equipment.

e. Unexplained disappearance.

This exclusion does not apply to property in the custody of a carrier for hire.

f. Corrosion, rust, dampness, dryness, cold, heat or humidity, except as provided in the Coverage Extension-Equipment Failure Coverages.

g. Any cause of loss to property you lease or rent from others for which you are not responsible under the terms of any lease or rental agreement.

h. Unauthorized instructions to transfer property to any person or to any place.

3. We will not pay for a "loss" caused by or resulting from any of the following, but if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a. Faulty, inadequate or defective:

(1) Design, specifications, workmanship, repair, manufacturing;

(3) Materials used in repair, construction, or manufacturing; or

(4) Maintenance;

of part or all of any property wherever located, except as provided in the Coverage Extensions under Equipment Failure Coverages.

b. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration or depreciation.

c. Failure, fluctuation or interruption of electrical power or any other utility service supplied to a described location, however caused, if the failure, fluctuation or interruption originates more than 1000 feet from the building containing the property to which the "loss" occurs.

4. We will not pay any Extra Expense caused by or resulting from any of the following:

a. Enforcement of any ordinance or law regulating the construction, use or repair of the property; or

b. Interference at your location by strikers or others persons with:

(1) Repairing or replacing the property; or

(2) Resuming or continuing your data processing operations.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as provided in the Coverage Extensions.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the "loss", before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then

pay the amount of the "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. **Coverage Territory**

We cover property wherever located within:

a. The United States of America and its territories or possessions;

b. Puerto Rico; and

c. Canada,

d. We cover "laptop and portable computerized equipment" while located anywhere in the world.

2. **Valuation**

General Condition E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

a. **Your Equipment.** The value of equipment you own will be its replacement cost (without deduction for depreciation).

We will not pay more for any "loss" on a replacement cost basis than the lesser of:

(1) The amount it would cost to replace the equipment at the time of "loss" with new equipment of equal performance, capacity or function and for the same use at the same location; or

(2) The amount you actually spend in repairing or replacing the equipment with new equipment of equal performance, capacity or function.

We will only pay for "loss" on a replacement cost basis if you repair or replace the equipment as soon as reasonably possible after the "loss".

If you do not repair or replace the equipment, we will not pay more than the actual cash value of that equipment.

b. **Your Data and Media.** The value will be the actual cost of reproducing the data and the cost of the media.

When the data is not reproduced, we will not pay more than the cost of blank discs, films, tapes or similar electronic data

processing media, of the same kind and quality.

c. **Property of Others.** The value of the property of others in your care, custody or control will be the lesser of:

    **(1)** The amount for which you are liable; or

    **(2)** The replacement cost of that property.

d. **"Valuable Papers and Records"** The value will be the actual cost to research, reproduce, replace or restore the papers and records.

In the event of "loss", the value of property will be determined as of the time of "loss".

e. **Specifically Described Equipment**

    When any covered equipment is individually listed or described in the Declarations, its value will be the applicable Limit of Insurance shown in the Declarations for that equipment. This applies only in the event of a total "loss" to such equipment.

**4. Recoveries**

The following is added to Commercial Inland Marine Loss Condition I. Recoveries.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your "loss" will be readjusted based on the amount you received for the property recovered, with allowance for recovery expenses incurred.

## F. DEFINITIONS

**1. "Laptop and Portable Computerized Equipment"** are "hardware" devices that can easily be carried by one person and that have been specifically designed by the manufacturer to be regularly transported without incurring damage under normal circumstances. **"Hardware"** means machines which can accept data and process it. But it does not include **"Software"** meaning, data if it is in a format that can be read directly by your "hardware"; instructional material for computer programs; data storage media of all types, provided they are not an integral part of the "hardware".

**2. "Loss"** means accidental loss or damage.

**3. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including

smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**4. "Computer Virus"** means intrusive codes or programming that are entered into your computer system and interrupt your data processing operation or cause "loss" to Covered Property.

**5. "Valuable Papers and Records"** means your inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

But, "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the material is recorded, or accounts receivable.

**6. "Money"** means:

a. Currency, coins and bank notes whether or not in current use; and

b. Travelers checks, register checks and money orders held for sale to the public.

**7. "Period of Restoration"** means the period of time that:

a. Begins with the date of "loss" caused by or resulting from any Covered Cause of Loss to Covered Property; and

b. Ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

a. Regulates the construction, use or repair, or requires the tearing down of any property; or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of the policy to which this Coverage Form is attached will not cut short the "period of restoration".

8. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps whether or not in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue; but does not include "money".

CM T1 21 01 98

A722

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – BREAKAGE EXCLUSION

This endorsement modifies insurance provided under the following:

FINE ARTS COVERAGE FORM

Under B., EXCLUSIONS, item 2.c. is deleted.

GENERAL PURPOSE ENDORSEMENT          POLICY NUMBER:     W-680-479H825-3-TIA-01

OFFICE PAC                           ISSUE DATE: 08/08/01

BUSINESS COMPUTER
11 TECRA LAPTOPS @ $3105 EACH TOTAL $34155
5 SONY @ $3095 EACH  TOTAL $15475

CM T8 02 07 01                       PAGE 1 OF 1

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss," either may make written demand for an appraisal of the "loss." In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the "loss." Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the "loss" occurred.

4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent.

6. Permit us to inspect the property and records proving "loss."

7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Promptly send us any legal papers or notices received concerning the "loss."

10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss," we will not pay more than the actual amount of the "loss."

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1. We reach agreement with you;

2. The entry of final judgment; or

3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will

pay the excess whether you can collect on the other insurance or not.

## PAIR, SETS OR PARTS

1. Pair or Set. In case of "loss" to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the "loss"; or

   b. Pay the difference between the value of the pair or set before and after the "loss."

2. Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. PRIVILEGE TO ADJUST WITH OWNER

In the event of "loss" involving property of others in your care, custody or control, we have the right to:

1. Settle the "loss" with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

## I. RECOVERIES

Any recovery or salvage on a "loss" will accrue entirely to our benefit until the sum paid by us has been made up.

## J. REINSTATEMENT OF LIMIT AFTER LOSS

The Limit of Insurance will not be reduced by the payment of any claim, except for total "loss" of a scheduled item, in which event we will refund the unearned premium on that item.

## K. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our pay-

ment. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

## GENERAL CONDITIONS

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property; or

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the "loss."

### C. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

### D. POLICY PERIOD

We cover "loss" commencing during the policy period shown in the Declarations.

### E. VALUATION

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before "loss"; or

3. The cost of replacing that property with substantially identical property.

In the event of "loss," the value of property will be determined as of the time of "loss."

    Copyright, Insurance Services Office, Inc., 1994    CM 00 01 06 95

A726

One Tower Square, Hartford, Connecticut 06183

**TravelersPropertyCasualty**
*A Member of TravelersGroup*

**CHANGE ENDORSEMENT**

**Named Insured:**   AMERICAN LEGACY FOUNDATION

**Policy Number:**   W-680-479H8253-TIA-01
**Policy Effective Date:**   07-22-01
**Policy Expiration Date:**   07-22-02
**Issue Date:**   12-19-01
**ADDITIONAL   Premium $**   125.00

Effective from  01-01-02  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

RATES AND PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN
EXPOSURE AND/OR RATING PROCEDURE.

UNDER THE COMMON POLICY DECLARATIONS, ITEM 3. LOCATIONS; ADD THE
FOLLOWING.   PROPERTY COVERAGE LIMITS OF INSURANCE ARE ADDED AS ATTACHED.

| PREM NO. | BLDG NO. | OCCUPANCY | ADDRESS | | |
|------|------|-----------|---------|--|--|
| 02 | 01 | OFFICE | 3100 DUNDEE ROAD, SUITE 702 | | |
| | | | NORTHBROOK | IL | 60062 |

LIMIT(S) OF INSURANCE ARE AS FOLLOWS:
PREM  BLDG  COVERAGE

| NO. | NO. | | | |
|-----|-----|-----------|----|-----|
| 02 | 01 | BUILDING | $ | NONE |
| 02 | 01 | BUSINESS PERSONAL PROPERTY | $ | 500 |

UNDER THE COMMERCIAL INLAND MARINE COVERAGE PART, BUSINESS COMPUTER
COVERAGE IS ADDED FOR THE FOLLOWING:
     PREM. NO.          BLDG. NO.

          02                01

NAME AND ADDRESS OF AGENT OR BROKER          Countersigned by

ARMFIELD HARRISON THOMAS   F9502
20 S KING STREET                         _____
LEESBURG                    VA   20175         Authorized Representative

                                         DATE: _____

IL T0 07 09 87  (Page 01 of 02)                    Office:  CHANTILLY/WASHDC

A727

One Tower Square, Hartford, Connecticut 06183



**CHANGE ENDORSEMENT**

Policy Number: W-680-479H8253-TIA-01
Policy Effective Date: 07-22-01
Policy Expiration Date: 07-22-02
Issue Date: 12-19-01

THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

| | | | |
|---|---|---|---|
| CM T0 18 01 98 | IL 02 84 10 00 | IL 01 18 03 99 | CG 02 00 04 87 |
| CG F2 11 01 01 | GN 00 70 11 88 | CM 02 04 04 87 | CM 01 28 03 99 |

**IL T0 07 09 87** (Page 02 of 02 )
Office: CHANTILLY/WASHDC
Producer Name: ARMFIELD HARRISON THOMAS

A728

**POLICY NO.: W-680-479H8253-TIA-01**          **ISSUE DATE: 12-19-01**

For the location(s) listed on the Change Endorsement BUSINESSOWNERS PROPERTY COVERAGE is added as follows:

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 02 | 01 | | |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | 500 | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

A729

**POLICY NUMBER:** W-680-479H8253-TIA-01

**EFFECTIVE DATE:** 07-22-01

**ISSUE DATE:** 12-19-01

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL TO 07 09 87    CHANGE ENDORSEMENT
IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL GENERAL LIABILITY

```
GN 00 70 11 88    ILLINOIS EXCL-LIQUOR LEGAL LIABILITY
CG F2 11 01 01    ILLINOIS CHANGES - INSURED CONTRACT
CG 02 00 04 87    IL CHANGES -CANCELLATION AND NONRENEWAL
```

INLAND MARINE

```
CM TO 18 01 98    COMMERCIAL INLAND MARINE COV PART DECS
CM 01 28 03 99    ILLINOIS CHANGES - INTENTIONAL ACTS
CM 02 04 04 87    ILLINOIS CHANGES
```

INTERLINE ENDORSEMENTS

```
IL 01 18 03 99    ILLINOIS CHANGES
IL 02 84 10 00    IL CHANGES-CANCELLATION AND NONRENEWAL
```

IL T8 01 01 01

PAGE:    1 OF    1

A730

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS EXCLUSION — LIQUOR LEGAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.**

This insurance does not apply to:

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages; or if you are an owner or lessor of premises used for such purposes.

GN 00 70 11 88          Copyright, The Travelers Indemnity Company.          Page 1 of 1

A731

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – INSURED CONTRACT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL GENERAL LIABILITY – CONTRACTORS COVERAGE PART

The following is added to COMMERCIAL GENERAL LIABILITY DEFINITIONS (Section V):

Definition 8., "Insured contract" is amended to add the following:

"Insured contract" does not include your liability to a third party by reason of a Claim or suit against you by that third party for contribution under the Illinois Joint Tortfeasor Contribution Act for damages claimed against such third party as a result of injury to your employee if you have that liability because you have waived, in a contract, your right to limit such liability to the amount of the workers compensation benefits paid for that injured employee under the Illinois Workers Compensation Act.

A732

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES-CANCELLATION AND NONRENEWAL

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than non-payment of premium, we will mail the notice at least;

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supercedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reason for non-renewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date, if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

C. Mailing of Notices

   We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG 02 00 04 87          Copyright, Insurance Services Office, Inc., 1987          Page 1 of 1

One Tower Square, Hartford, Connecticut  06183



**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:**  W-680-479H8253-TIA-01
**ISSUE DATE:** 12-19-01

DECLARATIONS PERIOD: From 07-22-01 to  07-22-02  12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1.  **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

**BUSINESS COMPUTER COVERAGE FORM**

| Premises Location Number | Building Number |
|---|---|
| 01 | 01 |

| Equipment | Limit of Insurance |
|---|---|
| a. SPECIFICALLY DESCRIBED EQUIPMENT | |
| COMPUTER EQUIPMENT | $ 1,049,630 |
| | $ |
| | $ |
| | $ |
| | $ |
| b. ALL OTHER COVERED EQUIPMENT | $ |
| TOTAL | $ 1,049,630 |
| Data and Media (20% of Equipment Limit unless otherwise specified.) | $ |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | $ |
| Property in Transit or Away from Premises: | |
| | $ 10,000 |
| | $ |

Deductibles:

| | |
|---|---|
| Equipment, Data and Media, Business Income and Extra Expense: | $ 1,000 |
| Equipment Failure Coverages & Extension: | $ 1,000 |

2.  **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

A734

One Tower Square, Hartford, Connecticut 06183



**COMMERCIAL INLAND MARINE**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** W-680-479H8253-TIA-01
**ISSUE DATE:** 12-19-01

DECLARATIONS PERIOD: From 07-22-01 to 07-22-02 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

**1. COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

**BUSINESS COMPUTER COVERAGE FORM**

| Premises Location Number | Building Number |
|---|---|
| 02 | 01 |

| Equipment | | Limit of Insurance |
|---|---|---|
| **a.** SPECIFICALLY DESCRIBED EQUIPMENT | | |
| COMPUTER EQUIPMENT (SERVERS) | | $ 30000 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| **b.** ALL OTHER COVERED EQUIPMENT | | $ |
| | TOTAL | $ 30000 |
| Data and Media (20% of Equipment Limit unless otherwise specified.) | | $ 6000 |
| Business Income and Extra Expense (20% of Equipment Limit unless otherwise specified.) | | $ 6000 |
| Property in Transit or Away from Premises: | | |
| | | $ |
| | | $ |

Deductibles:

| | | |
|---|---|---|
| Equipment, Data and Media, Business Income and Extra Expense: | $ | 250 |
| Equipment Failure Coverages & Extension: | $ | 1000 |

**2. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:**

SEE FORMS, SCHEDULES AND ENDORSEMENTS ON COMMON POLICY DECLARATIONS OR OTHER FORMS LISTING.

CM T0 18 01 98

A735

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

A. We will not pay for loss or damage arising out of any act committed:

    **1.** By or at the direction of any insured; and

    **2.** With the intent to cause a loss.

B. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    **1.** The loss arose out of a pattern of criminal domestic violence; and

    **2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

C. If we pay a claim pursuant to Paragraph **B.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

CM 01 28 03 99                    Copyright, Insurance Services Office, Inc., 1998                    Page 1 of 1

A736

COMMERCIAL INLAND MARINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

C. **Mailing of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last ad-

    Copyright, Insurance Services Office, Inc.,1984,1986,1987

COMMERCIAL INLAND MARINE

dresses known to us. Proof of mailing will be sufficient proof of notice.

D. Commercial Inland Marine General Condition B. **LEGAL ACTION AGAINST US** is replaced by the following:

    **B. LEGAL ACTION AGAINST US**

      No one may bring a legal action against us:

1. Until there has been full compliance with all terms of this Coverage Part; and

2. More than 2 years after you first have knowledge of a "loss". But we will extend this 2 year period by the number of days between the date proof of "loss" is filed and the date the claim is denied in whole or in part.

 Copyright, Insurance Services Office, Inc.,1984,1986,1987   CM 02 04 04 87

A738

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

A. When this endorsement is attached to Standard Property Policy CP 00 99 the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

B. The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

C. If this policy covers:

1. The following in a. and b., then Paragraphs 2. and 3. apply:

    a. Real property used principally for residential purposes up to and including a four family dwelling; or

    b. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

    a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

    b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

        (1) You demanded the appraisal ; and

        (2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

    **CONCEALMENT, MISREPRESENTATION OR FRAUD**

    a. This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in written application for this policy and:

        (1) Was made with actual intent to deceive; or

        (2) Materially affected either our decision to provide this insurance or the hazard we assumed.

    However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

    b. This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

        (1) This Coverage Part or Coverage Form;

        (2) The Covered Property;

        (3) Your interest in the Covered Property; or

        (4) A claim under this Coverage Part or Coverage Form.

    c. Notwithstanding the limitations stated in 3.a. above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

D. For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Para-

graph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   **a.** The loss arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intenational Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form

and Livestock Coverage Form is replaced by the following:

1. We will not pay loss ("loss") or damage arising out of any act committed:

   **a.** By or at the direction of any "insured"; and

   **b.** With the intent to cause a loss ("loss").

2. This exclusion, however, will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

   **a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1999

IL 01 18 03 99

A740

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART

A. The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **Real Property Other Than Residential Properties Occupied By 4 Families Or Less:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

IL 02 84 10 00     Copyright, Insurance Services Office, Inc., 1999     Page 1 of 2

A741

a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

   (1) Seasonal unoccupancy; or

   (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

   (1) An outstanding order to vacate;

   (2) An outstanding demolition order; or

   (3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

10. **Residential Properties Occupied By 4 Families Or Less:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

11. For insurance provided under the Commercial Property Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

   a. The broker, if known to us, or the agent of record; and

   b. The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

   This paragraph does not apply if we have manifested our willingness to renew directly to you.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

   If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

   a. The policy was obtained by misrepresentation or fraud;

   b. The risk originally accepted has measurably increased; or

   c. You received 60 days' notice of our intent not to renew as provided in 1. above.

    Copyright, Insurance Services Office, Inc., 1999    **IL 02 84 10 00**

A742

One Tower Square, Hartford, Connecticut 06183

**Travelers**PropertyCasualty
A Member of TravelersGroup

**CHANGE ENDORSEMENT**

Named Insured:   AMERICAN LEGACY FOUNDATION

Policy Number:   W-680-479H8253-TIA-01
Policy Effective Date:   07-22-01
Policy Expiration Date:   07-22-02
Issue Date:   03-04-02
ADDITIONAL   Premium $   173.00

Effective from 02-08-02 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

RATES AND PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN
EXPOSURE AND/OR RATING PROCEDURE.

UNDER THE COMMERCIAL INLAND MARINE COVERAGE PART, PROPERTY FLOATER
COVERAGE - SPECIAL FORM IS ADDED.

THE LIMIT(S) FOR THE FOLLOWING MISCELLANEOUS COVERAGE(S) IS/ARE
CHANGED.
   PREM. NO.   BLDG. NO.   DESCRIPTION          LIMIT

      01          01      COMPUTER < 1,000,000    $   109,630

THE FOLLOWING FORMS OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY.

   CM T0 07 01 88     CM T1 12 02 89

NAME AND ADDRESS OF AGENT OR BROKER                 Countersigned by

ARMFIELD HARRISON THOMAS   F9502
20 S KING STREET
LEESBURG                 VA   20175            _____
                                                  Authorized Representative

                                              DATE: _____

**IL T0 07 09 87** (Page 01 of 01)                        Office: CHANTILLY/WASHDC

A743

COMMERCIAL INLAND MARINE

# PROPERTY FLOATER COVERAGE – SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F–DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property**, as used in this Coverage Form, means:

   a. Your property; and

   b. Similar property of others that is in your care, custody or control;

   described in the Declarations.

2. **Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, documents, records, deeds, evidences of debt, money, notes, securities, or stamps;

   b. Automobiles, motor trucks, trailers or other vehicles that are licensed for use on public roads and are used to transport persons or property;

   c. Aircraft;

   d. Property while waterborne except while on ferries operating on the navigable waters of the Continental United States and Canada other than to or from Alaska;

   e. Water or land (including land on which the property is located); or

   f. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **Earth Movement**

      (1) Any earth movement, such as an earthquake, landslide, or earth sinking, rising or shifting.

      But we will pay for direct "loss" caused by resulting fire or explosion, if these would be covered under this Coverage Form.

      (2) Volcanic eruption, explosion or effusion.

      But we will pay for direct loss caused by resulting fire if the fire would be covered under this Coverage Form.

      This exclusion does not apply to property in transit.

   b. **Governmental Action**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   c. **Nuclear Hazard**

      (1) Any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   d. **War and Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or

CM T1 12 02 89

A744

COMMERCIAL INLAND MARINE

defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**e. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain;

(4) Water that seeps, leaks or flows below the surface of the ground; or

(5) Any release of water impounded by a dam.

But we will pay for direct "loss" caused by resulting fire, explosion or theft, if these causes of "loss" would be covered under this Coverage Form.

This exclusion does not apply to property in transit.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Unexplained disappearance.

This exclusion does not apply to property in the custody of a carrier for hire.

**c.** Shortage found upon taking inventory.

**d.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

This exclusion does not apply to property in the custody of a carrier for hire.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contributed in any way with a cause or event excluded in paragraph 1. above to produce the "loss."

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance of part or all of any property wherever located.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration; insects, vermin or rodents; corrosion, rust, dampness or dryness, cold or heat.

**e.** Artificially generated current creating a short circuit or other electric disturbance.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

**f.** Mechanical breakdown or failure of Covered Property.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We will not pay for "loss" in any one occurence until the amount of the adjusted "loss", before applying the applicable Limits of Insurance, exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted

CM T1 12 02 89

A745

COMMERCIAL INLAND MARINE

"loss" in excess of the Deductible, up to the applicable Limit of Insurance.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located within:

**a.** The United States of America and its territories or possessions;

**b.** Puerto Rico; and

**c.** Canada.

**2. Coinsurance**

All Covered Property must be insured for at least 80 percent of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the applicable Limit of Insurance shown in the Declarations for the property bears to 80 percent of the total value of that property as of the time of "loss."

When items are individually listed or described in the Declarations, this penalty applies separately to each item.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

CM T1 12 02 89

A746

# **EXHIBIT N**

TRUTH PHONE CALL RADIO

**"Flavor Suggestions"**

:60 RADIO
5/31/01

SFX:        PHONE RINGING

WOMAN:      Good morning, Phillip Morris.

**JOHN:**       **How are you doing? I guess you could just transfer me to the new flavor division.**

SFX:        phone ringing

WOMAN:       Consumer Affairs..

**JOHN:**       **Hi. I was on the web site. And it says you put ammonia in your cigarettes for flavor. So we just thought that, ammonia, that's one tasty idea, but we have some new flavor suggestions. Maybe you would want to jot them down.**

WOMAN:      Um..

**SAM:**        **So we're thinking about maybe kerosine. Or, uh..what else did we come up with?**

**JOHN:**       **Uh gas.**

**SAM:**        **Window washing fluid. Um any kind of household products. That's like a whole line, we're thinking maybe.**

**SAM:**        **How about bleach? Wouldn't that be a good flavor? What if..**

WOMAN:      I don't know, that's your opinion sir. I cannot answer that sir, I'm not an ingredients specialist..

**SAM:**        **Could you transfer us to an ingredients specialist?**

WOMAN:      There is no such thing as an ingredients specialist. Sir the information is..

**JOHN:**       **So... you don't really think that this is gonna fly?**

WOMAN:      Um I can't say sir. It doesn't hurt to try.

A747

**BOTH:**      **Allright, thanks a lot.**

WOMAN:      Your very welcome. You have a nice weekend.

**SAM:**        **You too.**

**JOHN:**       **Bye!**

SFX:           CLICK, DIAL TONE

SFX:           Beep

ANNCR:       STAY ON THE LINE AND TRUTH WILL ASSIST YOU.

---

TRUTH PHONE CALL RADIO

---

**"Dog Walker"**

:50 RADIO

| | |
|---|---|
| SFX: | PHONE RINGING |
| WOMAN: | Good afternoon, Lorillard. |
| **JOHN:** | **Hello Ma'am. My name is John I was hoping I could talk to someone about a business idea.** |
| WOMAN: | What is the nature of this business though? |
| **JOHN:** | **I'm a professional dog walker by trade.** |
| WOMAN: | Mm-mm. |
| **JOHN:** | **And my dogs, well they pee a lot, usually on like fire hydrants and people's flower beds. I thought, why not collect it and, and sell it to you tobacco people.** |
| WOMAN: | Mmmm. |
| **JOHN:** | **Well see, dog pee is full of urea and that's one of the chemicals in cigarettes and I was just hoping to make a little extra spending cash.** |
| WOMAN: | Let me connect you with the Consumer Department. |
| **JOHN:** | **I can send you some samples. Let's see I've got Chihuahua, Golden Retriever, some high-test Rottweiler pee, and it's all good stuff.** |
| WOMAN: | Alright, hold on. |
| MAN: | Mike Lloyd. |
| **JOHN:** | **Hello Sir. I have a business idea, a pee proposal.** |
| SFX: | CLICK, DIAL TONE. |
| SFX: | You have reached truth. |

Case 1:07-cv-00248-SLR    Document 35-7    Filed 03/12/2008    Page 47 of 56

ANNCR:      You've been infected with a powerful contagion.  truth exposes the tobacco industries deceptions to the light of day and it spreads.  The truth outbreak tour is here.  Check out thetruth.com. Infect truth.

1195/001/265654.2

A750

## BODY BAG :30

OPEN ON A 18-WHEELER TRUCK PULLING UP IN FRONT OF THE TOBACCO COMPANY.

**Super:**　　Outside a major tobacco company.

**Teenagers:**　Let's go, let's go.
　　　　　　(they say this as they arrive and run toward the 18-wheeler)

TEENS PULLING BODY BAGS OUT OF THE 18-WHEELER AND BEGIN DRAGGING THEM ON TO THE SIDEWALK OUT SIDE OF TOBACCO COMPANY.

**Teenagers:**　Go, Go
　　　　　　(you hear them saying this as they drag the body bags out of the truck and on to the sidewalk)

TOBACCO EMPLOYEES WATCH TEENS DRAG BAGS, THEN CUTS TO TEEN 1 WITH MICROPHONE.

**Teen 1:**　　Hey, excuse me! Sorry to bother you but we've got a question.  Do you know how many people tobacco kills everyday?

TEENS STILL TAKING BODY BAGS OUT OF 18-WHEELER AND BRINGING THEM ON THE SIDEWALK.

**Teen 1:**　　You know what we're gonna leave this here for you, so you can see what 12-hundred people actually look like.

AN AERIAL VIEW IN A HELICOPTER LOOKING DOWN AT THE PILES OF BODY BAGS ON THE SIDEWALK OUTSIDE OF TOBACCO COMPANY.

TEENS PUTS UP SIGN IN FRONT OF  TOBACCO COMPANY THAT READS "EVERY DAY 1200 PEOPLE DIE FROM TOBACCO."

**Super:**　　　truth logo
　　　　　　thetruth.com

A751

## Nightclub :60

OPEN ON A PARTY IN WHAT LOOKS LIKE A NIGHTCLUB.  THERE IS MUSIC, DANCING, AND LOTS OF PEOPLE IN A CROWDED ROOM.

**Guy 1:**     Hot lights people.  It looks like a cigarette ad to me.

DEEJAY SPINS MUSIC.  TWO GUYS CARRY AROUND A BODY BAG ON THE DANCE FLOOR.  THE GUYS LOOK AT A GIRL LOOKING AT THE TWO GUYS AND THE BODY BAG BETWEEN THEM.

**Guy 2:**     Hey man, I think she's checking you out.
              (SAID TO THE BODY BAG IN REFERENCE TO THE GIRL
              LOOKING AT THE BODY BAG).

ONE YOUTH ON THE DANCE FLOOR IS NOT DANCING AND IS HOLDING A SIGN.  THE SIGN READS "WHAT IF CIGARETTE ADS TOLD THE TRUTH?"  WE CUT TO ANOTHER GIRL STROKING BODY BAGS AS IF THE BODY BAG WAS ACTUALLY A LIVING PERSON.  WE CUT BACK TO THE YOUTH WITH A SIGN, AND THE SIGN NOW SAYS "TRUTH."

**Super:**     truth URL

## Convenience Store :30

OPEN ON THREE TRUTH KIDS WALKING INTO A CONVENIENT STORE.
TRUTH KIDS TALK TO THE STORE CLERK BEHIND THE COUNTER.

**Truth Kid 1:**        We have a couple questions we want to ask you today.

**Truth Kid 2:**        I was wondering why these ads are so low.

TRUTH KID 3 BENDS DONE AND SPEAKS INTO MICROPHONE

**Truth Kid 3:**        Look it, I have to be this small.  Hey sir, can I have some
cigarettes? (SPEAKING IN HIGH PITCH VOICE)

**Truth Kid 2:**        Hey check this ad out, dude.

**Camera Guy:**        There is an ad down there?

**Truth Kid 1:**        Yeah.

**Truth Kid 2:**        I mean, my little brother comes in and sees these things and they
don't see these these up here.  They are this tall.

TRUTH KID 2 MOTIONS FIRST TO THE HIGH IP[ SIGNS SAYING MUST BE 18
TO BUY TOBACCO AND THEN MOTIONS THAT HIS LITTLE BROTHER IS
SHORT AND ONLY SEES THE TOBACCO ADS PLACED LOW.

**Truth Kid 3:**        Do you really need this many tobacco ads?

**Camera Guy:**        How many are there?

**Truth Kid 1:**         I mean we counted seven outside alone…by the candy machine…

**Store Clerk:**        They come and put all the signs up.

**Camera Guy:**        Who are they?

**Truth Kid 3:**        Next week's show: Who are they? Who the --- are they?

**Camera Guy:**        Dun dun dun (SINGING)

**Super:**        truth URL
Sponsored by truth

A753

## Product Recall :30

OPENS WITH A MAN IN A SUIT STANDING IN WHAT LOOKS LIKE A
BUSINESS LOBBY.

**Super:**              Robert Fitzgerald
                        Tobacco Industry Chairman
                        April 1, 2001

**Robert Fitzgerald:**  With the mounting evidence linking cigarettes to cancer, heart
                        disease and death, I want you to hear the tobacco industry's plan to
                        address this serious problem.  Effective immediately, we're issuing
                        a cigarette recall until we can sell a cigarette that poses no health
                        risk.  Because there are two things the tobacco industry cares
                        about: your health and your trust.  Thank you.

WORDS COME UP ON A BLACK SCREEN SAYING APRIL FOOLS.

**Voice Over / Super:** April Fools.

## Rip it Out :30

OPENS ON A KID SITTING ON A COUCH WITH HIS BACK TO US READING A
MAGAZINE AND WATCHING T.V.

**Male Voiceover:**    Ladies and Gentlemen, our rate of growth has been phenomenal.

SCENE CHANGES SO THE AUDIENCE CAN SEE A MAN IN A SUIT SPEAKING
IN THE SAME VOICE AS THE VOICEOVER. HE IS LEADING A MEETING.

**Man:**    Our filtered cigarettes and tobacco products continue their upward
trend.

THE KID SITTING ON COUCH RIPS A PAGE IN THE MAGAZINE. THE SCENE
FLASHES BACK TO THE BOARD MEETING.

**Man:**    We introduced dynamic new elements.

THE MAN IN A SUIT BEGINS TO LOSE HIS VOICE. KID SITTING ON COUCH
CONTINUES TO RIP OUT PAGES FROM THE MAGAZINE. THE RIPPING NOISE
IS NOTICEABLE. AS THE PAGE RIPS, THE MAN BEGINS TO COUGH.

**Man:**    Dy-(cough)namic new (cough) elements.

**Super:**    Please, only rip out ads from magazines you own.

**Female Voiceover:**    Silence Big Tobacco's voice. Rip out every cigarette ad you see.

**Super:**    truth logo
truth URL
Sponsored by truth

## Ammoniade :60

OPEN ON TWO TRUTH KIDS ENTERING A BUILDING WITH LARGE BAGS
STRAPPED ON TO THEIR BACKS.

| | |
|---|---|
| **truth Kid 1:** | Hope there's some thirsty people inside |
| **Super:** | Inside a major tobacco company conference |
| **truth Kid 1:** | Attention all tobacco executives. |
| **truth Kid 2:** | People say you add ammonia to your cigarettes, which makes them more addictive.  But you say it's the flavor. |
| **truth Kid 1 and 2:** | Well, we couldn't agree more |
| **truth Kid 2:** | That's right, it's the one and only AMMONIADE! |
| **Super:** | Ammoniade<br>The flavor that addicts |
| **truth Kid 1:** | Nothing tastes better after a long day of shredding documents and avoiding poignant media questions than Ammoniade. |
| **truth Kid 2:** | It burns a little on the way down. |
| **Conference Attendee:** | Good Deal |
| **truth Kid 1:** | It's the flavor that addicts. |
| **Super:** | The flavor that addicts |
| **truth Kid 1:** | Tobacco companies say they add ammonia to their cigarettes for flavor. |
| **Conference Attendee 2:** | I don't want to try it.  It looks gross. |
| **truth Kid 1:** | Would you like a sample of ammoniade, Sir? |
| **Conference Security Officer:** | Where do you work at? |
| **truth Kid 1:** | We work at truth, Sir. |

| | |
|---|---|
| **Conference Security Officer:** | And where is that? |
| **truth Kid 1:** | truth? truth is everywhere. |
| **Conference Security Officer:** | We don't have no truth here.  So I want you to go back down there and go back outside. |
| **truth Kid 2:** | Would you like some ammoniade for your… |
| **Conference Security Officer:** | I want you to go back outside |
| **truth Kid 2:** | It's got real ammonia goodness |
| **Conference Security Officer:** | (SAID TO ANOTHER OFFICER) Kick them outside |
| **truth Kid 2:** | Why don't you kick them out? (POINTS TOWARDS THE INSIDE OF THE BUILDING) They put ammonia in cigarettes. |

TRUTH KIDS ARE ESCORTED OUT OF THE BUILDING.

| | |
|---|---|
| **truth Kid 2:** | Does kicking me out make you thirsty because I can get you a delicious cup of ammoniade right here. |

TRUTH KID 1 TASTES CUP OF AMMONIADE AND LOOKS DISGUSTED.

| | |
|---|---|
| **truth Kid 2:** | What? What's the problem ? |
| **truth Kid 1:** | This ain't so good, man! |
| **truth Kid 2:** | Ammoniade, the flavor that addicts. (CLOSE UP OF AMMONIADE SHOWN) |

## Lie Detector :60

OPENING SHOT BOY WALKING INTO BUILDING CARRYING A CASE THAT SAYS LIE DETECTOR ON IT.

| | |
|---|---|
| **Super:** | Inside a major tobacco company |
| **Truth Kid 1:** | We have a delivery for the marketing department. |
| **Tobacco Employee 1:** | Who are you here to see? |
| **Truth Kid 2:** | The VP of Marketing. |
| **Truth Kid 1:** | You can just tell her we are dropping off a lie detector. |
| **Truth Kid 2:** | Hi are you Rita? |
| **Tobacco Employee 2:** | No. |
| **Truth Kid 2:** | I just thought you might know if Rita was in. |
| **Tobacco Employee 2:** | I already answered that. You can have a seat or you can leave. |
| **Truth Kid 1:** | Maybe this guy. |
| **Truth Kid 2:** | You're not Rita. |
| **Tobacco Employee 3:** | OK, can I help you? |
| **Truth Kid 2:** | We have a lie detector. This will clear a lot of things up. Your company says nicotine isn't addictive and then you say that it is. |
| **Tobacco Employee 3:** | Do you have an appointment with anyone in particular? |
| **Truth Kid 2:** | We were told to come to see Rita. |
| **Tobacco Employee 3:** | Leave her a voicemail. |

TRUTH KID 2 IS SEEN TALKING ON THE PHONE.

| | |
|---|---|
| **Truth Kid 2:** | Ok, Great. Hi Rita, I'm from Truth and I just wanted to drop off a lie detector. |

A758

| | |
|---|---|
| **Truth Kid 2:** | She hung up on me. |
| **Tobacco Employee:** | I'm going to have to ask you to leave now. |
| **Truth Kid 2:** | Ok, we're leaving. |
| **Tobacco Employee:** | Thank you. |
| **Truth Kid 2:** | But your company has said... |
| **Tobacco Employee:** | Fine |
| **Truth Kid 2:** | ...that nicotine isn't addictive and then you say that it is. |
| **Tobacco Employee:** | Great. Oh you're great |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| THE AMERICAN LEGACY FOUNDATION | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO: 07-248 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY | ) | |
| OF PITTSBURGH, PENNSYLVANIA, et. al. | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the *12th* day of

March, 2008 she caused a copy of the following document to be served upon the attached service

list in the manner indicated:

**APPENDIX TO THE FOUNDATION'S BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT (VOLUME III OF III)**

Louise L. Tuschak

Sworn to and subscribed before
me this *12th* day March, 2008

Notary Public
My Commission Expires: *11/4/09*

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

American Legacy Foundation
Service List
Document No. 130442
02 – Hand Delivery
01 –First Class

**Hand Delivery**
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Fox Rothschild, LLP
Neal J. Levitsky, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201