IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation<br>Plaintiff,<br>v.<br>National Union Fire Insurance Company of Pittsburgh, Pennsylvania,<br>Defendant. | )Civil Action No. 07-248 (SLR) |

**PLAINTIFF AMERICAN LEGACY FOUNDATION'S MOTION TO CONTINUE ORAL ARGUMENT <u>ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL</u>**

Plaintiff American Legacy Foundation ("Foundation"), hereby moves to continue oral argument on the Motion of Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") for Partial Dismissal until such time as briefing has been completed on the Foundation's Motion for Summary Judgment filed on March 12, 2008.

1. On May 4, 2007, the Foundation filed its complaint in this matter seeking insurance coverage for legal fees and costs it had incurred in litigation with Lorillard Tobacco Company.

2. On November 30, 2007, National Union filed its Motion for Partial Dismissal of the Plaintiff's Complaint with respect to one type of policy (the directors and officers or "D&O" liability policy) that it had issued to the Foundation (the "Motion for Partial Dismissal").

3. The Motion for Partial Dismissal has been fully briefed by the parties and set by this Court for oral argument on March 28, 2008.

4. On March 12, 2008, the Foundation filed its Motion for Summary Judgment (the "Summary Judgment Motion") seeking an Order that, as a matter of law, National Union is obligated, under both types of insurance policy it sold to the Foundation, the D&O Policy and two comprehensive general liability policies, to pay the full amount of the legal fees and costs the Foundation incurred in the litigation with Lorillard.

5. The issues raised by the Motion for Partial Dismissal and the Summary Judgment Motion (collectively, the "Motions") overlap in significant respects.

6. For example, the Motions each address the applicability of the "eight corners rule" and the standards for determining an insurer's obligation to pay defense costs under Delaware law. See, e.g., Memorandum in Support of National Union's Motion for Partial Dismissal ("National Union's Partial Dismissal Brief"), p.8; Memorandum in Support of American Legacy Foundation's Opposition to Defendant National Union's Motion for Partial Dismissal (the "Foundation's Opposition Brief") at 13.; Memorandum in Support of American Legacy Foundation's Motion for Summary Judgment ("Foundation's Summary Judgment Brief") at 10.

7. The Motions also each address whether the allegations in the underlying actions are within the scope of the specific grant of coverage for "libel, slander and defamation" under the D&O policy. See, e.g., Foundation's Opposition Brief at 20-23; Memorandum in Support of National Union's Reply in Support of its Motion for Partial Dismissal ("National Union's Reply Brief") at 14-16; Foundation's Summary Judgment Brief at 18.

8. The Motions also each address the standard applicable to determining the obligation of an insurer to pay defense costs under insurance policies which require the insurer to "advance defense costs" prior to the disposition of the underlying matter. See, e.g., National Union's Partial Dismissal Brief, p. 10; Foundation's Opposition Brief at 24-25; National Union's Reply Brief at 2-3; Foundation's Summary Judgment Brief at 18.

9. National Union may, in its response to the Summary Judgment Motion, raise additional issues that are also addressed in the briefing of the Motion for Partial Dismissal.

10. This Court may, in its discretion, postpone the oral argument because "[m]atters of docket control and scheduling are within the sound discretion of the district court." *Alaska v. Boise Cascade Corp.*, 685 F.2d 810, 817 (3d Cir. 1982).

11. The interests of judicial economy and efficiency will be furthered by combining the oral arguments with respect to the Motion for Partial Dismissal and the Summary Judgment Motion.

12. The Foundation has sought National Union's consent to continue oral argument on the Motion for Partial Dismissal, but National Union has not consented.

13. National Union will not be prejudiced by a brief postponement of oral argument on its Motion for Partial Dismissal.

WHEREFORE, Plaintiff American Legacy Foundation prays that this Motion to Continue Oral Argument on Defendant's Motion for Partial Dismissal be granted and that the Court postpone the oral argument currently scheduled for March 28, 2008, on National Union's Motion for Partial Dismissal until such time as the briefing in connection with the Motion for Summary Judgment has been completed.

Date: March 14, 2008

PACHULSKI, STANG, ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

Richard Shore
August J. Matteis, Jr.
Kami E. Quinn
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 772-2200

Attorneys for Plaintiff
American Legacy Foundation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation | Civil Action No. 07-248 (SLR) |
| Plaintiff, | |
| v. | |
| National Union Fire Insurance Company of Pittsburgh, Pennsylvania, | |
| Defendant. | |

**STATEMENT PURSUANT TO D. DEL. LR 7.1.1**

I am counsel for American Legacy Foundation, plaintiff in the above captioned action. Prior to filing American Legacy Foundation's Motion to Continue Oral Argument, I contacted counsel for the Defendant National Union and requested a consensual continuance of the argument on Defendant's Motion for Partial Dismissal. I spoke with counsel telephonically on March 13, 2008 and attempted to reach counsel again on March 14, 2008 to seek such an continuance. National Union has not consented to such requests.

Kami E. Quinn
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
(202) 772-2200

Attorney for Plaintiff
American Legacy Foundation

BR.533181.1
<SSF>1195/001/287816.1</SSF>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION<br>Plaintiff,<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br>Defendant | CASE NO: 07-248 (SLR) |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on 14th day of March, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated thereon:

**PLAINTIFF AMERICAN LEGACY FOUNDATION'S MOTION TO CONTINUE ORAL ARGUMENT ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

Timothy P. Cairns (Bar No. 4228)

American Legacy Foundation
Service List
Document No. 130442
02 – Hand Delivery
01 –First Class


**Hand Delivery**
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**Hand Delivery**
Fox Rothschild, LLP
Neal J. Levitsky, Esquire
919 N. Market Street, Suite 1300
Wilmington, DE  198014

**First Class Mail**
Kramon & Graham, P.A.
Lee H. Ogburn, Esquire
One South Street, Suite 2600
Baltimore, MD  21202-3201