IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE AMERICAN LEGACY )
FOUNDATION, )
 )
    Plaintiff, )
 )
v. ) Civ. No. 07-248-SLR
 )
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, )
PENNSYLVANIA, )
 )
    Defendant. )

**O R D E R**

At Wilmington this 10th day of April, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, April 21, 2008**, at 8:30 a.m. Counsel for plaintiff shall coordinate and initiate this call.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE