IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-248-SLR ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, | ) ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 21st day of April, 2008, having conferred with counsel;

IT IS ORDERED that the court shall conduct an in-person discovery and scheduling conference on **May 12, 2008 at 1:00 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge