IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation<br>　　　　Plaintiff,<br>　v.<br>National Union Fire insurance Company of<br>Pittsburgh, Pennsylvania,<br>　　　　Defendant. | )<br>)<br>) Civil Action No. 07-248 (SLR)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of August Matteis, Jr. to represent the Plaintiff in the above-captioned action.

Dated: May 2, 2008

　　　　　　　　　　　　　　　　Laura Davis Jones, Esquire (Bar No. 2436)
　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　August J. Matteis, Jr., Esquire
　　　　　　　　　　　　　　　　Gilbert Randolph LLP
　　　　　　　　　　　　　　　　1100 New York Avenue, NW, Suite 700
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Telephone: (202) 772-2200
　　　　　　　　　　　　　　　　Facsimile: (202) 772-3333
　　　　　　　　　　　　　　　　Electronic Mail: matteisa@gilbertrandolph.com

### ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　Judge, United States District Court