IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Legacy Foundation<br>Plaintiff,<br>v.<br>National Union Fire Insurance Company of<br>Pittsburgh, Pennsylvania,<br>Defendant. | )<br>)<br>) Civil Action No. 07-248 (SLR)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard D. Shore to represent the Plaintiff in the above-captioned action.

Dated: May 8, 2008

*/s/ Laura Davis Jones*
Laura Davis Jones, Esquire (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Richard D. Shore*
Richard D. Shore, Esquire
Gilbert Randolph LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Electronic Mail: shorer@gilbertrandolph.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Honorable Sue L. Robinson
Judge, United States District Court