## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 20, 2008

**VIA ELECTRONIC FILING**
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street - Room 4209
Lock Box 18
Wilmington, DE 19801

Re: **The American Legacy Foundation v. National Union Fire Insurance Co., Case No. 07-248-SLR**

Dear Judge Robinson:

We are reluctant to burden the Court with this letter but wanted to inform Your Honor of a procedural matter before discovery commences.

Consistent with the instructions provided by the Court during the April 21, 2008 teleconference, the discovery proposals submitted to Your Honor during last Monday's conference were limited to coverage issues for the relevant National Union and Travelers policies. With the helpful guidance of the Court, the parties agreed prior to the recent discovery conference that any damages-related discovery, to the extent necessary, would proceed after the Court issues its decision on the expected cross-motions for summary judgment. We are concerned that the Court's Order may be read to require the parties to complete all discovery, including damages-related discovery, before September 8, 2008. To avoid any potential confusion, we have attached a revised proposed form of Order that clearly reflects the Court's instructions and the parties' agreement regarding the bifurcation of damages-related discovery.[1] Should the Court agree that a revised Order would be helpful, we respectfully request that Your Honor sign the attached Order or any similar Order that the Court may deem appropriate.

Respectfully submitted,

Chad M. Shandler (#3796)

---

[1] A blacklined version of the Order showing the parties' proposed changes to the Order is also attached.

The Honorable Sue L. Robinson
May 20, 2008
Page 2

CS:ps
cc:    Clerk of the Court (via e-file and hand delivery)
       Matthew Fink, Esq. (via e-mail)
       Richard Shore, Esq. (via e-mail)
       Laura Davis Jones, Esq. (via e-mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION,<br><br>              Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-248-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 13th day of May, 2008, having conferred with counsel;

IT IS ORDERED that:

1. With respect to the scope of discovery, the parties shall exchange the underwriting files identified at the May 12, 2008 discovery conference. On or before **May 27, 2008**, the parties may submit to the court a one-page letter identifying the most relevant case supporting their respective positions regarding disclosure of correspondence between plaintiff and Travelers Indemnity Company of America following commencement of the instant lawsuit, which correspondence arguably is protected under Fed. R. Evid. 408.

2. All pending substantive motions (D.I. 16 and 31) are denied, to allow a period for discovery and a coordinated motion practice. The attendant procedural motions (D.I. 36, 37) are denied as moot.

3. Subject to paragraph 4 below, the case shall be managed according to the following schedule:

a. All discovery shall be initiated so as to be completed before **September 8, 2008**.

b. All motions for summary judgment, with accompanying briefs and appendices, shall be filed on or before **October 8, 2008**. Responsive briefs and appendices shall be filed on or before **November 8, 2008**. Reply briefs may be filed on or before **November 24, 2008**.

4. This Order shall govern only the discovery and motion practice related to plaintiff's claims for coverage under the policies at issue. Any discovery or motion practice related to the damages sought by the plaintiffs in the complaint is bifurcated and stayed pending resolution of plaintiff's claims for coverage.

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civ. No. 07-248-SLR |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 13th day of May, 2008, having conferred with counsel;

IT IS ORDERED that:

1. With respect to the scope of discovery, the parties shall exchange the underwriting files identified at the May 12, 2008 discovery conference. On or before **May 27, 2008**, the parties may submit to the court a one-page letter identifying the most relevant case supporting their respective positions regarding disclosure of correspondence between plaintiff and Travelers Indemnity Company of America following commencement of the instant lawsuit, which correspondence arguably is protected under Fed. R. Evid. 408.

2. All pending substantive motions (D.I. 16 and 31) are denied, to allow a period for discovery and a coordinated motion practice. The attendant procedural motions (D.I. 36, 37) are denied as moot.

3. ~~The~~<ins>Subject to paragraph 4 below, the</ins> case shall be managed according to the following schedule:

    a. All discovery shall be initiated so as to be completed before **September 8, 2008**.

    b. All motions for summary judgment, with accompanying briefs and appendices, shall be filed on or before **October 8, 2008**. Responsive briefs and appendices shall be filed on or before **November 8, 2008**. Reply briefs may be filed on or before **November 24, 2008**.

<ins>4. This Order shall govern only the discovery and motion practice related to plaintiff's claims for coverage under the policies at issue. Any discovery or motion practice related to the damages sought by the plaintiffs in the complaint is bifurcated and stayed pending resolution of plaintiff's claims for coverage.</ins>

 

_____
United States District Court Judge

RLF1-3283648-~~1~~<ins>2</ins>