IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA <br><br> and <br><br> THE TRAVELERS INDEMNITY COMPANY OF AMERICA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07-248-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 4, 2008, copies of the FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF THE AMERICAN LEGACY FOUNDATION BY DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA were served on counsel as identified below:

**By Hand Delivery:**
Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**By Federal Express:**
Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

|  |  |
|---|---|
| | /s/ *signature* |
| | John A. Parkins, Jr. (#859) |
| | parkins@rlf.com |
| | Chad M. Shandler (#3796) |
| | shandler@rlf.com |
| | Todd A. Coomes (#4694) |
| *Of Counsel.* | coomes@rlf.com |
| Matthew J. Fink | Richards, Layton & Finger, P.A. |
| Charles A. Hafner | One Rodney Square |
| Bates & Carey, LLP | P. O. Box 551 |
| 191 North Wacker Drive, Suite 2400 | Wilmington, Delaware 19899 |
| Chicago, IL 60606 | (302) 651-7700 |
| (312) 762-3100 | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania |
| Dated: June 4, 2008 | |