IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, )<br>)<br>Defendant ) | CASE NO: 07-248 (SLR) |

## NOTICE OF SERVICE OF DISCOVERY UPON DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA

I, Timothy P. Cairns, counsel for Plaintiff The American Legacy Foundation, hereby certify that on June 6, 2008, I caused a copy of *Plaintiff The American Legacy Foundation's First Request for Production of Documents to Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania* to be served upon the parties listed on Exhibit A attached hereto in the manner indicated.

Dated: June 6, 2008

_____
Timothy P. Cairns (Bar No. 4228)

DOCS_DE:137960.1

EXHIBIT A

***By Hand Delivery***
Richards Layton & Finger, P.A.
John A. Parkins, Jr.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE 19899