IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civ. No. 07-248-SLR |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA | ) ) ) ) |
| Defendant. | ) ) |

REVISED
O R D E R

At Wilmington this ~~13th~~ 16th day of ~~May~~ June, 2008, having conferred with counsel;

IT IS ORDERED that:

1. With respect to the scope of discovery, the parties shall exchange the underwriting files identified at the May 12, 2008 discovery conference. On or before **May 27, 2008**, the parties may submit to the court a one-page letter identifying the most relevant case supporting their respective positions regarding disclosure of correspondence between plaintiff and Travelers Indemnity Company of America following commencement of the instant lawsuit, which correspondence arguably is protected under Fed. R. Evid. 408.

2. All pending substantive motions (D.I. 16 and 31) are denied, to allow a period for discovery and a coordinated motion practice. The attendant procedural motions (D.I. 36, 37) are denied as moot.

3.  Subject to paragraph 4 below, the case shall be managed according to the following schedule:

    a. All discovery shall be initiated so as to be completed before **September 8, 2008**.

    b. All motions for summary judgment, with accompanying briefs and appendices, shall be filed on or before **October 8, 2008**. Responsive briefs and appendices shall be filed on or before **November 8, 2008**. Reply briefs may be filed on or before **November 24, 2008**.

4.  This Order shall govern only the discovery and motion practice related to plaintiff's claims for coverage under the policies at issue. Any discovery or motion practice related to the damages sought by the plaintiffs in the complaint is bifurcated and stayed pending resolution of plaintiff's claims for coverage.

_____
United States District Court Judge