IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-248-SLR |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, | ) ) ) ) |
| Defendant. | ) ) |

## O R D E R

At Wilmington this 16th day of June, 2008, having reviewed the materials

submitted by the parties in connection with a certain discovery dispute;

IT IS ORDERED that defendant's request for the production of any statements

that plaintiff may have made with respect to defendant in the course of communicating

with a party that has settled its dispute with plaintiff is granted, to the following extent:

On or before **June 30, 2008**, plaintiff shall provide to the court, for in camera review, all

such statements. The court will determine, after its review, whether to allow any

disclosure to defendant.

United States District Judge