IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-248-SLR ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, | ) ) ) ) ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 30th day of June, 2008, having reviewed in camera the documents produced by plaintiff pursuant to the court's June 16, 2008 order;

IT IS ORDERED that such documents need not be produced to defendant, as they are not responsive to the concerns raised in defendant's request.

_____
United States District Judge