IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, )<br>PENNSYLVANIA )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY )<br>COMPANY OF AMERICA, )<br>)<br>Defendants. ) | Case No. 07-248-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 7, 2008, copies of the DEFENDANT NATIONAL UNION'S RESPONSE TO PLAINTIFF THE AMERICAN LEGACY FOUNDATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served on counsel as identified below:

**By Hand Delivery:**
Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**By Federal Express:**
Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005

/s/ Chad M. Shandler

Chad M. Shandler (#3796)
shandler@rlf.com
Todd A. Coomes (#4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania

*Of Counsel:*
Matthew J. Fink
Charles A. Hafner
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100

Dated: July 7, 2008

RLF1-3299682-2