IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION ) | |
| ) | |
| Plaintiff, ) | CASE NO: 07-248 (SLR) |
| ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY ) | |
| OF PITTSBURGH, PENNSYLVANIA, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF SERVICE OF RESPONSE OF
THE AMERICAN LEGACY FOUNDATION TO NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Laura Davis Jones, counsel for Plaintiff The American Legacy Foundation, hereby certify that on July 7, 2008, I caused a copy of *Response of The American Legacy Foundation to National Union Fire Insurance Company of Pittsburgh, Pennsylvania's First Request for Production of Documents* to be served upon the parties listed on <u>Exhibit A</u> attached hereto in the manner indicated.

Dated: July 7, 2008

_____
Laura Davis Jones (Bar No. 2436)

DOCS_DE:137960.1

## EXHIBIT A

***By Hand Delivery***
Richards Layton & Finger, P.A.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

DOCS_DE:137960.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, )<br>)<br>Defendant )<br>) | | CASE NO: 07-248 (SLR) |

### CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on 7th day of July, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated thereon:

**NOTICE OF SERVICE OF RESPONSE OF THE AMERICAN LEGACY FOUNDATION TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)

03691-001\DOCS_DE:130511.13

American Legacy Foundation
Service List
Document No. 130442
01 – Hand Delivery

**Hand Delivery**
Richards Layton & Finger, P.A.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899