IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH,<br>PENNSYLVANIA<br><br>and<br><br>THE TRAVELERS INDEMNITY COMPANY<br>OF AMERICA,<br><br>    Defendants. | Case No. 07-248-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 5, 2008, copies of DEFENDANT NATIONAL UNION'S NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF THE AMERICAN LEGACY FOUNDATION were served on counsel as identified below:

**By Hand Delivery:**
Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**By Federal Express:**
Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

RLF1-3307711-2

|  |  |
|---|---|
|  | *[signature]* |
|  | Chad M. Shandler (#3796) |
| Of Counsel: | shandler@rlf.com |
| Matthew J. Fink | Todd A. Coomes (#4694) |
| Charles A. Hafner | coomes@rlf.com |
| Bates & Carey, LLP | Richards, Layton & Finger, P.A. |
| 191 North Wacker Drive, Suite 2400 | One Rodney Square |
| Chicago, IL 60606 | P. O. Box 551 |
| (312) 762-3100 | Wilmington, Delaware 19899 |
|  | (302) 651-7700 |
|  | Attorneys for Defendant National Union Fire |
| Dated: August 5, 2008 | Insurance Company of Pittsburgh, Pennsylvania |