**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

THE AMERICAN LEGACY FOUNDATION,  )
                                      )
            Plaintiff,               )
                                        )
v.                                        )
                                        )
NATIONAL UNION FIRE INSURANCE   )   Case No.  07-248-SLR
COMPANY OF PITTSBURGH,           )
PENNSYLVANIA                   )
                                        )
and                                      )
                                        )
THE TRAVELERS INDEMNITY        )
COMPANY OF AMERICA,          )
                                        )
            Defendants.      )

**NOTICE OF SERVICE**

        PLEASE TAKE NOTICE that on August 8, 2008, copies of the FIRST REQUEST FOR ADMISSION TO PLAINTIFF THE AMERICAN LEGACY FOUNDATION BY DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA were served on the following persons by hand delivery:

    Laura Davis Jones
    Timothy P. Cairns
    Pachulski, Stang, Ziehl, & Jones, LLP
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE  19899-8705

        On August 11, 2008, the foregoing documents will be sent by Federal Express to the following persons:

    Richard Shore
    Kami E. Quinn
    Gilbert Randolph, LLP
    1100 New York Avenue, NW
    Suite 700
    Washington, DC  20005

Chad M. Shandler (#3796)
shandler@rlf.com
Todd A. Coomes (#4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant National Union Fire
Insurance Company of Pittsburgh,
Pennsylvania

Dated: August 8, 2008

2

RLF1-3310917-1