IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | Case No. 07-248-SLR |
| COMPANY OF PITTSBURGH, ) | |
| PENNSYLVANIA ) | |
| ) | |
| and ) | |
| ) | |
| THE TRAVELERS INDEMNITY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 8, 2008, copies of the FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF THE AMERICAN LEGACY FOUNDATION BY DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA were served on the following persons by hand delivery:

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

On August 11, 2008, the foregoing documents will be sent by Federal Express to the following persons:

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC  20005

RLF1-3310049-2

        /s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com
Todd A. Coomes (#4694)
coomes@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania

Dated: August 8, 2008

RLF1-3310049-2