IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | Case No. 07-248-SLR |
| COMPANY OF PITTSBURGH, ) | |
| PENNSYLVANIA ) | |
| ) | |
| and ) | |
| ) | |
| THE TRAVELERS INDEMNITY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 22, 2008, copies of **DEFENDANT NATIONAL UNION'S AMENDED NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF THE AMERICAN LEGACY FOUNDATION** were served on counsel as identified below:

**By Hand Delivery:**

Laura Davis Jones
Timothy P. Cairns
Pachulski, Stang, Ziehl, & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**By Federal Express:**

Richard Shore
Kami E. Quinn
Gilbert Randolph, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

RLF1-3314911-1

|  |  |
|---|---|
| Of Counsel:<br>Matthew J. Fink<br>Charles A. Hafner<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606<br>(312) 762-3100<br><br>Dated: August 22, 2008 | /s/ Chad M. Shandler<br>Chad M. Shandler (#3796)<br>shandler@rlf.com<br>Todd A. Coomes (#4694)<br>coomes@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>Attorneys for Defendant National Union Fire<br>Insurance Company of Pittsburgh, Pennsylvania |

RLF1-3314911-1