IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN LEGACY FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PENNSYLVANIA, et. al. )<br>)<br>Defendants )<br>) | CASE NO: 07-248 (SLR)<br><br>**Related Docket No.: 70** |

## AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 2nd day of September, 2008 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**PLAINTIFF THE AMERICAN LEGACY FOUNDATION'S AMENDED NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT NATIONAL UNION**

_____
Louise L. Tuschak

Sworn to and subscribed before
me this 3rd day September, 2008

_____
Notary Public
My Commission Expires: 02-21-10

VANESSA A. PRESTON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 21, 2010

03691-001\DOCS_DE:130511.11

American Legacy Foundation
Service List
Document No. 130442
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
Richards Layton & Finger, P.A.
Chad M. Shandler
Todd A. Coomes
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**First Class Mail**
Matthew J. Fink
Charles A. Hafner
Bates & Carey, LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606